IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND FOR
ORANGE COUNTY, FLORIDA

IN RE: ESTATE OF

PROBATE DIVISION

**T'YONNA JUDY MARIE MAJOR,**   File No: **2024-CP-000848**

_____Deceased_____/

## ORDER APPOINTING PERSONAL REPRESENTATIVE

The Court finding that the decedent, T'Yonna Judy Marie Major died on February 22, 2023, and based on the Petition for Administration and for Appointment of Personal Representative, it is ADJUDGED that

**Brandi Turner-Major** is hereby appointed personal representative of this estate, that filing of bond is waived pursuant to Fla. Prob. R. 5.235(c), and that upon taking the prescribed oaths, and filing designations of resident agent and acceptance, letters of administration shall be issued.

DONE and ORDERED in Orange County, Florida on the date shown on the electronic signature.

_eSigned by Mark Blechman  08/15/2024 09:08:06 FlwWKfCf_

Honorable Mark S Blechman
Circuit Court Judge

If there are parties not receiving service through the Florida Courts e-filing Portal, counsel will serve a copy of the order via U.S. Mail to the non-efiling parties and file a certificate of service in the court file no later than three days from the date of this order.

Electronic Service List

John Zielinski <civilservice@nejamelaw.com>, <john@nejamelaw.com>

Exhibit "A"