IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND FOR
ORANGE COUNTY, FLORIDA

IN RE: ESTATE OF

PROBATE DIVISION

**DYLAN COLBY LYONS,**     File No: **2024-CP-001121-O**

_____Deceased_____/

## ORDER APPOINTING PERSONAL REPRESENTATIVE

The Court finding that the decedent, Dylan Colby Lyons, died on February 22, 2023, and based on the Petition for Administration and for Appointment of Personal Representative, it is ADJUDGED that

**Gary Lyons** is hereby appointed personal representative of this estate, that filing of bond is waived pursuant to Fla. Prob. R. 5.235(c), and that upon taking the prescribed oaths, and filing designations of resident agent and acceptance, letters of administration shall be issued.

DONE and ORDERED in Orange County, Florida on the date shown on the electronic signature.

*[Signature]*
eSigned by Mark Blechman  08/12/2024 17:00:12 4WJ8AP3f

Honorable Mark S Blechman
Circuit Court Judge

If there are parties not receiving service through the Florida Courts e-filing Portal, counsel will serve a copy of the order via U.S. Mail to the non-efiling parties and file a certificate of service in the court file no later than three days from the date of this order.

Electronic Service List

John Zielinski <civilservice@nejamelaw.com>, <john@nejamelaw.com>

Exhibit "B"