UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRANDI TURNER, an individual,
THE ESTATE OF T'YONNA MAJOR,
and THE ESTATE OF DYLAN LYONS

    Plaintiffs,

CASE NO: 6:25-cv-00252-PGB-UAM

vs.

DEPUTY JOHN DOE, an individual,
JOHN MINA, in his official capacity
as Sheriff of Orange County,

    Defendants.
_____/

## RESPONSE TO ORDER TO SHOW CAUSE

Plaintiffs, BRANDI TURNER, THE ESTATE OF T'YONNA MAJOR, and THE ESTATE OF DYLAN LYONS, pursuant to this Court's Order to Show Cause entered on July 16, 2025 [Dkt. 29], requiring Plaintiffs to show good cause as to its failure to name Defendant "Deputy Doe," states as follows:

  1. On February 17, 2024, Plaintiffs filed their initial Complaint [Dkt. 1].

  2. On April 7, 2025, Defendant, John Mina, filed a Motion to Dismiss Plaintiffs' Complaint [Dkt. 16].

  3. On April 28, 2025, Plaintiffs filed an Amended Complaint [Dkt. 21], in an effort to resolve issues raised in Defendant's Motion to Dismiss.

1

4. One issue raised in Defendant's Motion to Dismiss was the naming of "Deputy Doe" as a defendant in the initial Complaint.

5. In the Amended Complaint, Plaintiffs include a detailed description of "Deputy Doe," including a screenshot from a Ring camera depicting "Deputy Doe" at the scene. [Dkt. 21, ¶ 10].

6. In a public records request made to the Orange County Sheriff's Office on February 3, 2025, Plaintiffs sought the CAD report and investigation reports related to the incident subject to this litigation. This request was made in effort to determine the identities of Orange County Sheriff Personnel who responded to the scene of the incident subject to this litigation.

7. According to the Orange County Sheriff's Office Public Records Department, due to the high volume of requests, our request is still pending.

8. Plaintiffs have submitted discovery requests to Defendant Sheriff Mina, in effort to determine the identities of the responding deputies.

9. Plaintiff, Brandi Turner, has indicated that she is able to identify "Deputy Doe" if provided a photo, therefore, identifying the deputies at the scene will assist in identifying "Deputy Doe."

**WHEREFORE** Plaintiff respectfully requests the Court discharge the July 16, 2025 Order to Show Cause, and allow Plaintiffs additional time to obtain the

requested discovery from Defendant Mina, and the Orange County Sheriff's Public Records department.

                                                  Respectfully submitted,

Dated: July 23, 2025                        /s/ *DeLayne D. Penland*
                                                  Richard W. Smith, Esquire
                                                  Florida Bar Number: 13943
                                                  Ryan J. Vescio, Esquire
                                                  Florida Bar Number: 14032
                                                  Mark E. NeJame, Esquire
                                                  Florida Bar Number: 310931
                                                  DeLayne D. Penland, Esquire
                                                  Florida Bar Number: 1024836
                                                  NEJAME LAW, P.A
                                                  111 N. Orange Ave., Ste. 1300
                                                  Orlando, FL 32801
                                                  PH: (407) 500-0000
                                                  F:   (407) 802-1653
                                                  richard@nejamelaw.com
                                                  ryan@nejamelaw.com
                                                  mark@nejamelaw.com
                                                  delayne@nejamelaw.com
                                                  PI@nejamelaw.com
                                                  *Attorney(s) for Plaintiffs*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on July 23, 2025, the foregoing was filed electronically and that it is available for viewing and downloading on the Court's CM/ECF filing system, which sent notification of such filing to counsel for Defendant Mina:

BRIAN F. MOES, ESQ.
Florida Bar No.: 39403
moes@debevoisepoulton.com
G. RYAN DIETRICH, ESQ.
Florida Bar No.: 1007940

dietrich@debevoisepoulton.com
DeBEVOISE & POULTON, P.A.
1035 S. Semoran Boulevard, Suite 1010
Winter Park, Florida 32792
Telephone: 407-673-5000
Facsimile: 321-203-4304
*Attorneys for Defendant John Mina*