**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BRANDI TURNER and GARY LYONS,**

        **Plaintiffs,**

v.                                     **Case No: 6:25-cv-252-PGB-NWH**

**JOHN MINA and JACKSON B KEYES,**

        **Defendants.**
_____/

**ORDER TO SHOW CAUSE**

      This case is before the Court upon periodic review. Defendant Jackson B. Keyes has failed to comply with the Court's Order of February 18, 2025 directing counsel to file a Notice of Pendency of Other Actions and a Certificate of Interested Persons.

      Therefore, it is **ORDERED** that Defendant Jackson B. Keyes shall **SHOW CAUSE** and file a response to said Order within **fourteen (14)** days from the date of this Order.   Failure to comply with this Order may result in the imposition of appropriate sanctions.

      **DONE AND ORDERED** in Orlando, Florida on December 30, 2025.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties