UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:25-cv-00252-PGB-NWH

BRANDI TURNER, individually, and
as the Personal Representative for the
Estate of T'Yonna Major, and GARY
LYONS as the Personal Representative
for the Estate of Dylan Lyons

      Plaintiffs,

vs.

JACKSON B. KEYES, an individual,
and JOHN MINA, in his official capacity
as Sheriff of Orange County,

      Defendants.
_____/

## RESPONSE TO ORDER TO SHOW CAUSE

Defendant JACKSON B. KEYES, individually (Keyes), by and through undersigned counsel and pursuant to the Court's Order to Show Cause entered on December 30, 2025 requiring Keyes to show cause why he has failed to comply with the Court's Order of February 18, 2025 directing counsel to file a Notice of Pendency of Other Actions and a Certificate of Interested Persons and Corporate Disclosure Statement (Doc. 44), states as follows:

1. When Plaintiffs commenced this action on February 17, 2025, Defendant Jackson B. Keyes was not named in the Complaint. Instead, a "Deputy John Doe" was named and none of the parties knew the identity of Deputy John Doe.

2. On April 28, 2025, Plaintiffs filed an Amended Complaint that again identified a Deputy John Doe.

3. On September 29, 2025, more than seven months after the commencement of this action, Keyes was named as a defendant in this action. (Doc. 36).

4. Due to these atypical circumstances - where the undersigned has represented Sheriff Mina since the inception of the case and then appeared for defendant Keyes months later - the undersigned inadvertently overlooked his obligations on behalf of Keyes concerning the administrative Court filings required at the initial stages of the action as described in the Court's February 18, 2025, order (Doc. 3). Upon learning of this deficiency, the undersigned acted quickly to conform with the Court's order by filing concurrently with this Response a Notice of Pendency of Other Actions and a Certificate of Interested Persons and Corporate Disclosure Statement for Keyes.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 31, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send

a notice of electronic filing to the following: DeLayne D. Penland, Esq., *(delayne@nejamelaw.com)*, Mark E. NeJame, Esq., *(mark@nejamelaw.com)*, Ryan J. Vescio, Esq., *(ryan@nejamelaw.com)*, and Richard W. Smith, *(richard@nejamelaw.com)*, *pi@nejamelaw.com*, NeJame Law, P.A., 111 North Orange Avenue, Suite 1300, Orlando, Florida 32801.

                                                       *s/     Brian F. Moes*
BRIAN F. MOES, ESQ.
Florida Bar No.: 39403
*moes@debevoisepoulton.com*
G. RYAN DIETRICH, ESQ.
Florida Bar No.: 1007940
*dietrich@debevoisepoulton.com*
DeBEVOISE & POULTON, P.A.
1035 S. Semoran Boulevard, Suite 1010
Winter Park, Florida 32792
Telephone: 407-673-5000
Facsimile: 321-203-4304
*Attorneys for Defendants*