UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRANDI TURNER, an individual,
THE ESTATE OF T'YONNA MAJOR,
and THE ESTATE OF DYLAN LYONS

     Plaintiffs,

                            CASE NO: 6:25-cv-00252-PGB-UAM

vs.

JACKSON B. KEYES, an individual,
JOHN MINA, in his official capacity
as Sheriff of Orange County,

     Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL OF COUNTS III, IV, VI, and VII WITH PREJUDICE

Plaintiffs Brandi Turner, The Estate of T'Yonna Major, and Defendants Jackson B. Keyes and John Mina, in his official capacity as Sheriff of Orange County, by and through their undersigned attorneys, jointly stipulate and agree, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that Counts III, IV, VI, and VII only, in this action, be dismissed with prejudice, with each party to bear their own costs, expenses, and fees related to the dismissed claims.

Respectfully submitted this 19th day of March 2026.

s/ Ryan J. Vescio_____
RYAN J. VESCIO, ESQ.
Florida Bar No.:  14032
ryan@nejamelaw.com
NeJAME LAW, PA
111 North Orange Avenue
Suite 1300
Orlando, Florida 32801
*Attorney(s) for Plaintiffs*

 s/ Brian F. Moes_____
BRIAN F. MOES, ESQ.
Florida Bar No.:  39403
moes@debevoisepoulton.com
DeBEVOISE & POULTON, P.A.
1035 South Semoran Blvd.
Suite 1010
Winter Park, Florida 32792
*Attorney(s) for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 19th day of March 2026, that a true and correct copy of the foregoing has been filed using the CM/ECF portal filing system which will send an electronic copy of the foregoing to: Brian Moes, Esquire (moes@debevoisepoulton.com), DeBEVOISE & POULTON, P.A., 1035 S. Semoran Boulevard, Suite 1010, Winter Park, Florida 32792.

s/ Ryan J. Vescio_____
Ryan J. Vescio, Esquire
Florida Bar Number: 14032
DeLayne Penland, Esquire
Florida Bar Number: 1024836
NEJAME LAW, P.A
111 N. Orange Ave., Ste. 1300
Orlando, FL 32801
PH: (407) 500-0000
F:    (407) 802-1448
ryan@nejamelaw.com
delayne@nejamelaw.com
PI@nejamelaw.com
*Attorney(s) for Plaintiffs*

2