UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

6:25-CV-00252-PGB-UAM

BRANDI TURNER, an individual, THE ESTATE
OF T'YONNA MAJOR and THE ESTATE OF
DYLAN LYONS,

**PLAINTIFF(S)**

V.

DEPUTY JOHN DOE, an individual, JOHN
MINA, in his official capacity as Sheriff of
Orange County,

**DEFENDANT(S)**
_____/

## MEDIATION DISPOSITION REPORT

A Mediation conference was conducted on April 13, 2026. The conference resulted in the following:

_____ The parties reached an agreement.
__✓__ The parties did not reach an agreement.
_____ The conference has been adjourned.
_____ Other

Dated: April 13, 2026

Respectfully submitted,
**Donna Doyle, Mediator**

Mediator # **5696R**

200 E. Robinson Street, Suite 700
Orlando, Florida 32801
Business Phone: 407-649-9495
Fax: 407-649-8698
Email: admin@mediatefirstinc.com
Website: www.mediatefirstinc.com

By: **/s/ Donna C. Doyle**

Florida Bar No. **371432**