CASE NO.: 6:25-cv-00252-PGB-NWH

BRANDI TURNER et al v JACKSON B. KEYES et al

Motion for Summary Judgment

Exhibit 1 – Investigative Report (Robles)

PLACEHOLDER