CASE NO.: 6:25-cv-00252-PGB-NWH

BRANDI TURNER et al v JACKSON B. KEYES et al

Motion for Summary Judgment

Exhibit 2 – Bodycam 1

PLACEHOLDER