COPY

CASE NO. 23-011740

_____/

INTERVIEW OF CALVIN PATRICK COLLINS - AUDIO TRANSCRIPT

LOCATION:    ORANGE COUNTY SHERIFF'S

CENTRAL OPERATIONS

2500 WEST COLONIAL DRIVE

ORLANDO, FLORIDA 32804

407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

401 EAST JACKSON STREET,
SUITE 2370
TAMPA, FL 33602

315 EAST ROBINSON STREET,
SUITE 510
ORLANDO, FLORIDA 32801
CORPORATE

PRESENT


DETECTIVE CARLOS ROBLES - EID#7877

DETECTIVE CHELSEY KOEPSELL - EID#7206

CALVIN PATRICK COLLINS



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        www.**MILESTONEREPORTING**.com        **Toll Free 855-MYDEPOS**

                                INDEX

                                                            Page

PROCEEDINGS                                                   4



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**           **www.MILESTONEREPORTING.com**           **Toll Free 855-MYDEPOS**

432996 Interview with Calvin                    Page 4

PROCEEDINGS

OFFICER 1:  Just have a seat.  Somebody will be in here shortly, all right?

MR. COLLINS:  Hey, I ain't going to bother you and all that shit, but I ain't going to be cold and shit.  They're going to give me something, right?

OFFICER 1:  You cold right now?

MR. COLLINS:  I'm going to end up cold.  I know that.  So -- I'm just talking.

OFFICER 1:  I feel you.  If you end up being cold, just let me know, all right?

MR. COLLINS:  I'm going to need -- I don't want to be -- like --

OFFICER 1:  I feel you.  All right.  I'll -- I'll try to look for something -- look for you something right now, all right?

MR. COLLINS:  Appreciate you.  Shit.

OFFICER 1:  I know it ain't fashionable, man, but it's what they got.  Huh?

MR. COLLINS:  You can just leave it.  I'll buy a coat -- thank you, man.  I appreciate it, I ain't lying to you.

OFFICER 1:  All right.

MR. COLLINS:  I'm looking for an --

OFFICER 1:  All right.  Give me a second.  All



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        www.**MILESTONEREPORTING**.com        **Toll Free 855-MYDEPOS**

right?

MR. COLLINS:  All right.  Damn, dog.

I can't -- shit, bro.

What does this mean?

I'll tell you, bro.  I have to go home.  Shit.
Uh-uh.  Shit, she --

OFFICER 2:  Yeah, man?

MR. COLLINS:  Can I get some -- give me a
little --

OFFICER 2:  One second.

MR. COLLINS:  -- water?

OFFICER 2:  I'll get the deputy up here and --
he just went down.  He'll come right up, okay?

MR. COLLINS:  Okay.

Yeah?

OFFICER 1:  Yo, Calvin.

MR. COLLINS:  What's up, man?

OFFICER 1:  Hey, the detective said hold off on
using the bathroom, right?  Until they can talk to
you, all right?

MR. COLLINS:  I'll piss right --

OFFICER 1:  Huh?

MR. COLLINS:  I'll piss in that bottle.  I'm
just being --

OFFICER 1:  Well, I'm just letting you --

 MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          www.**MILESTONEREPORTING**.com          Toll Free **855-MYDEPOS**

relaying you what they told me, all right.

MR. COLLINS:  Okay.

OFFICER 1:  All right.  So just chill out real quick, all right?

MR. COLLINS:  Yeah.

OFFICER 1:  What you start doing here is what you start doing.

MR. COLLINS:  I'm just trying to be as cordial as possible.

OFFICER 1:  I got you.

MR. COLLINS:  I seen how shit works and I don't think that's cool.  I got used to use the bathroom and I want something to drink.  I'm here.  I'm keeping it real simple.

OFFICER 1:  I got you, bro.  But I'm just -- like I said --

MR. COLLINS:  Okay.

OFFICER 1:  -- I'm just letting you know what they told me.

MR. COLLINS:  I don't want to be.  I told you.

OFFICER 1:  Okay.

MR. COLLINS:  All right.

Fuck this shit, bro.

Bro, not pay, I pay one more time.  I ain't -- damn, bro.  Damn, bro.  Damn, bro.

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Long as -- fuck.  Fuck.

My life's over, bro.

What the fuck, bro.

Wake the fuck --

OFFICER 1:  What's up, man?

MR. COLLINS:  So I got to use -- how long they're going to be -- use the bathroom that long, bro.

OFFICER 1:  Well, what did I tell you.  Go ahead.

MR. COLLINS:  Told you I had to pee soon as -- man.

OFFICER 1:  Okay.

MR. COLLINS:  But what if I didn't, bro?  So this is what I'm going to tell you, bro.  I'm trying to get -- me cousin, bro.  They going to sit here and tell me like this, bro.  I'm going to tell you all to be -- take me to the county, I'd like to talk to a lawyer. I'm being outright with you.

OFFICER 1:  Well --

MR. COLLINS:  How about -- take -- take me to the county, bro.  I ain't do it.  You can take me to the take me to the county, bro.

OFFICER 1:  Listen --

MR. COLLINS:  You can take me, bro.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

OFFICER 1:  Listen, listen.

MR. COLLINS:  I'm telling you.

OFFICER 1:  Calm down, bro, calm down.

MR. COLLINS:  I'm real easy because they're going to know.

OFFICER 1:  I understand.  I understand.

MR. COLLINS:  Going to take a --

OFFICER 1:  I understand.

MR. COLLINS:  I deal with it all the time.

OFFICER 1:  I understand what you're saying, all right?

MR. COLLINS:  Uh-huh.

OFFICER 1:  They have -- they had to go -- they had to go to the scene.

MR. COLLINS:  Okay.  I'm sorry.  I apologize. You're right.  I apologize.  You're right, but I'm just -- I don't --

OFFICER 1:  I understand --

MR. COLLINS:  I know the tactic -- tactics from cold and this -- and you --

OFFICER: 1:  There you go.

MR. COLLINS:  Bro, I'm just trying to do this. I need to talk to my momma.  I need to talk -- like, come home, bro.

OFFICER 1:  Okay.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

MR. COLLINS:  That's what I'm trying to say.

OFFICER 1:  Okay.  Just hold on, man.

MR. COLLINS:  All right.  Okay.  Thank you.

OFFICER 1:  You don't need anything?

MR. COLLINS:  Could you bring me another bottle of water, please?  Never get some --

OFFICER 1:  I'll get you a cup right now.

MR. COLLINS:  Thank you.

OFFICER 1:  All right?  All right.

MR. COLLINS:  Thank you so much.  Shit on -- bro.  He's going to be saying, bro.  At least we had.

Hey.

DETECTIVE ROBLES:  Calvin?

MR. COLLINS:  Yeah.

DETECTIVE ROBLES:  How's it going, man?  Can you take a seat for me real quick?  Calvin, I'm detective --

MR. COLLINS:  Do you -- do you have water?  And I have to use the restroom --

DETECTIVE ROBLES:  Ho, that's fine, man. That's okay.

MR. COLLINS:  He told me you all should have a --

DETECTIVE ROBLES:  That's okay, man.  That's

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

okay. That's okay.

DETECTIVE KOEPSELL: Yeah. We'll plan on brining you some.

DETECTIVE ROBLES: Not right now, okay?

MR. COLLINS: Man, I don't want to be treated like that.

DETECTIVE ROBLES: I get it, man, I get it. A lot -- a lot has happened, right? I know a lot has happened. You -- you've been through a lot today, okay? That's why I came in here, introduced myself. My name is Carlos. This is my partner Chelsey, okay? You probably experienced something very traumatic today, so I understand that you're going through a lot, okay? And then --

MR. COLLINS: Straight, let's just get this over with, bro.

DETECTIVE ROBLES: I get it, man, and I appreciate it, okay?

MR. COLLINS: You were just -- get it over with.

DETECTIVE ROBLES: I appreciate it, man. Before I do that, okay, there's only a couple of things that I need to do. I appreciate you doing that, not peeing all over the floor, man. I really appreciate that, okay? We actually had somebody do that, so I

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

really appreciate it and I respect you for that,

okay? Before I -- we get -- just get into it, man, I

do have a couple of questions.  I just want to make

sure I have your correct name and all that stuff,

okay?  Because sometimes, you know, people, misspell

names and stuff like that, okay?  Do you want to

wear this?  This is for, like --

    MR. COLLINS:  No.  Not really.

    DETECTIVE ROBLES:  It's foam.

    MR. COLLINS:  Because I ain't -- only people

I've seen wear them is people that did some shit.

    DETECTIVE ROBLES:  Okay.

    MR. COLLINS:  I'm just -- what I'm trying to --

    DETECTIVE ROBLES:  Okay.  Perfect, man.  I

appreciate that.  What's -- what's your first name?

    MR. COLLINS:  Yeah.  Calvin Patrick Collins.

    DETECTIVE ROBLES:  Calvin.

    MR. COLLINS:  Uh-huh.

    DETECTIVE ROBLES:  Patrick.  And that's

P-A-T-R-I-C-K?

    MR. COLLINS:  Uh-huh.  9-30-88.

    DETECTIVE ROBLES:  9-30-88.  How old are you?

    MR. COLLINS:  34.

    DETECTIVE ROBLES:  34.  And you said Calvin

Patrick --

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

MR. COLLINS: Collins.

DETECTIVE ROBLES: Collins. Okay. Calvin, I appreciate it. What's a good phone number for you, Calvin?

MR. COLLINS: (407) 292.

DETECTIVE ROBLES: 292.

MR. COLLINS: 1247.

DETECTIVE ROBLES: 1247. And what's a good address for you, Calvin?

MR. COLLINS: The address on the thing, Lake County.

DETECTIVE ROBLES: Lake County?

MR. COLLINS: 2327 Norwood Place.

DETECTIVE ROBLES: 2327 Norwood --

MR. COLLINS: Place.

DETECTIVE ROBLES: Place. Is that a house or an apartment?

MR. COLLINS: House.

DETECTIVE ROBLES: Okay. Perfect. Okay. I know that you had to -- you obviously peed. Do you still have to use the restroom?

MR. COLLINS: I already --

DETECTIVE ROBLES: You -- okay. If at any moment you need to go to the restroom, just let me know. We'll try to take care of you, okay? I know

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

you have water.  Is there anything else -- can I get you anything?

MR. COLLINS:  I'm cold.  The only thing, I'm cold.

DETECTIVE KOEPSELL:  It's always cold in here.

DETECTIVE ROBLES:  Yeah.  I'm sorry, man. Yeah, yeah.  I'm -- I'll be honest with you.  I'm freaking freezing, to be honest with you.  Give me one second.

DETECTIVE KOEPSELL:  Yeah.

DETECTIVE ROBLES:  Okay.  Calvin, obviously you've been through a lot, okay?  And I'm trying to figure out what the hell happened today, okay?  But obviously you were brought in handcuffed.

MR. COLLINS:  No, they didn't put me in handcuffs.

DETECTIVE ROBLES:  Oh, okay.  But they brought you in the patrol car, right?

MR. COLLINS:  Yeah, yeah, yeah.

DETECTIVE ROBLES:  Okay.  So like, you felt --

DETECTIVE KOEPSELL:  You didn't come here on your own free will, right?

DETECTIVE ROBLES:  Yeah, yeah, yeah, yeah.  You felt like you couldn't -- you weren't free to leave --

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

DETECTIVE KOEPSELL:  You weren't free to go.

DETECTIVE ROBLES:  -- and stuff like that, right?

MR. COLLINS:  Uh-huh.

DETECTIVE ROBLES:  So because of that and because I want to ask you questions about what happened, which it sounds like you, kind of, want to tell me what happened, I just need to -- I get it. I just need to read you your rights real quick just so we can get past it, and then we can just get into it, okay?

All right.  So you have the right to remain silent.  Anything you say will be used in court as evidence against you.  You're entitled to talk to an attorney now and have him present now or at any time during questioning.  If you cannot afford an attorney, one will be provided for you without cost. Do you understand your rights?

MR. COLLINS:  Yes, sir.

DETECTIVE ROBLES:  And has anyone promised you or any -- has anyone promised you anything or coerced you into speaking to me?

MR. COLLINS:  No.

DETECTIVE ROBLES:  No?  Okay.  Perfect.  So Calvin, again, man, I know that, you know, this is

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

obviously that -- something that you don't go through a lot or often, right?  So, kind of, break it down for me. What was the first thing that you did today?  How did we get to where we're at?

MR. COLLINS:  I -- I'm going to take you all the way.  I got picked up.

DETECTIVE ROBLES:  Okay.

MR. COLLINS:  Smoked some weed, I gave him a little case of weed.

DETECTIVE ROBLES:  Uh-huh.

MR. COLLINS:  We were -- I only -- she was only with me for 30 minutes.  I see my little cousin on the -- he looked like something was wrong with him, like he was distraught.  I know kids, they got a lot shit of going on.

DETECTIVE ROBLES:  Okay.

MR. COLLINS:  So, come on, I'm going to get you out -- well, I don't know what's going.  He just -- he don't usually be walking like that.

DETECTIVE ROBLES:  Okay.

MR. COLLINS:  So it's like, I see you walk. Come on.  So I said, "Where you going?  I'm going to drop off."  I said, "I'm going to drop off.  You want me to drop you off first?"  He was like -- but he was like, "I'm going, right?"  So I was like,

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

432996 Interview with Calvin                    Page 16

okay.  So I was like, "What you doing?"  I said --

he said, look.  He just told me, "Make a left, make

a right."  I just listened to what he's saying, make

a left, make a right, and then boom.  Boom.

        And he like -- I stopped because -- you know

what I'm saying?  Because I don't know where it's

coming from.  I, kind of, stopped, and then he just,

kind of, like -- he just like -- he just jumped out,

like, go.

        DETECTIVE ROBLES:  Uh-huh.

        MR. COLLINS:  He's was like, go.  Like -- I

just, like, looked around, but I'm looking on and I

just see her bleeding, bro.  I just -- I ain't -- I

ain't -- I'm a dove.  I can't leave her.

        DETECTIVE ROBLES:  Yeah.  I get it, man.

        MR. COLLINS:  Man, I don know.

        DETECTIVE ROBLES:  I get it, man.  So it's

probably something traumatic to experience and stuff

like that, you know.  Obviously, you know, I'm -- I

feel very sorry for what you had to go through.  So

real quick, what do you do for a living, Calvin?

What do you work in?  How do you make your money?

        MR. COLLINS:  Studio work.

        DETECTIVE ROBLES:  You got -- like, are you a

rapper?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

MR. COLLINS:  Yeah.

DETECTIVE ROBLES:  Okay.  What's your -- like, what's your rap name?

MR. COLLINS:  I don't got one, bro.

DETECTIVE ROBLES:  You don't.  Okay.  So you just go by Calvin?  Okay.  Is it -- is it like a starter?  Is it a starter up or you've been doing this for a while?  Like, rapping?

MR. COLLINS:  This ain't got nothing to do with that shit, bro.

DETECTIVE ROBLES:  Okay.  Okay.  I'm just curious.

MR. COLLINS:  It's -- this, bro.  All that about me, bro, it ain't --

DETECTIVE KOEPSELL:  What -- the girl you were with, you said that you had picked her up, you guys smoked together.  What's her name?

MR. COLLINS:  Honey D (phonetic).  I told them. Honey D.

DETECTIVE KOEPSELL:  Honey D?

MR. COLLINS:  Yeah.  Because --

DETECTIVE KOEPSELL:  How long have you known Honey D for?

MR. COLLINS:  I know her for a -- like, we all know her.  She's a friend of the family.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

432996 Interview with Calvin                    Page 18

DETECTIVE KOEPSELL:  She's a friend of the family?

MR. COLLINS:  Yeah.  Yeah.

DETECTIVE ROBLES:  And is she -- is she, like, famous rap?  Or like a rap --

MR. COLLINS:  No.  She rap too, but she -- he -- like, we just -- my cousin -- they don't even know each other, so --

DETECTIVE KOEPSELL:  Your cousin doesn't know Honey D?

MR. COLLINS:  No.

DETECTIVE KOEPSELL:  Okay.

MR. COLLINS:  My cousin's young, but I don't know where the gunshot -- it just was like -- I know them kids got a lot of shit going on.  All I hear was boom.  Bro, shit on me, bro.

DETECTIVE ROBLES:  Yeah.

MR. COLLINS:  -- how am I skinny?

DETECTIVE ROBLES:  Yeah.  So tell me about -- tell me about your cousin.  What's -- you said that he seemed down.  Do you know that he's been having -- through some issues, like, in his personal life, like, girlfriend?

MR. COLLINS:  Everybody has shit going on, but I can't tell you, bro.  I just know them kids got a

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900            www.MILESTONEREPORTING.com            Toll Free 855-MYDEPOS

432996 Interview with Calvin                    Page 19

lot of shit going on.

DETECTIVE ROBLES:  Oh, yeah?

MR. COLLINS:  Because they're young kids.

DETECTIVE ROBLES:  Right, right.

MR. COLLINS:  And I just -- I try to keep him
out of trouble.  That's why -- I'm 34, bro.

DETECTIVE ROBLES:  Yeah.

MR. COLLINS:  I'm not a kid, bro.

DETECTIVE ROBLES:  No.

MR. COLLINS:  I don't get -- you all know, you
all ran my record.  I've been in trouble, but I
don't get in trouble, like, bro.

DETECTIVE ROBLES:  Yeah.  Like -- I mean, you
did -- you did stupid shit when you were young like
everybody --

MR. COLLINS:  Yeah, but I don't sit around
here, and I try to keep him out of trouble, right?
That's all I do.

DETECTIVE ROBLES:  Yeah.

MR. COLLINS:  And it is like I don't know
what's going on.  I don't know.  I just --

DETECTIVE KOEPSELL:  What was Keith wearing
when you picked him up?

MR. COLLINS:  Just like a dark gray -- I told
them -- he wasn't even in the car too long.  That's

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

what I'm telling you.  I just picked him up on Hastings.  You all see where it's at.

DETECTIVE KOEPSELL:  Hastings?

MR. COLLINS:  He was right there, walking on his -- I was coming down Hastings to take her home because she -- I just -- he just say -- I'm trying to get him, but I don't know what's going on --

DETECTIVE KOEPSELL:  He didn't -- he didn't explain to you where he wanted to go, he just told you directions on how to get there?

MR. COLLINS:  Yeah.  But -- yeah.  I'm saying if my cousin, he looking crazy, I don't --

DETECTIVE KOEPSELL:  He's looking crazy?

MR. COLLINS:  Somebody might be trying to hurt him.

DETECTIVE KOEPSELL:  Like, you feel like something just recently happened involving him.

MR. COLLINS:  Something.  I don't know because it's like he was -- he don't usually walk, and he was sweating and shit, and he's just walking.  It's like -- so, you know, get in the car, come.  What the fuck?

DETECTIVE KOEPSELL:  Did he tell you what happened, like what was going on in that -- I know it's a short --

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

MR. COLLINS:  He was in the car for a minute.

DETECTIVE KOEPSELL:  Yeah.  But --

MR. COLLINS:  And he was like, make a left, make a right.  And I know -- I'm just, you know, make sure we get from wherever the fuck and this shit.

DETECTIVE KOEPSELL:  When you picked him up, did you see anyone else around him?

MR. COLLINS:  No, he was walking by himself.

DETECTIVE KOEPSELL:  Okay.

MR. COLLINS:  But that's like -- it was just -- like, you all see, from Hastings, you see how far I got in the neighborhood.  I -- it was just like, boom, bro. I smelled this shit on me, bro.

DETECTIVE KOEPSELL:  Right.  And when you say boom, obviously --

MR. COLLINS:  A loud ass gunshot by my --

DETECTIVE KOEPSELL:  Gunshot.

MR. COLLINS:  It's boom.

DETECTIVE KOEPSELL:  Okay.

MR. COLLINS:  Boom.  I just hear boom.

DETECTIVE KOEPSELL:  Like, coming from behind you, in front of you, next to you.

MR. COLLINS:  I just hear boom, like boom, like boom, and I, kind of, like, stopped and looked.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

DETECTIVE KOEPSELL:  And I'm assuming you were not armed with a weapon.

MR. COLLINS:  Hell no.

DETECTIVE KOEPSELL:  Okay.

MR. COLLINS:  No, no, no.

DETECTIVE ROBLES:  So this is where you stopped.  You ended up stopping over here by Hialeah 6114.  That's where the car ended up stopping.  And Hastings, you said you picked him off off of Hastings?

MR. COLLINS:  Yes.  Yes, sir.

DETECTIVE ROBLES:  Okay.  And, like, was it like Hastings close to Balboa or where exactly?

MR. COLLINS:  Let me think good because I don't --

DETECTIVE ROBLES:  Yeah, it's okay.

MR. COLLINS:  I ain't going to lie to you.

DETECTIVE ROBLES:  It's okay, man.  Take your time.  This is the map here if it helps you gather your surroundings and stuff.

MR. COLLINS:  We was coming down Hastings.  I don't know, bro.  You all might want to get a garbage can in case I do throw up, though.

DETECTIVE KOEPSELL:  Okay.

DETECTIVE ROBLES:  Yeah, yeah, yeah.  We'll get

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

to that.

MR. COLLINS:  Because it's like I didn't even -- feeling this fucking --

DETECTIVE ROBLES:  No.  Yeah, I know.  You're probably feeling lightheaded like crazy, man.

MR. COLLINS:  It was like -- it was -- it wasn't Balboa.  Like, it was after Balboa, like, going towards Silver Star, one of those streets.  I don't know.

DETECTIVE ROBLES:  Going towards Silver Star.  Okay.

MR. COLLINS:  And it's like he was just walking --

DETECTIVE ROBLES:  Oh, okay.  So you were going north on Hastings then.

MR. COLLINS:  Going towards Silver Star.

DETECTIVE ROBLES:  Going -- so from Colonial going towards Silver Star.

MR. COLLINS:  Uh-huh.

DETECTIVE ROBLES:  Okay.  So you were going north on Hastings.  Okay.  And do you remember where on Hastings -- you put, like -- was there, like a landmark? Was there like a -- like a church or something?  It's okay.  It's okay.  Take a breather, okay?  We're going to get you that trash can.  Take

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.**MILESTONEREPORTING**.com          Toll Free 855-MYDEPOS

these.  There you go.

MR. COLLINS:  This is bullshit, bro.

DETECTIVE ROBLES:  I know, man.  Sorry you had to witness that today.

MR. COLLINS:  Shit, I just don't know why. That don't make sense, bro.  I don't have no problems. Nobody's trying to do nothing to me, bro, like, not that I know of.  You feel what I'm saying?  Like, I don't think nobody trying to -- I don't know.

DETECTIVE ROBLES:  So you mentioned you were going up Hastings.  And is there anything that you can remember that you saw where you picked up your cousin?

MR. COLLINS:  Nothing because I'm not thinking about it.

DETECTIVE ROBLES:  Yeah, no.  I mean, I'm not expecting you to, like --

MR. COLLINS:  -- thinking about nothing.

DETECTIVE ROBLES:  Okay.

MR. COLLINS:  I ain't thinking about -- I ain't doing shit --

DETECTIVE ROBLES:  So you're going north on Hastings and then somewhere your cousin's telling you to turn here, turn here?

MR. COLLINS:  Yeah -- so I just -- I just

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

busted a couple -- a couple of lights.

DETECTIVE ROBLES:  And next thing you just heard a loud boom.

MR. COLLINS:  Come on, bro.  You all -- you all -- I don't know, bro.  You all --

DETECTIVE ROBLES:  There's the --

DETECTIVE KOEPSELL:  Just in case.

MR. COLLINS:  Thank you so much.

DETECTIVE KOEPSELL:  What?

DETECTIVE ROBLES:  No, there was the trash can -- no, there's no trash.

DETECTIVE KOEPSELL:  Yeah.  You're welcome.

DETECTIVE ROBLES:  So where did you pick up the Honey D girl?  Where did you pick her up from?

MR. COLLINS:  From her house.

DETECTIVE ROBLES:  From your house?

MR. COLLINS:  Her house.

DETECTIVE ROBLES:  Oh, her house.  Where does she live?

MR. COLLINS:  I told them, if you go down Hastings, make a right on Silver Star, you know, that daycare right there.

DETECTIVE ROBLES:  Hasting, and then down on Silver Star, the Little Angels childcare?

MR. COLLINS:  You can make the first U-turn --

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

them houses right there, and then you go -- them houses right across the street from there.  Then you go, then you make, not the first right, the second right, and she stay in the white house on the left.

DETECTIVE ROBLES:  Oh, okay.  So you know exactly where she lives.

MR. COLLINS:  Yeah.

DETECTIVE ROBLES:  Okay.  So she lives somewhere off of Hastings and Silver Star.

MR. COLLINS:  She stays off of Silver Star.

DETECTIVE ROBLES:  Off of Silver Star.  So this --

DETECTIVE KOEPSELL:  Not on the street you were on?

MR. COLLINS:  No.  She stays right across the street from the Angel shit -- street.

DETECTIVE ROBLES:  Okay.  So like, near Forest Park?

MR. COLLINS:  Yeah.

DETECTIVE ROBLES:  Or Castle Oak?

MR. COLLINS:  Yeah.  It's one of them.  It's the one as soon as you can make the U-turn and it's just right there.

DETECTIVE ROBLES:  Okay.  And so you -- what time -- do you remember what time you picked her up?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

MR. COLLINS:  From whatever you all -- at the time, bro, because she wasn't even -- we was only together 30 minutes rolling around, smoking a joint. And I was taking her home, bro.  That's fucked up. She want to go home.

DETECTIVE ROBLES:  So you went to pick her up so you guys can smoke, and then you guys chilled and then you were going to go drop her off.

MR. COLLINS:  I seen my cousin right there and was just like -- she's there, he's here.  Come on. Where you going, because?

DETECTIVE KOEPSELL:  Was there any argument between --

MR. COLLINS:  There's nobody saying -- he was in the car for two seconds, I'm telling you.  It's Hastings, you all see where it's at.

DETECTIVE ROBLES:  Does Honey D, does she know your cousin?

MR. COLLINS:  No, at all.

DETECTIVE ROBLES:  Okay.

MR. COLLINS:  He's a kid.  She -- they don't even know each -- they don't know each other.

DETECTIVE ROBLES:  And what's your cousin's name?

MR. COLLINS:  Keith.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

DETECTIVE ROBLES:  Keith?  What's his last name?

MR. COLLINS:  I ain't sure.  He's my cousin on my dad's side.

DETECTIVE ROBLES:  Okay.  What's your dad's last name?

MR. COLLINS:  Well, I'm talking about, like, his dad's, too.  My dad and his dad, it's not my mom.

DETECTIVE ROBLES:  Right.  So your dad and his dad are associated.

DETECTIVE KOEPSELL:  What's your dad's last name?

MR. COLLINS:  I don't know his name, my dad.  You talking about his dad's name?

DETECTIVE ROBLES:  Yeah.

DETECTIVE KOEPSELL:  Oh -- his dad --

MR. COLLINS:  No.  You talking about -- I don't.  My -- I got my mama last name.

DETECTIVE KOEPSELL:  Oh, okay.

MR. COLLINS:  -- was trying to tell you, like --

DETECTIVE ROBLES:  Right.

DETECTIVE KOEPSELL:  You're not close with your dad.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

MR. COLLINS:  Yeah, I'm very close with my dad.

DETECTIVE ROBLES:  Okay.

MR. COLLINS:  I just -- you know how that shit goes.

DETECTIVE ROBLES:  Right.  So what's your dad's last name?

MR. COLLINS:  Legree (phonetic).

DETECTIVE ROBLES:  Degree?

MR. COLLINS:  Legree.

DETECTIVE ROBLES:  Legree.

MR. COLLINS:  He don't have my dad's last name, though.  I'm telling you --

DETECTIVE ROBLES:  Okay.

DETECTIVE KOEPSELL:  Do you know your uncle's last name?

MR. COLLINS:  I think he got his -- probably his mama last name or something.

DETECTIVE ROBLES:  Okay.  What's his mom's last name?

MR. COLLINS:  I don't know.

DETECTIVE ROBLES:  Okay.

MR. COLLINS:  Because he's my cousin from his dad.

DETECTIVE KOEPSELL:  Do you know his mom's first name?



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

MR. COLLINS:  No.

DETECTIVE KOEPSELL:  Do you know your -- you said he's your uncle's son?

MR. COLLINS:  My cousin's son.

DETECTIVE KOEPSELL:  He's your cousin's son.

MR. COLLINS:  Yeah.

DETECTIVE KOEPSELL:  Do you know the -- like, do you know Keith's dad's name?

MR. COLLINS:  Oh, yeah.  Moses.

DETECTIVE KOEPSELL:  Moses.  Do you know Moses' last name?

MR. COLLINS:  That's his last name.

DETECTIVE KOEPSELL:  Legree?

MR. COLLINS:  Moses.

DETECTIVE ROBLES:  Oh, his last name is Moses?  What's his first name?

MR. COLLINS:  Kevin.

DETECTIVE ROBLES:  Kevin Moses?  Okay.

DETECTIVE KOEPSELL:  Sorry.  We're just trying to fill in --

DETECTIVE ROBLES:  The family tree.

DETECTIVE KOEPSELL:  Yeah.

DETECTIVE ROBLES:  And Kevin Moses, so he's the dad of Keith.  How old is Kevin, like, roughly?  Like your dad's age?

 MILESTONE | REPORTING  COMPANY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

TOMORROW'S TECHNOLOGY TODAY

**407.423.9900**      **www.MILESTONEREPORTING.com**      **Toll Free 855-MYDEPOS**

MR. COLLINS:  No, he's just older than me.

DETECTIVE ROBLES:  He's older than you?  Like, by many years or like in his 40s, 50s?

MR. COLLINS:  40s.

DETECTIVE ROBLES:  40s?  Okay.  And how old is Keith, like, roughly?

MR. COLLINS:  He's teenager, bro.

DETECTIVE ROBLES:  Oh, he's young.

MR. COLLINS:  18, 17.

DETECTIVE ROBLES:  Okay.  And is he like -- is he like -- is he bigger than you, smaller than you?

MR. COLLINS:  Bigger.

DETECTIVE ROBLES:  Bigger?  Like, tall, way bigger.

MR. COLLINS:  No, way bigger, way bigger.

DETECTIVE ROBLES:  Okay.  And is he like thin?  Is he fat?

MR. COLLINS:  He's got a little muscle.

DETECTIVE ROBLES:  Muscle?  Okay.  And I see that you have tattoos.  Does he have any tattoos?  No?

MR. COLLINS:  No.

DETECTIVE ROBLES:  No?

MR. COLLINS:  He might do, but I don't -- ain't shit I see.

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

DETECTIVE ROBLES:  Okay.  Does he rap?  Does he have any nicknames or anything like that that he goes by?

MR. COLLINS:  I don't know.

DETECTIVE ROBLES:  Okay.

DETECTIVE KOEPSELL:  Is there a family nickname for him or does everyone call him Keith?

MR. COLLINS:  No.

DETECTIVE ROBLES:  Okay.  And how long -- like, how often do you hang out with him?

MR. COLLINS:  Not that much, bro.  I just started hanging with my cousin because I been trying to keep him out of trouble, bro.

DETECTIVE ROBLES:  Okay.  And what trouble has he got into?

MR. COLLINS:  They kids, bro.  They be -- all the kids are fucking getting in trouble.  Right. All the kids, they just get in trouble -- probably -- and shit.

DETECTIVE ROBLES:  What do you know that you want -- so you want to -- you say you want to be obviously a good person, so you -- like, you're trying to help him, trying to -- you know, trying to -- teach him the ways.

MR. COLLINS:  Just keep him from -- whatever's

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**       www.**MILESTONEREPORTING**.com       **Toll Free 855-MYDEPOS**

going on.

DETECTIVE ROBLES:  But what problems do you know that he's going through that has made you, hey, let me just look out for him, make sure he doesn't make stupid mistakes?  Like, what has he done --

MR. COLLINS:  He's been in jail more times than me, and I'm 34 and he's 18.

DETECTIVE ROBLES:  Okay.  What has he been in jail for?  What does he do?

MR. COLLINS:  I couldn't tell you what.  Some kids shit, whatever the hell they like to do.

DETECTIVE ROBLES:  So like, I mean --

MR. COLLINS:  Right now, you all -- you all --

DETECTIVE KOEPSELL:  We don't know his name.

MR. COLLINS:  Honestly, this is my little cousin and I ain't even -- we just started, like, recently because I just been trying to keep my -- we got this big gap, bro.

DETECTIVE ROBLES:  Yeah.

MR. COLLINS:  I don't hang with no kids, bro. That's a cousin in the family.  He's with the bullshit, I be chilling.  I smoke some weed, smoke some weed and chill.

DETECTIVE ROBLES:  Right.

MR. COLLINS:  I'm not going to get in no

 MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

trouble.

DETECTIVE ROBLES:  So obviously I -- right, you're right.  You don't want to get in any trouble.

MR. COLLINS:  I don't get in no trouble.  He -- and he know that, and then so it's like I don't -- I don't understand how this trouble is coming to me though, bro, like --

DETECTIVE ROBLES:  So Calvin, you seem like -- you seem like a very smart dude.  You seem like somebody that has been in trouble, you know what happens when you get in trouble, and you've been -- you've been doing your best to stay out of trouble, right?  Because your experience, you -- you've been through life, you know, you learned from your mistakes and you're out where you at right now.  Obviously we -- I think it doesn't -- we don't have to, you know, spell it out, but you know that Keith put you in this position, right?  He has you in this position, right?

MR. COLLINS:  I don't know.

DETECTIVE ROBLES:  That's the reality, so --

MR. COLLINS:  The reality of it, bro, that -- that girl, bro.

DETECTIVE ROBLES:  Right.

MR. COLLINS:  That's the realest reality, bro.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Case 6:25-cv-00252-PGB-NWH    Document 56-11    Filed 05/04/26    Page 35 of 205
PageID 590

432996 Interview with Calvin    Page 35

So like, you all just do what you all got to do, bro.

DETECTIVE ROBLES:  I appreciate it, man.

MR. COLLINS:  I got to go home and deal with it.

DETECTIVE KOEPSELL:  When Keith got in the car or when you saw Keith, did he have a gun on him?

MR. COLLINS:  I ain't seen no gun.

DETECTIVE KOEPSELL:  Have you ever seen Keith with a gun in the past?

MR. COLLINS:  I ain't seen him with one because bro, you ride with me, bro -- one thing about it, bro, I ain't -- we ain't going to be stupid, bro. If we go into the corner store, why we need -- like, if it's a problem, but if it's a problem, I'm like, come on.

DETECTIVE KOEPSELL:  Well, he seemed like he was in a problem.  He was sweating, he was walking.

MR. COLLINS:  But I'm saying, like you said, still, like, he can't come around me, going to get me in shit.  Because you got a gun, I don't want you -- right, bro.  What you -- I'm chilling, bro.  You all been -- you all ran my -- you all can see -- when I got caught with that gun -- you all ran my name.  My gun was in my name, bro, licensed.  Like,

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

I ain't -- you can't come around me and have me in a position where it's like, bitch, you got the gun, now you don't -- you know how it goes.  Whose gun it is?  No, bro, I don't --

DETECTIVE ROBLES:  So Calvin, I mean, you stayed there on scene and waited for us to get there. You did -- I -- obviously, you did what you could, right?  You called 911.  Was that -- was that you on the -- it sounds like your voice.

MR. COLLINS:  Yeah.  What can I do?

DETECTIVE ROBLES:  Right.  So -- but hey, you did what you could do, right?  You called 911, you called law enforcement.

DETECTIVE KOEPSELL:  Didn't run.

DETECTIVE ROBLES:  You didn't run.

MR. COLLINS:  Why am I going to run for?

DETECTIVE ROBLES:  Hey --

DETECTIVE KOEPSELL:  Why Keith run?

MR. COLLINS:  Somebody could've been shooting. I don't know.

DETECTIVE KOEPSELL:  But no -- okay.  So again, you're a smart guy.  There's no bullet holes in the car going into the car.

MR. COLLINS:  I could barely -- I really ain't even see --

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

DETECTIVE KOEPSELL:  I'm telling you that.  I'm telling you there are --

MR. COLLINS:  Because all I know is I've seen -- I'm looking at her.

DETECTIVE KOEPSELL:  No windows are shattered, no glasses shattered, no one shot into the car. Someone was -- that was in the car shot, and we can prove it.

MR. COLLINS:  I ain't -- I don't know what happened.

DETECTIVE KOEPSELL:  And so -- we don't think it's you.

MR. COLLINS:  I know it ain't me.

DETECTIVE KOEPSELL:  You stayed, you did the right thing, you acted grown, you waited for law enforcement, you tried to get her help, but I get it, that's your cousin.  And you're saying he's into shit, you don't know what shit, but you know he's been arrested multiple times and he -- you saw him today and he seemed upset and he was sweating and he was walking, and those aren't two things that he normally does.

MR. COLLINS:  But nothing -- no -- well, you can be saying something, but something is just -- I don't -- it just don't.  Nothing makes sense.



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    www.**MILESTONEREPORTING**.com    **Toll Free 855-MYDEPOS**

DETECTIVE ROBLES:  Right.

MR. COLLINS:  Nothing makes sense.  Nothing makes sense, bro.

DETECTIVE ROBLES:  Right.

MR. COLLINS:  It's -- nothing makes -- I hear -- now I'm listening to what you're saying, but what -- nothing makes sense.  But what was -- where was she shot?

DETECTIVE ROBLES:  I'm sorry?

MR. COLLINS:  Where was she shot?

DETECTIVE ROBLES:  I don't know.  We haven't done the autopsy on her.  What was she bleeding from? Because obviously when I got there, you know, we're trying to figure out --

MR. COLLINS:  -- this shit, bro.

DETECTIVE ROBLES:  Right.  So -- but now, man, in order -- I know you keep saying that, you know, we need to -- we're trying to figure out how this occurred, and I think you're -- like we keep saying, you're a smart guy, you know, that we need to talk to Keith.

MR. COLLINS:  I ain't smart, I'm dumb, bro. You can't -- that don't mean shit, bro.

DETECTIVE ROBLES:  But Calvin, would you agree that we need to talk to Keith, right?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

MR. COLLINS:  Bro, life is life, bro.  That's all I can say.

DETECTIVE ROBLES:  What do you mean by that?

MR. COLLINS:  I mean -- you said what you said. I -- hey, everybody has issues and walks in life.  I mean, you all doing what you all do.  You all talking to fucking me.  You think I want to talk to you all?

DETECTIVE KOEPSELL:  Yeah.

DETECTIVE ROBLES:  Yeah.

MR. COLLINS:  You know what I'm saying?  You think -- you think when -- you think me sitting there, not -- you all think I don't know this is the process, bro?

DETECTIVE ROBLES:  Yeah.  No, I do.

MR. COLLINS:  That's why I told him, when he said the detectives said don't let me pee, I said like, don't talk -- fucking with me.  I'm trying to --

DETECTIVE KOEPSELL:  Well, we don't know what happened.  You want us to do a good investigation for your friend, Honey D, right?

MR. COLLINS:  Yeah.

DETECTIVE KOEPSELL:  You know she's dead?

MR. COLLINS:  Well, I'm not -- but I ain't

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

going to be treated like shit -- I'm the one --

DETECTIVE KOEPSELL:  We're not treating you like that.

MR. COLLINS:  They told -- I had to pee -- wait.  And I waited almost an hour, bro.  Like, that's to me, bro.  I'm not stupid, but I am stupid.

DETECTIVE KOEPSELL:  -- why you feel that way, but --

MR. COLLINS:  But the tactics and shit.

DETECTIVE ROBLES:  Well, Calvin, I want to make sure that we both understand each other, okay?  I --

MR. COLLINS:  I told you what I said, bro.  And like I told him, to be honest with you, bro, before I started feeling this way, bro, I said, you all just take me to jail, bro.

DETECTIVE ROBLES:  Why would we take you to jail for?

MR. COLLINS:  No.  But if you all trying to start fucking with me, making me stay cold, can't pee and all this crazy shit -- I want a bed -- and you all going to do what you all got to do.  I don't know anything.  You know that.  I ain't --

DETECTIVE ROBLES:  Well, why would -- why would we -- you said jail.  Why would we take you to jail?

MR. COLLINS:  You playing, bro.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

DETECTIVE ROBLES:  No, no, no, I'm asking you.

MR. COLLINS:  Because there's a motherfucking bed.  I ain't going to be sitting here cold, bro, not being able to pee, bro.

DETECTIVE ROBLES:  Okay.  I -- I'm just trying to -- I'm trying to --

MR. COLLINS:  Listen to what I told him.

DETECTIVE ROBLES:  I'm trying to go with your --

MR. COLLINS:  Before you all come in here -- and play with me, I would just ask for a lawyer, bro. I'm talking to you all, right?

DETECTIVE ROBLES:  Right, right.

MR. COLLINS:  I'm not trying to be a certain way.

DETECTIVE ROBLES:  Right.

MR. COLLINS:  But before I go to feeling a way and treated like shit, and I was just like, bro.

DETECTIVE KOEPSELL:  All right.  We apologize, man.

MR. COLLINS:  I'm just being --

DETECTIVE KOEPSELL:  We had to do a job.

MR. COLLINS:  I know the -- I know what the process is.

DETECTIVE KOEPSELL:  I know.  Everyone has a

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

job, right?

MR. COLLINS:  I ain't tripping.

DETECTIVE KOEPSELL:  We're just -- we're sorry.

MR. COLLINS:  Okay.  Thank you.  I apologize because I know you all doing your jobs.

DETECTIVE ROBLES:  That's okay.

MR. COLLINS:  But --

DETECTIVE KOEPSELL:  I know.  And I know --

MR. COLLINS:  -- way to call my mom, bro.

DETECTIVE KOEPSELL:  Have you ever been through something like this before?

MR. COLLINS:  No.

DETECTIVE KOEPSELL:  Right?

MR. COLLINS:  No.

DETECTIVE KOEPSELL:  It -- it's new, it's traumatic.  Like, you've never been through something like this before.

MR. COLLINS:  I haven't.

DETECTIVE KOEPSELL:  So acting this way is completely understandable, but we just want everyone to stay calm.  We're trying to explain, you know, there's a process.

MR. COLLINS:  I know, I know, I know, I know, and that's why I know, I know what's up.

DETECTIVE KOEPSELL:  So we're -- and I'm sorry

MILESTONE REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

432996 Interview with Calvin
Page 43

that you --

MR. COLLINS:  You what I told -- like I told -- I just want to speed up, call my mom, call my kids and shit.  So just do -- you all do what you all got to do.

DETECTIVE ROBLES:  You have kids?

MR. COLLINS:  Yeah.  I got kids, bro.  What's -- come on.

DETECTIVE ROBLES:  Okay.  Okay.

MR. COLLINS:  Come on, bro.  Like, I could've had my kids in the car, bro.

DETECTIVE ROBLES:  You -- you're right.

MR. COLLINS:  I could've had my lady in the car.  That's just a friend.  Come on, bro.  Come on, bro.  Like --

DETECTIVE ROBLES:  You got -- you got splatter all over your shorts, you know.  God forbid -- God forbid -- thank God your children weren't in the car.

DETECTIVE KOEPSELL:  I mean -- hey, real quick. If you were to see a picture of Keith, you would recognize him, right?

MR. COLLINS:  I mean, that's my cousin.

DETECTIVE KOEPSELL:  Right.  So -- okay.  It is really important that we identify who Keith is.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          www.**MILESTONEREPORTING**.com          **Toll Free 855-MYDEPOS**

That's number one most important thing here that needs to be done.

MR. COLLINS:  Okay.

DETECTIVE KOEPSELL:  So what I'm going to do is I'm going to step out, I'm going to go get some photos and I'll be back, okay?

MR. COLLINS:  Okay.

DETECTIVE KOEPSELL:  All right.

DETECTIVE ROBLES:  So you mentioned that he felt down today.  Is it -- is he okay -- is he okay up there?  Like, from a standpoint, like you're his cousin. Is he okay up there?  Has he been going through some stuff?  Like -- and I don't mean going -- so for example, right, you mentioned -- obviously you -- what you experienced today is something very traumatic, right?

You watched a person get blasted pretty much, and you saw this person bleeding.  I mean, in the car there's like blood everywhere.  I can't even imagine what went through your mind.  You were -- you were probably scared shitless.  You were probably -- you were the next one.  You -- probably you thought you were going to be the next one, right?

MR. COLLINS:  I'm saying I'm like this, like,

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

what the fuck?

DETECTIVE ROBLES:  Right.  You probably -- you -- I mean so just to give you a little relapse, us here in the academy, they play us a scenario --

MR. COLLINS:  Where she got shot?  In the head?

DETECTIVE ROBLES:  That's what we think because she has, like, blood -- like, you know when somebody's shot, you know, blood is coming -- but here's the thing. So the thing about the body is, like, it starts -- you know, you get --

MR. COLLINS:  I don't want to talk about that right now.

DETECTIVE ROBLES:  Okay.  Perfect.

MR. COLLINS:  Let's just go back to --

DETECTIVE ROBLES:  Yeah, it's okay.  So you know, I was -- I was just trying to relate with you. When we went through the academy, they put us through a scenario where, you know, next thing you know you hear gunshots, and there's no bigger fear that I have experienced so far than hearing gunshots and not knowing where they're coming from.

MR. COLLINS:  Because you can't do shit.

DETECTIVE ROBLES:  Right.  You feel selfless, you feel like, holy shit, man.  The next one is going to be right on my fucking head.  Because you



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

just saw somebody -- you know, like you're playing video games and you see somebody get capped and you're like, oh, shit, now it's going to be me. You're trying to freaking hide or something like that. That's how -- that's how I'm understanding this, how it happened. So the reason why I'm asking that is because I want to know if Keith is okay, like, mentally. Like, is he stable? Does he think -- because I just had a case where, you know, people -- you know, this lady, she heard that people were following her.

MR. COLLINS: I seen that.

DETECTIVE ROBLES: Oh, you saw about it. Okay. Well, that was my case.

MR. COLLINS: And I believe people have them type of problems.

DETECTIVE ROBLES: Right.

MR. COLLINS: I'm not saying specific, but people -- as I get older and they talk about mental, I see it's real.

DETECTIVE ROBLES: Right. It is real.

MR. COLLINS: I didn't know when I was young, though.

DETECTIVE ROBLES: It is real.

MR. COLLINS: I thought if he was retarded or

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

he's not, but as he can be regular and be ill.

DETECTIVE ROBLES: Right. Do you think he's ill?

MR. COLLINS: I don't know.

DETECTIVE ROBLES: Like, from your experiences. Did you ever talk to somebody and you're like, for example, I'm talking to you right now and I can tell, hey, man, you know, Calvin, he's not retarded, he doesn't have -- he doesn't think there's pink unicorns in the sky. He doesn't -- you know, he doesn't feel like somebody's following him, he doesn't -- like, he seems like a normal coherent person.

MR. COLLINS: I just don't know what's going on, bro.

DETECTIVE ROBLES: Okay. And through your interactions with him, did you ever -- have you ever felt like there was something wrong with him mentally? Like, did the -- did the family ever -- said anything about that?

MR. COLLINS: I feel like everybody has a twitch, even if you can't figure it out.

DETECTIVE ROBLES: Okay. And do you feel that that's the case with Keith? Do you feel that he has something?



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          www.**MILESTONEREPORTING**.com          Toll Free **855-MYDEPOS**

MR. COLLINS:  I mean, I think everybody something's wrong with them, even if you don't know. But, I mean, bro, all I do is try to help people, bro, and try to make sure everybody okay, bro.  I just don't understand what's going on.

DETECTIVE ROBLES:  Yeah.

MR. COLLINS:  It don't make no sense.

DETECTIVE ROBLES:  It makes no sense.  I agree with you.  Like, especially if you're telling me that Honey D wasn't friends with her -- what do you know about Honey D?  Because I'm trying to identify who she is, but --

MR. COLLINS:  Well, go look up on Instagram.  I know you got Instagram and shit.

DETECTIVE ROBLES:  Instagram she has -- what's her Instagram?

MR. COLLINS:  -- I just want -- so you all can -- you know what I mean?

DETECTIVE ROBLES:  I appreciate it, man, because obviously, you know, I -- obviously I need to contact her family.

MR. COLLINS:  Yeah.  I know that.  That's why -- and the other cop think I'm lying.  I don't know. Like, I'm trying to tell you, like --

DETECTIVE ROBLES:  Yeah.  No, go ahead, man.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

What's -- this is my Instagram.  So what's --

MR. COLLINS:  -- Instagram.

DETECTIVE ROBLES:  You said you have her on Instagram.

MR. COLLINS:  Oh, I thought you said this is my Instagram.

DETECTIVE ROBLES:  No, it is, it is my Instagram.

MR. COLLINS:  Honey D.

DETECTIVE ROBLES:  Honey -- so I got Honey here.

MR. COLLINS:  What's your Instagram name?

DETECTIVE ROBLES:  Yeah.  I'm not giving you my Instagram, man.  Are you trying to follow me, bro? So it's Honey.

MR. COLLINS:  Oh, shit.

DETECTIVE ROBLES:  D-E-E?

MR. COLLINS:  Honey D.  Let me see.  I ain't -- I ain't going to fuck with you.

DETECTIVE ROBLES:  All I'm seeing is cake shit.

MR. COLLINS:  You'll see a picture of her.

DETECTIVE ROBLES:  Honey.  Okay.

MR. COLLINS:  H-O-N-E-Y-D.  I'm sorry.  And she a -- she a light-skinned girl -- see a picture of her face.  She's smiling on there.  That's her.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

DETECTIVE ROBLES:  That's her?

MR. COLLINS:  That's her, bro.  It's fucked up, bro.  That's some fucked up shit.

DETECTIVE ROBLES:  Yeah.  She was young.

MR. COLLINS:  22.  Like, she older than me, though.

DETECTIVE ROBLES:  She had tattoos?

MR. COLLINS:  --

DETECTIVE ROBLES:  Yeah?

MR. COLLINS:  It's sad.  It's weird.  Oh, boy.  How long you all keeping me, bro?

DETECTIVE ROBLES:  We're just trying to figure out right now, man.  She's going to show you some pictures.

MR. COLLINS:  Yeah.  I know, I know.  I just -- you know, I just -- I got -- I got to think, bro.

DETECTIVE ROBLES:  I know, man, I know.

MR. COLLINS:  Bro, I'm in the car, bro.  I'm in the car, bro.  You feel what I'm saying?  So I don't -- bro, I'm in the car.  That don't make no sense.

DETECTIVE ROBLES:  Does she have kids?  Do you know?

MR. COLLINS:  No, she don't have kids.

DETECTIVE ROBLES:  No kids?

MR. COLLINS:  No.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

DETECTIVE ROBLES:  Do you know, like, her family and stuff like that?

MR. COLLINS:  No.

DETECTIVE ROBLES:  Like, do you know where her mom is or anything?

MR. COLLINS:  I don't know.  I know that's who she stay with though, but I don't know.

DETECTIVE ROBLES:  With her mom?

MR. COLLINS:  Yeah.  But I don't know her.

DETECTIVE ROBLES:  Do you know if -- so you know -- you said you know what her house looks like.  Can you tell me that -- I'm assuming that's where mom lives.

MR. COLLINS:  Yeah.

DETECTIVE ROBLES:  Right?

MR. COLLINS:  I told you.

DETECTIVE ROBLES:  You said it was a -- did you say it was a white house?  Did I get that right?  Is it like a one story, two story?

MR. COLLINS:  One story, driveway, porch.

DETECTIVE ROBLES:  Okay.  One story, driveway, porch.  Is it like an old house?

MR. COLLINS:  Looked nice, but I mean, regular house.

DETECTIVE ROBLES:  Does it look, like, well-

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

kept or, like, disgusting or --

MR. COLLINS:  No, it's nice.

DETECTIVE ROBLES:  Well kept.  And how long have you known this girl, Honey D, roughly?

MR. COLLINS:  Five, six, seven years.

DETECTIVE ROBLES:  Five, six years?  Okay.  And you never heard her actual name?

MR. COLLINS:  I know her, bro, but I just -- it's at the tip of my tongue, bro.

DETECTIVE ROBLES:  Okay.  Is it -- is it like a weird name, like a complicated name?

MR. COLLINS:  No, I know her name.  It's just -- it's just at the tip of my tongue, bro.

DETECTIVE ROBLES:  Okay.  And then --

MR. COLLINS:  You know, you can call the person a nickname for so long.

DETECTIVE ROBLES:  Yeah, yeah, yeah.  That's her nickname.  Yeah, yeah.  Especially with those Hispanic dudes.  Yeah.  You know how many Juans are in my family?  Yeah.  We just say nicknames.  It's easier.

So Honey D.  So you mentioned that you picked her up at her residence, you guys went to smoke a little bit of weed, that you were going to go drop her off, but then on your way there, your cousin --

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

you saw your cousin walking down the street, you

mentioned he was wearing dark clothing.  You

mentioned that he's muscular build and anywhere from

18 to 19, big muscles, no tattoos.  You said he has

an afro, right?

MR. COLLINS:  He got like some weird type of

shit going on.

DETECTIVE ROBLES:  What do you mean type shit?

Like, what do you mean weird?

MR. COLLINS:  Some type of shit.  I don't know.

One of those young kids shit.

DETECTIVE ROBLES:  Like -- did he have like

dreads or --

MR. COLLINS:  Something like that.

DETECTIVE ROBLES:  Or beads or something?

MR. COLLINS:  Something like some dreads type

shit.

DETECTIVE ROBLES:  Dreads?  Okay.  And you

mentioned that he was walking down, so you slowed

down, you, kind of, like, hey, because, you're good?

What does he tell you when you ask him, like --

MR. COLLINS:  I'm telling -- like, he just --

he just, like, huh, and he just hopped in the car.

I say, I'm going to drop off -- I'm going to drop --

I'm going to drop her off first.  He was like, drop

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

me off.  Like, drop him off first because it was like -- she's there too, but he my little cousin.  If I'm dropping her off, you can chill with me.  I don't know what's going on with you.  You looking -- like, you want to stay with me when I drop her off or do you want me to take you? Like, whatever you need me to do right now.  He said, no, take me.

DETECTIVE ROBLES:  So who tell -- who tells you to take me?

MR. COLLINS:  Him.

DETECTIVE ROBLES:  Oh, him.

MR. COLLINS:  Yeah.  Like --

DETECTIVE ROBLES:  Okay.  So you're going to go drop him off, then your girl.

MR. COLLINS:  That's not my girl.

DETECTIVE ROBLES:  Well, I -- I'm sorry.  Your friend, your friend.  Sorry.

MR. COLLINS:  I was on the way to dropping her off.  I seen him, I said, you good?  I mean, I said, I'm going to drop her off, but he want -- like, you want me to take you first?  Like -- he was like, "No, take me first."  Like, he was just, like, he --

DETECTIVE ROBLES:  So when he -- when he went into your car, did he go in the rear passenger or the rear driver?  Like, your side or her side?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    www.**MILESTONEREPORTING**.com    Toll Free **855-MYDEPOS**

MR. COLLINS:  Her side.

DETECTIVE ROBLES:  How did he go inside this car?

MR. COLLINS:  Her side.

DETECTIVE ROBLES:  Her side?  Okay.  So the rear passenger.

MR. COLLINS:  And it was just -- just -- I don't know.

DETECTIVE ROBLES:  So he gets into -- through the rear passenger, he's inside.  So when he comes in, does he sit behind her or behind you?

MR. COLLINS:  Behind her.

DETECTIVE ROBLES:  Behind her.  Okay.  So now he's behind her.  The whole ride he's sitting behind her?

MR. COLLINS:  Yeah.

DETECTIVE ROBLES:  Okay.  And then what are you guys -- so when he gets into the car, what are you guys talking inside the car?  What are you guys talking about?

MR. COLLINS:  He never talked about it.  He was only in the car for 30 seconds off of Hastings. Look where it's at.  Hastings.

DETECTIVE ROBLES:  Yeah.  It's probably like --

MR. COLLINS:  30 seconds -- I told you that.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        www.MILESTONEREPORTING.com        **Toll Free 855-MYDEPOS**

DETECTIVE ROBLES:  Yeah.

MR. COLLINS:  I'm telling you.

DETECTIVE ROBLES:  But within those 40 seconds, is it just silence?

MR. COLLINS:  Yeah.  It's they don't know each other.  Where you need me to take you, because?  Where you need to go, right?  Like, whatever it is to get you -- I don't know what's going on, but you look like something going on.  So left, right.  I'm going to turn, get you hooked, drop off, get on with my day.  This is the day --

DETECTIVE ROBLES:  Yeah.  No, it's --

MR. COLLINS:  It's fucking early in the morning, bro.

DETECTIVE ROBLES:  Yeah.

MR. COLLINS:  That's crazy.

DETECTIVE ROBLES:  No, it is.  And that car, does that car belong to you?  Does it belong to a friend?

MR. COLLINS:  It's a -- it's a rental.

DETECTIVE ROBLES:  A rental?

MR. COLLINS:  I drive --

DETECTIVE ROBLES:  Like, what rental company --

MR. COLLINS:  It's -- you know, like the private -- everybody doing this private rental shit,

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

432996 Interview with Calvin                                    Page 57

you know.

DETECTIVE ROBLES:  Like -- oh, so not like an actual business.

MR. COLLINS:  Yeah.  Like a private.

DETECTIVE ROBLES:  Do you remember the -- is it like an app or something?

MR. COLLINS:  Yeah, I had got -- I got -- I had Googled it a long time ago.

DETECTIVE ROBLES:  Oh, okay.  Do you remember the name of the app that you use?

MR. COLLINS:  -- Google.

DETECTIVE ROBLES:  Is it like a --

MR. COLLINS:  Yeah.  Like, some shit like that. I just typed in, need a rental car.

DETECTIVE ROBLES:  Oh, rental car.

MR. COLLINS:  You know -- you know what I'm talking about, like --

DETECTIVE ROBLES:  And how long you had that car for?

MR. COLLINS:  For some months.

DETECTIVE ROBLES:  Like a couple of months?

MR. COLLINS:  Yeah.

DETECTIVE ROBLES:  Okay.  Like six months, eight months, ten months?  Did you have it before Christmas?  Christmas was like two months ago.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

MR. COLLINS:  Yeah, I had it before Christmas.

DETECTIVE ROBLES:  You had it before Christmas?  Before Thanksgiving?

MR. COLLINS:  I don't think so.  I think I had it --

DETECTIVE ROBLES:  Okay.  So right around between Thanksgiving and then now.  Okay.  So say like December -- since December.  So about what?  Two, three months give or take?  Okay.  And then -- and then -- I know you mentioned you have kids.  Do you have -- do you have a wife or a girlfriend or something?

MR. COLLINS:  Uh-huh.

DETECTIVE ROBLES:  Yeah?  Okay.  Does she know what's going on, or she has no idea what's going on?

MR. COLLINS:  She probably know by now.  You know, people's going to talk.

DETECTIVE ROBLES:  Yeah.  How people talk and stuff like that.  Well, I saw that you live in Tavares, right?

MR. COLLINS:  Uh-huh.

DETECTIVE ROBLES:  And so what?  Like, you just hang out in this area or something?  It's very far.

MR. COLLINS:  I'm from there.

DETECTIVE ROBLES:  Oh, you used to live there.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

MR. COLLINS:  No, I said I'm from Orlando.

DETECTIVE ROBLES:  Oh, you're from Orlando okay.  Like, you grew up here.

MR. COLLINS:  Yeah.

DETECTIVE ROBLES:  Okay.  And I'm assuming you just went there because --

MR. COLLINS:  I'm just chilling.

DETECTIVE ROBLES:  Oh, no, no, no.  I mean that you went to -- you moved down to Tavares.

MR. COLLINS:  Oh, yeah.  My mom.

DETECTIVE ROBLES:  Oh, your mom.  That's your mom's address?

MR. COLLINS:  Yeah, my mom --

DETECTIVE ROBLES:  Oh, okay.  So that's why you live out there.  You obviously hang out here and stuff like that.  So how did -- it -- she's not -- like, she doesn't get concerts or anything like that.  Like, she's not like a big shot like that, you know, like -- I'm talking like she ain't known --

MR. COLLINS:  Nothing makes sense, bro.  Nobody knows -- people know her, but bro.

DETECTIVE ROBLES:  But you get what I'm trying to say.  Like you don't think it was like, you know, they were trying to cut her from --

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

MR. COLLINS:  Nobody's trying to hurt her, bro.

DETECTIVE ROBLES:  Did she ever told you like, hey, man --

MR. COLLINS:  Nobody trying to hurt her, bro.

DETECTIVE ROBLES:  Yeah.

MR. COLLINS:  Nobody's trying to hurt her, nobody, bro.

DETECTIVE ROBLES:  Yeah.

MR. COLLINS:  So I don't know what's going on, bro.

DETECTIVE ROBLES:  That's crazy, man.

MR. COLLINS:  That's crazy.

DETECTIVE ROBLES:  And -- well, I mean, she said she had no kids, right?  You said she had no kids? Not that you know of.

MR. COLLINS:  Yeah --

DETECTIVE ROBLES:  Yeah.  And then she just lives with mom.  Do you know what -- if there's anybody else she lives with?

MR. COLLINS:  I'm not sure, sir.

DETECTIVE ROBLES:  You're not sure.  Okay.  So let me see here.  That's the white Sonata.  There's a -- there's a white car that was parked there.  Do you know if that car had anything to do with -- do with it?  So like, when you parked there was another

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        www.**MILESTONEREPORTING**.com        **Toll Free 855-MYDEPOS**

car just up front.  Do you know what I'm talking
about?

MR. COLLINS:  I seen, but I don't think -- I
don't --

DETECTIVE ROBLES:  You don't think it's
involved?

MR. COLLINS:  All I know is --

DETECTIVE ROBLES:  So for example, like, when I
went --

MR. COLLINS:  Does it look like it did
something?

DETECTIVE ROBLES:  I don't know, I don't know.
I'm just asking.  It was just there.  So like, the
street is this way, right?  Your car ended up
here --

MR. COLLINS:  Because I --

DETECTIVE ROBLES:  You're facing this way.
You're facing this way, and then the deputies
arrived here and they said that you were standing
like right near your car when they showed up.  And
there was -- there's another white car here.  I
don't know if it had anything to do with it.

MR. COLLINS:  No, I don't --

DETECTIVE ROBLES:  Like, you didn't see anybody
get out of this car or run or anything like that?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

MR. COLLINS:  I don't -- I don't recall seeing --

DETECTIVE ROBLES:  No?

MR. COLLINS:  I just -- I was on the street, bro.

DETECTIVE ROBLES:  Okay.  And then this would probably be a weird question, but is Keith, like, is he -- is he like a man -- like, I don't mean like a man, but is he like -- does he have any girlfriends, or does he have any boyfriends, or anything like that?

MR. COLLINS:  He don't got no boyfriends.

DETECTIVE ROBLES:  Oh, okay.  Like, he's not, you know, like --

MR. COLLINS:  That ain't like that.

DETECTIVE ROBLES:  Okay.  So he's acting, like, straight, he's with girlfriends and stuff like that.  Is there any -- is there any other -- is there any girlfriends that you know about him or anything like that that are popular or something, or try to find out?

MR. COLLINS:  I don't know.

DETECTIVE ROBLES:  You said his dad is Kevin Moses.  Is there any -- what about his mom?  Do you know his mom?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

MR. COLLINS:  I mean, no, not really.

DETECTIVE ROBLES:  No?  Okay.  And Kevin Moses -- and Moses is M-O-S-E-S?  Did I get that right?  Do you know where he live at, Kevin?  No?  Or your cousin, do you know where he stays at?

MR. COLLINS:  No.  He just -- you know what I mean?  Young.  So he's trying to figure -- that's why I say, like, whenever he want to -- like he -- like, as long as he ain't get in trouble, bro.

DETECTIVE ROBLES:  Does he work or anything like that that you know of?

MR. COLLINS:  No.

DETECTIVE ROBLES:  I mean, he's probably --

MR. COLLINS:  He needs to get a job.

DETECTIVE ROBLES:  Yeah.

MR. COLLINS:  But he's like --

DETECTIVE ROBLES:  Yeah.  No, I hear you.  What about Kevin?  Do you know if Kevin works?

MR. COLLINS:  Most likely.

DETECTIVE ROBLES:  Yeah.  Do you know what?

MR. COLLINS:  Because he got trucks.

DETECTIVE ROBLES:  Trucks?

MR. COLLINS:  Yeah.

DETECTIVE ROBLES:  Like, he's a truck driver?

MR. COLLINS:  Uh-huh.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

432996 Interview with Calvin    Page 64

DETECTIVE ROBLES:  Okay.

DETECTIVE KOEPSELL:  Kevin who?

DETECTIVE ROBLES:  Kevin Moses, Keith's dad.

DETECTIVE KOEPSELL:  Okay.

DETECTIVE ROBLES:  He's just telling me that he's like a truck driver and just giving me a little more information.  He was just letting me know that when he picked up Keith, Keith came in through the rear passenger side.

DETECTIVE KOEPSELL:  Okay.  Behind Honey D.

DETECTIVE ROBLES:  And he sat behind Honey D the whole time, or the 40 seconds or a minute that it took him to move from Hastings to where the car ended up stopping.  He's saying that the car in front though, the white car that we saw that we were talking about, he said that there's nothing -- it had nothing -- he doesn't know if it was involved or anything like that.

DETECTIVE KOEPSELL:  When Keith told you like, go, go, go, did you drive forward at all or did you stay ducked down?  You said that you had ducked down because you were like, I don't know where the shots are coming from.

MR. COLLINS:  I mean, I -- yeah, I ducked -- Yeah, yeah.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

DETECTIVE KOEPSELL:  Yeah.  Did you continue driving or did you --

MR. COLLINS:  No.  I went up -- like a few.  I said because it was like it said, boom.  I just was like -- I, kind of, stopped, and then it's like, I, kind of, looked and I, kind of -- and he just, kind of, hopped out and was like, go, and I rolled up a little bit.  As I'm driving, I'm thinking and it's, like, I just stopped.

DETECTIVE KOEPSELL:  You say he hopped off --

MR. COLLINS:  Because it's like she's shot.  If she wasn't, I would've kept going, but it's like, she's shot.

DETECTIVE KOEPSELL:  Yeah, yeah.

MR. COLLINS:  So it's like I look around, like, to make sure because I don't know if somebody shooting out one of these houses.

DETECTIVE KOEPSELL:  Yep.

MR. COLLINS:  I don't know if a big -- turned the corner and we ain't see him, you know, anything.  So it was like, wait, it's like, I don't see, so I, kind of, wait and just called you.

DETECTIVE KOEPSELL:  Okay.  And did you happen to see which door Keith exited?

MR. COLLINS:  He got out the car.  He just --


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

DETECTIVE KOEPSELL:  Do you know which --
behind you or behind her?

MR. COLLINS:  Her.

DETECTIVE KOEPSELL:  Behind her.  Okay.

MR. COLLINS:  I just -- I went up a little bit
and I just stopped.

DETECTIVE KOEPSELL:  And obviously you got out
of the car because you were like, oh, my God.  Like,
what's happening?  Call 911.  I know you weren't in
the car when the police got there.  Did you happen
to see which direction Keith went?

MR. COLLINS:  I didn't.  It's just --

DETECTIVE KOEPSELL:  Okay.

MR. COLLINS:  I see this girl, bro.  She --
she's fucked up.

DETECTIVE KOEPSELL:  Yeah.

MR. COLLINS:  I really wanted to hurry up and
go.

DETECTIVE ROBLES:  Yeah.  No, I get it.  One
last question real quick.

DETECTIVE KOEPSELL:  Are you --

DETECTIVE ROBLES:  Yeah, go ahead.  Yeah, yeah.

DETECTIVE KOEPSELL:  Of who I think -- that's
him?  Yeah?

DETECTIVE ROBLES:  Okay.  Can you just put your

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

initials?  I just want to make sure that --

MR. COLLINS:  I don't do no initials and shit, bro.

DETECTIVE ROBLES:  Okay.  Just have to ask. Real quick, when you -- so this is how we found the car, right?  So we got on scene, this door was open, which is your door.  This door was open, and this door was open, and this is where she was at.  Did you see which way Keith ran?  No?  Okay.  I get it, man.  I get he's family, man.  I mean, I'm not -- I'm not going to pressure you now.

MR. COLLINS:  No, bro.  I got to go -- I got to go to jail, I got to go to sleep.

DETECTIVE ROBLES:  Yeah, I get it man.

MR. COLLINS:  So I know you all do your job, so just -- I'm just trying to --

DETECTIVE ROBLES:  Yeah, yeah.  I get it, man.

MR. COLLINS:  So I can get to --

DETECTIVE ROBLES:  I get it, I get it.

MR. COLLINS:  Whatever --

DETECTIVE KOEPSELL:  Did we talk about him?

DETECTIVE ROBLES:  No, not yet.

DETECTIVE KOEPSELL:  Okay.

DETECTIVE ROBLES:  So obviously you already --

MR. COLLINS:  --

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

DETECTIVE ROBLES:  Yeah.  You already told us,
basically --

DETECTIVE KOEPSELL:  You said you're not the
shooter.  You said you didn't have a gun, so
obviously to help you as well.

MR. COLLINS:  I wouldn't be sitting around if I
-- nobody would really do shit -- they shot
somebody.

DETECTIVE KOEPSELL:  Sure.  And I agree.  I,
kind of -- I agree with that.  So obviously to help
that and to help, you know, your story of saying
that you did not shoot her, we want to swab your
hands for gunpowder residue.

MR. COLLINS:  I know.  Come on.  I already know
that.  That's why I said --

DETECTIVE KOEPSELL:  Is that cool?

MR. COLLINS:  -- call my mom -- that's why I
told the lady --

DETECTIVE KOEPSELL:  Okay.

DETECTIVE ROBLES:  So I appreciate it, man.

MR. COLLINS:  -- call my mom.

DETECTIVE KOEPSELL:  Yeah, yeah.  Okay.

MR. COLLINS:  I'm okay.

DETECTIVE ROBLES:  Yeah.  All right.  Let me --
let me get that started working out, okay?  The girl

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

is going to come in --

MR. COLLINS:  All right --

DETECTIVE ROBLES:  -- and swab -- and swab your hands and you'll be good to go, okay?

DETECTIVE KOEPSELL:  --

DETECTIVE ROBLES:  You want more water?

MR. COLLINS:  If it's possible, please.

DETECTIVE ROBLES:  Yeah.  Yeah, I've got you.  Of course.

DETECTIVE KOEPSELL:  Yeah, yeah, yeah.

MR. COLLINS:  Thank you.

DETECTIVE ROBLES:  Yeah.

Here you go, man.

MR. COLLINS:  Thank you.  Thanks.  Thank you.

DETECTIVE ROBLES:  Yep.  No worries.

MR. COLLINS:  Appreciate you.

DETECTIVE ROBLES:  I appreciate you.  Okay.

MR. COLLINS:  -- in this place, bro.

One, two.

DETECTIVE ROBLES:  All right, man.  You good?

MR. COLLINS:  Uh-huh.

DETECTIVE ROBLES:  All right.  So I pretty much just went down my list of things that I need, obviously, to speed this up, okay?  So the things that I do need from you is, obviously, the hand

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

swab, but you already said you're cool.

MR. COLLINS:  The clothes, the shoes.  I already know.

DETECTIVE ROBLES:  The clothes, obviously --

MR. COLLINS:  Shoes.

DETECTIVE ROBLES:  -- and your buccals too, okay?

MR. COLLINS:  Uh-huh.

DETECTIVE ROBLES:  Your DNA because you were the driver of the car, right?

MR. COLLINS:  Yeah.

DETECTIVE ROBLES:  So we're going to swab the steering wheel.

MR. COLLINS:  Okay.  You all already got my DNA, but you all got to do it again --

DETECTIVE ROBLES:  You're right.  You're right. We already have it, so.

MR. COLLINS:  --

DETECTIVE ROBLES:  Okay.  And then you had --

MR. COLLINS:  I got to put this shit on?

DETECTIVE ROBLES:  Yeah, man.  I know it sounds funny.

MR. COLLINS:  So what I'm going to put on when I leave?

DETECTIVE ROBLES:  Huh?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    www.**MILESTONEREPORTING**.com    **Toll Free 855-MYDEPOS**

MR. COLLINS: What I'm put on to leave?

DETECTIVE ROBLES: This. This. Like, you can put this on.

MR. COLLINS: When I walk out of here?

DETECTIVE ROBLES: Yeah. I know, man. It's stupid, but I need -- I mean, I got to collect your shirt. You don't want to be in your freaking boxers, right? So just one last thing. You had money on you. Do you remember how much you had?

MR. COLLINS: Man, here, if I count it -- I never counted it.

DETECTIVE ROBLES: Okay. We're going to count it, okay, because we have it here.

MR. COLLINS: I don't know, man.

DETECTIVE ROBLES: So we just want to -- I just want to know if it's above -- like --

Like, you can't tell me, like, oh, yeah. I had like $1 million in my pocket --

MR. COLLINS: What?

DETECTIVE ROBLES: -- you know? So -- but I appreciate it. Let me get that ball rolling and then we'll go from there, okay?

MR. COLLINS: --

DETECTIVE ROBLES: So I -- going to -- I'm going to --

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

Just give us a second.  The CSI is going to come.  I'm just going to tell you, okay?

MR. COLLINS:  All right.  -- she was -- all right.  Bro.  -- shit.

DETECTIVE ROBLES:  What's up, man?

MR. COLLINS:  Huh.

DETECTIVE ROBLES:  All right, man.  My CSI is here, okay?  She's just going to collect all the information that we need, and then I'll try to get this wrapped up, okay?

What do you want to start with, then?

OFFICER 3:  The hands.

DETECTIVE ROBLES:  The hands?  Okay.

OFFICER 3:  So --

DETECTIVE ROBLES:  They're going to do the -- what we talked about, right?  So pretty much, they're -- obviously, you didn't have -- handle any weapons or anything like that.

When was the last time that you handled a weapon, if you did?

MR. COLLINS:  I ain't shot no gun --

DETECTIVE ROBLES:  Okay.  But, like -- but sometimes, like, if you handled a weapon yesterday, you might still have, you know, like, something from the residue and stuff like that.  So when was, like,

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

the last time that you ever touched a gun?

MR. COLLINS:  I ain't shot no gun.

DETECTIVE ROBLES:  Okay.  That's fine.

OFFICER 3:  All right.  So what I'm going to do -- first, I'm going to take an overall picture of you and then close-up of your face.  I'm going to photograph your hands and then I'll collect it, okay?

MR. COLLINS:  Uh-huh.

OFFICER 3:  -- close-up of your face.

Okay. And then if you can just put your hands down?

Okay. And then flip.

MR. COLLINS:  See that?  Seemed like something just chipped me, you know, and just -- like, she chipped me, like -- you know what I'm saying?

OFFICER 3:  Yep.  Flip over.  Put them closer together for me.  There we go.

Okay.

Good with that.

All right.  Can I see your left hand, please?  Okay.  I'm going to start this way.

Okay.  Then flip it for me.

Back.

Okay.

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

DETECTIVE ROBLES:  Yeah, you can take a seat, man.  Relax.

OFFICER 3:  Okay.  And I am going to seal this in front of you.

DETECTIVE ROBLES:  And buccals next --

OFFICER 3:  Yep -- all my trash.

All right.  Next, I'm going to take buccal swabs from you, and basically, it looks like giant Q- tips, and I'm going to take those giant Q-tips and I'm going to rub them on the inside of your cheek.  I'm going to take a total of four, two from each side of your mouth.

DETECTIVE ROBLES:  Stepping out for a second. I'm going to be -- I'm going to be right here.

OFFICER 3:  Oh.  I was going to say, don't go.

DETECTIVE ROBLES:  Yeah, no.

OFFICER 3:  Okay.  If you can open your mouth for me, please?

All right.  Another one.

DETECTIVE ROBLES:  Just the clothing, right?

OFFICER 3:  I'm sorry?

DETECTIVE ROBLES:  Just the clothing?

OFFICER 3:  Yeah.  Well, I had a question.

DETECTIVE ROBLES:  Oh, okay.

OFFICER 3:  Can I ask the question --

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

DETECTIVE ROBLES:  Yeah.

OFFICER 3:  -- real quick?

DETECTIVE ROBLES:  Yeah.

OFFICER 3:  He has -- do you want me to do close-up photos of injuries that he has?

DETECTIVE ROBLES:  Yeah.  That's fine.

OFFICER 3:  Okay.

DETECTIVE ROBLES:  Yeah.  Yeah.  That's fine. Yeah.  You're good.

OFFICER 3:  Okay.

DETECTIVE ROBLES:  Yeah.  He's been cooperative.

Did you have those nicks before, Calvin?  The ones on your hand, or was that from, like --

MR. COLLINS:  No.  It was like something scared me, man.  That what I'm telling you.  So --

DETECTIVE ROBLES:  Do you know -- does it hurt?

MR. COLLINS:  No, it don't hurt, but --

DETECTIVE ROBLES:  Okay.

MR. COLLINS:  -- all the -- there was blood all of a sudden.  It was like --

DETECTIVE ROBLES:  Okay.  She's just going to take, like, pictures to document that, okay.  Does it hurt or anything like that?

MR. COLLINS:  No, it don't hurt.

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

DETECTIVE ROBLES:  No?  Okay.  Did you have that before the incident?

MR. COLLINS:  No.

DETECTIVE ROBLES:  No?

MR. COLLINS:  I said no, I didn't, bro.  That's what I'm telling you.

DETECTIVE ROBLES:  Okay.  Did --

MR. COLLINS:  The blood --

DETECTIVE ROBLES:  Did you feel, like, any burning, like, a casing or anything like that on your -- on your --

MR. COLLINS:  Shit is feeling crazy, bro.

DETECTIVE ROBLES:  Could that be?

MR. COLLINS:  It felt really -- it just felt like --

DETECTIVE ROBLES:  Yeah.  Like a -- did you feel, like, a burning sensation or something?

MR. COLLINS:  (No verbal response.)

DETECTIVE ROBLES:  You did?

MR. COLLINS:  (No verbal response.)

DETECTIVE ROBLES:  Okay.  Could it be, like, the -- like, the casing probably burned your skin a bit?

MR. COLLINS:  It just feels like --

DETECTIVE ROBLES:  Yeah.  I know, man.  I know



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

a lot was going on.

MR. COLLINS:  Bro.

DETECTIVE ROBLES:  You probably had your mind going, like, 100 times -- 100 per hour, trying to figure out what -- whether to stop, move, call, scream, do something.  Yeah.  I get it.  But you said you did feel a burning sensation on your hand?

MR. COLLINS:  Yeah, on my hand.

OFFICER 3:  Okay.  All right.  Can I just see where your injuries are again?  Okay.  So this is just a sticker I'm going to put by you.

DETECTIVE ROBLES:  Oh, man, that's probably the casing burn.

OFFICER 3:  Okay.  Just a little.  Okay.  All right.  Let me just photograph your hand again. Okay. I'll take those off of you.  Okay.  And now we just need the shorts.

Are you going to stay in here with him?

DETECTIVE ROBLES:  Yeah, I'll stay in here with him.

OFFICER 3:  Okay.

DETECTIVE ROBLES:  Yeah.  You good with him putting in -- like, in a -- in the -- in the bag or --

OFFICER 3:  Yep.  I will actually -- she and I

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

will just turn around.

DETECTIVE ROBLES:  Okay.

OFFICER 3:  And, yeah, just have him put it in the bag and he can put that on.

DETECTIVE ROBLES:  Okay.  That's fine.

All right, man.  You got to stand up.

OFFICER 3:  Okay.

DETECTIVE ROBLES:  They'll face around, and I'll watch you.

MR. COLLINS:  Excuse me.

DETECTIVE ROBLES:  Yep.

MR. COLLINS:  You need the shoes too?

DETECTIVE ROBLES:  No.  That's fine, man.  You can keep them.  You're good.

OFFICER 3:  Are we good?

MR. COLLINS:  Yeah.

DETECTIVE ROBLES:  Yeah, he's good.

Let me just grab the -- grab those --

OFFICER 3:  Oh, let me get another bag then.

DETECTIVE ROBLES:  Okay.  Perfect.

DETECTIVE KOEPSELL:  All right.  Thank you for that, okay.  We appreciate you helping us, and we are trying to get you out of here.  Obviously, like, a lot of information was given while we were in here, okay. And, in the meantime, while you have

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

been cooperating and while that was happening, I thought of a couple additional things to help corroborate everything that you're telling us. And what that means is, we believe what you're saying, but we also have to prove what you're saying, okay.

So we were talking about, like, maps and, like, timelines of, like, where you picked up Honey D, what time you picked up Honey D. And I figured it would be more helpful to show you, like, the areas that we were talking about. So you see how Silver Star is right here and here's Hastings?

MR. COLLINS: Uh-huh.

DETECTIVE KOEPSELL: You were talking about that Little Child -- Little Angels Child --

MR. COLLINS: Okay.

DETECTIVE KOEPSELL: -- Little Angels Childcare?

MR. COLLINS: Uh-huh.

DETECTIVE KOEPSELL: And I -- I'm assuming -- well, did -- do you know which -- what area from there she lives?

MR. COLLINS: She stay right across from those -- I know you all got -- I gave him the name. He didn't pull up an address?

DETECTIVE KOEPSELL: No, we couldn't pull --

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

MR. COLLINS:  Okay.  Okay.  Okay.

DETECTIVE KOEPSELL:  What -- yeah.  No.  I'm sorry.  What street, though?

MR. COLLINS:  Okay.  Look --

DETECTIVE KOEPSELL:  Do you remember -- because, remember, here's --

MR. COLLINS:  Okay.  Look, you come off of -- make that right at Little Angels.

DETECTIVE KOEPSELL:  Make the right --

MR. COLLINS:  You know how you can make that little U-ey right there?

DETECTIVE KOEPSELL:  Okay.

MR. COLLINS:  It should be, like, a little --

DETECTIVE KOEPSELL:  Yeah --

MR. COLLINS:  -- U-ey --

DETECTIVE KOEPSELL:  Yeah.

MR. COLLINS:  It looks like a U-ey in the road.  You make that little U-ey --

DETECTIVE KOEPSELL:  And it's something --

MR. COLLINS:  -- and you're pulled in that first division.

DETECTIVE KOEPSELL:  Okay.

MR. COLLINS:  And it's not --

DETECTIVE KOEPSELL:  So I think it's this one that we're talking about right here.

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

MR. COLLINS:  Yeah.

DETECTIVE KOEPSELL:  All right.

MR. COLLINS:  And it's not the first right. It's the second right.  It's the house on the left. It's a white, nice house.

DETECTIVE KOEPSELL:  Well, dang.  Of course, like, the one street that you're talking about isn't -- so based off what you're saying, right here, and then you would do a U-turn.  This is your first and only subdivision once you make that U-turn, so I'm assuming it's in here.

MR. COLLINS:  Yeah.

DETECTIVE KOEPSELL:  And that's the second street.

MR. COLLINS:  Yeah.

DETECTIVE KOEPSELL:  And you said the first house on the left?

MR. COLLINS:  The first house on the left, the white house.

DETECTIVE KOEPSELL:  At a white house.

MR. COLLINS:  Uh-huh.

DETECTIVE KOEPSELL:  Okay.  And listen, like, not trying to make you, like, give us 100 percent specific time, but what time do you think you picked her up at, approximately?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

MR. COLLINS:  I did -- okay.  If you all can look at the time, she was only with me for 30 minutes.

DETECTIVE KOEPSELL:  Okay.  But do you remember -- like, did you call her?  Did you talk to her?

MR. COLLINS:  No.  I pulled up.

DETECTIVE ROBLES:  Take your time.  Can you -- this is your mic.  Can you just grab it for me?

MR. COLLINS:  Yeah, yeah.

DETECTIVE ROBLES:  I don't want to -- you know, I don't want it to get lost or something.

MR. COLLINS:  Picked her up, rolled around the neighborhood a couple of times smoking a joint. It's like -- it's as simple as it is, like I told you.  It's just as simple as it is.

DETECTIVE KOEPSELL:  I know.  And I know, you said you were with her, like, 30 minutes.

MR. COLLINS:  Like, 30 minutes.

DETECTIVE KOEPSELL:  Approximately, what time do you think you picked -- so, I mean, the incident --

What time did the first 911 call coming in at?

DETECTIVE ROBLES:  So the first 911 is at 11:13 in the morning.  11:13.

DETECTIVE KOEPSELL:  So do you think you got

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

her at, like, 10:30?  Do you think you got her at 10:00?

MR. COLLINS:  Something like that.  Yeah.  It was in the 10:00s.  She was not -- was not with me --

DETECTIVE KOEPSELL:  In the 10:00s?

MR. COLLINS:  Yeah.

DETECTIVE KOEPSELL:  Okay.

MR. COLLINS:  She was not with me.  No.

DETECTIVE KOEPSELL:  Okay.  And that's fine.  And did you guys -- did you call her?  Did you text her telling --

MR. COLLINS:  Pulled up --

DETECTIVE KOEPSELL:  -- that you were outside?

MR. COLLINS:  Pulled up.

DETECTIVE KOEPSELL:  Pulled up?  Okay.  Cool.  And then from there, where did you go?

MR. COLLINS:  We just rode around.

DETECTIVE KOEPSELL:  And when you say rode around, like, in here or just, like, literally --

DETECTIVE ROBLES:  Did you go to, like, a gas station?  Did -- you guys got food?  What did you guys do?

MR. COLLINS:  We just rolled around the neighborhood, just doing circles, smoking and

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

chilling.

DETECTIVE KOEPSELL:  Okay.  So obviously, like, Silver Star is here.  Okay.  And I think I did pretty decent on my mapping.

DETECTIVE ROBLES:  Yeah.  So it goes Silver Star here.

DETECTIVE KOEPSELL:  So -- and then Hastings continues.

DETECTIVE ROBLES:  Hastings is right here.

DETECTIVE KOEPSELL:  And then this.  So --

DETECTIVE ROBLES:  Kind of, looking like this.

DETECTIVE KOEPSELL:  -- kind of, from like Silver Star to West Colonial is, kind of, what I printed out.  So obviously Hastings runs through all of those --

DETECTIVE ROBLES:  So --

DETECTIVE KOEPSELL:  -- you know.

DETECTIVE ROBLES:  -- kind of, like this.

DETECTIVE KOEPSELL:  And where the red dot is --

MR. COLLINS:  Uh-huh.

DETECTIVE KOEPSELL:  -- is where the incident occurred.  So where your car is.  That's the 6114 Hialeah Street.  Okay.

MR. COLLINS:  Okay.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    **www.MILESTONEREPORTING.com**    **Toll Free 855-MYDEPOS**

DETECTIVE KOEPSELL:  Do you remember exactly where you saw your cousin walking?

MR. COLLINS:  Right on Hastings.  Like I told you all, it wasn't -- there's Balboa --

DETECTIVE ROBLES:  Right.  Balboa -- so Balboa is right here --

DETECTIVE KOEPSELL:  Balboa is here.

DETECTIVE ROBLES:  -- and this is Hastings.

MR. COLLINS:  So one of them streets after Balboa, going towards Silver Star.

DETECTIVE KOEPSELL:  Towards Silver Star.

DETECTIVE ROBLES:  So somewhere between here and here?

MR. COLLINS:  Yeah.

DETECTIVE KOEPSELL:  The next street is Cortez Drive, Lawndale Road.

MR. COLLINS:  It was -- it was like -- he was walking, like, right around, and I just seen him.

DETECTIVE ROBLES:  Okay.  Is there any landmarks that you remember seeing, like, a -- like, a -- like, a store or, like, a gas station?

MR. COLLINS:  No.  I was in the neighborhood. I was --

DETECTIVE KOEPSELL:  Yeah.  Those are houses.

DETECTIVE ROBLES:  Okay.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

DETECTIVE KOEPSELL:  So --

DETECTIVE ROBLES:  And was he walking on this side of the street or on this side of the street?  Like --

MR. COLLINS:  Right.

DETECTIVE ROBLES:  -- so if you're coming up this way --

MR. COLLINS:  The right side.

DETECTIVE KOEPSELL:  The right side?

DETECTIVE ROBLES:  So the right side.  So you're talking to him through the passenger window, right?

MR. COLLINS:  Yeah.

DETECTIVE ROBLES:  Okay.  And then you mentioned that he gets into the rear passenger side.  And --

DETECTIVE KOEPSELL:  Do you remember --

Sorry.

DETECTIVE ROBLES:  Go ahead.

DETECTIVE KOEPSELL:  We're going from -- so over at one of those streets, potentially, and approximately, do you remember what time?

MR. COLLINS:  I just gave --

DETECTIVE KOEPSELL:  You were with the girl for, like, 30 minutes, and then --

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.**MILESTONEREPORTING**.com          Toll Free 855-MYDEPOS

MR. COLLINS:  30 minutes at the most.

DETECTIVE KOEPSELL:  Okay.

MR. COLLINS:  30, 40 -- like, 30 minutes most.

DETECTIVE KOEPSELL:  But you're saying -- okay. To be honest, though -- so the 911 call was, like, 11:14, and you're saying he was only with you for about a minute?

MR. COLLINS:  So --

DETECTIVE KOEPSELL:  Right?

MR. COLLINS:  Yeah.

DETECTIVE KOEPSELL:  So obviously you picked him up like 11:10, 11:00 -- around that time.  Would that be safe to say?  Do you agree?

MR. COLLINS:  (No verbal response.)

DETECTIVE KOEPSELL:  Okay.  And then he just started telling you, like, turn here, turn there?

MR. COLLINS:  Yeah.

DETECTIVE KOEPSELL:  Does -- so this is the street, the Hialeah right here.

MR. COLLINS:  I can't tell you exactly, because all I know is it's the neighborhood.  Ain't nothing -- we just -- it's like, I'm not --

DETECTIVE ROBLES:  Yeah, yeah.  You're not looking over the shoulder.

MR. COLLINS:  Right.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

DETECTIVE KOEPSELL:  Do you remember, though?  I feel like once you picked him up, do you remember which street you turned on, going left or right from there?  I know you're not going to know, like, hey -- like, the second or third turn he told you, but do you remember what street, like, you turned on after you had picked him up?  Did you go -- I'm assuming you went left --

MR. COLLINS:  No.

DETECTIVE KOEPSELL:  -- because this is -- so this is -- like I said, this is where your car is at. So do you think -- do you remember -- did you go on Daly?  Do you think you went on Bolling Drive?  Do any of those names sound familiar?

MR. COLLINS:  All I -- all I know is --

DETECTIVE KOEPSELL:  Harrington?

MR. COLLINS:  -- this is Balboa.  Like, talk about one of these --

DETECTIVE ROBLES:  So this is --

MR. COLLINS:  -- one of these streets up.

DETECTIVE ROBLES:  Right.

MR. COLLINS:  I just seen him walking --

DETECTIVE KOEPSELL:  One street up.

MR. COLLINS:  I said one of the streets.  I just seen him walking down, and since I was going

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

down, he just --

DETECTIVE KOEPSELL:  Right, but did you -- did you turn back around --

MR. COLLINS:  Nah.

DETECTIVE KOEPSELL:  -- because your car was coming, obviously, this way.  So I mean, here's Balboa right here.  If your car is coming -- your car is facing this direction.

MR. COLLINS:  Uh-huh.

DETECTIVE KOEPSELL:  So like, facing, like, where my arrow is facing.

MR. COLLINS:  Uh-huh.

DETECTIVE KOEPSELL:  Okay.  So what I'm asking is, once you picked him up, did you, like, do a U-ey and then, like, go back this way --

MR. COLLINS:  Nah.

DETECTIVE KOEPSELL:  -- or did you just turn?

MR. COLLINS:  It's like I just went straight into them streets.

DETECTIVE KOEPSELL:  You just went straight in. So --

MR. COLLINS:  Like, he told me go in -- go -- he said, go that way.  I said, you want -- I told you. I know you all -- I knew I was trying to --

DETECTIVE KOEPSELL:  Yeah, yeah.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    www.**MILESTONEREPORTING**.com    Toll Free 855-MYDEPOS

432996 Interview with Calvin                    Page 90

MR. COLLINS:  I said, do you want to ride with me or --

DETECTIVE KOEPSELL:  We're just trying to --

MR. COLLINS:  -- you want me to take you -- he said -- I just did what he told me to do.  I just went where he was -- told me, left --

DETECTIVE KOEPSELL:  So do you think you picked him up before Balboa then?  Because that would make more sense if you picked him up --

MR. COLLINS:  After Balboa.  This is Balboa --

DETECTIVE KOEPSELL:  After Balboa.

MR. COLLINS:  Like I told you --

DETECTIVE ROBLES:  So you passed Balboa?

MR. COLLINS:  Yes.

DETECTIVE ROBLES:  Okay.  So just bear with me right here, right.  So this is Balboa.  This street is Balboa, right?

MR. COLLINS:  It was, like, right there after Balboa.

DETECTIVE ROBLES:  So if you passed Balboa --

MR. COLLINS:  Uh-huh.

DETECTIVE ROBLES:  -- you had to either get on Daly, which is the next street, or you went down Bolling, right?  It had to be.

DETECTIVE KOEPSELL:  Did you see the school,

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

Pine Hills Elementary School?

MR. COLLINS:  No, I didn't.

DETECTIVE KOEPSELL:  Okay.

DETECTIVE ROBLES:  Okay.  And then --

DETECTIVE KOEPSELL:  Just right there.  You know --

DETECTIVE ROBLES:  Right.  So the only way this would make sense is you turn on Daly, and then you went -- like, you could -- you could have either taken this path --

DETECTIVE KOEPSELL:  Did you turn on Balboa?

MR. COLLINS:  I was on Balboa.  No.

DETECTIVE KOEPSELL:  I feel like you would know --

MR. COLLINS:  I told you.  You all confusing me now.

DETECTIVE KOEPSELL:  Yeah.  I know.

MR. COLLINS:  I told you he was right there on Hastings.  I told you.

DETECTIVE KOEPSELL:  On Hastings.

DETECTIVE ROBLES:  Right.  Right.

DETECTIVE KOEPSELL:  Okay.  So you never turned on -- I'm just trying to --

MR. COLLINS:  Oh, yeah.  I wasn't -- no.

DETECTIVE KOEPSELL:  You never turned on

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

Balboa?

MR. COLLINS:  I didn't turn on Balboa.

DETECTIVE KOEPSELL:  You saw him after Balboa?

MR. COLLINS:  Just like I told you.

DETECTIVE KOEPSELL:  Okay.  So I would assume it's obviously one of these, you know --

DETECTIVE ROBLES:  It has -- it has to be one of these two.

DETECTIVE KOEPSELL:  There's only, like, four. If you're saying you didn't turn around to end that way, I mean, I guess the only other place would -- you could have gone Harrington and then ended up -- you know what I mean?

MR. COLLINS:  Oh, yeah.

DETECTIVE KOEPSELL:  But you said he told you to turn -- how many times do you think he told you to turn?

MR. COLLINS:  Probably four, five times.

DETECTIVE KOEPSELL:  Well, all right.  Well, then no.  I highly doubt you went all the way up there.

MR. COLLINS:  Probably four times --

DETECTIVE KOEPSELL:  Did you see a car -- did you see a car -- it says All Car Buys.

MR. COLLINS:  No.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

DETECTIVE KOEPSELL: Did you -- do you remember passing that?

MR. COLLINS: Uh-uh.

DETECTIVE KOEPSELL: No. Okay. So if he told you to turn four or five times, I mean --

MR. COLLINS: It was right in the neighborhood. That's --

DETECTIVE KOEPSELL: -- you would have to be --

MR. COLLINS: It was in the neighborhood. I ain't see no -- I didn't see -- it was in the neighborhood, and that's, like -- you know.

DETECTIVE KOEPSELL: Okay. All right. And you just -- you can't remember which street you turned off of Hastings? Which -- the first street.

MR. COLLINS: It was one of those streets off of Balboa. That's all I know.

DETECTIVE KOEPSELL: One of --

DETECTIVE ROBLES: Is there any street that you can remember you were on at some point? So obviously you got Hastings, you got Balboa, you got Hialeah.

MR. COLLINS: No. I'm chilling, bro.

DETECTIVE ROBLES: You got -- and --

MR. COLLINS: I don't -- I --

DETECTIVE ROBLES: And I do believe you. And I

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

do believe you.

MR. COLLINS:  Everybody started smoking weed --

DETECTIVE ROBLES:  Even on the phone call, you're like, hey, like, I don't know where I'm at. Like, you could -- you couldn't --

MR. COLLINS:  I don't know where I'm at.

DETECTIVE KOEPSELL:  Yeah.

MR. COLLINS:  I still -- I don't know where I'm at.

DETECTIVE ROBLES:  I got you.  And dispatchers are difficult, man.

MR. COLLINS:  I don't know where I'm at.  I'm just making left, right, left.

DETECTIVE ROBLES:  So here's the situation, right, Calvin.  Everything you've done, you've been super cooperative, you've been super respectful, I really appreciate that.  Okay.  But you -- I think you already know what time it is.  And obviously I'm trying to figure out -- I need to prove that you were not involved in this because you know -- you know --

MR. COLLINS:  Man --

DETECTIVE ROBLES:  Hear me out.  Hear me out. You know that I'm going to --

MR. COLLINS:  I know you all -- you all going

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

to --

DETECTIVE ROBLES:  You know I'm going to go talk to Keith, right?

MR. COLLINS:  Do your job.

DETECTIVE ROBLES:  You know I'm going to talk to Keith.

MR. COLLINS:  Go do your job, bro.

DETECTIVE ROBLES:  So here's the thing.

MR. COLLINS:  I'm trying -- I ain't even listening.

DETECTIVE ROBLES:  Hear me out.  Hear me out.  Calvin, hear me out.  You know I'm going to talk to Keith at some point and stuff like that, right?

MR. COLLINS:  Bro, I ain't listening.

DETECTIVE ROBLES:  Here's the thing.  You -- we -- you -- you're a smart guy, and you know that once I get Keith, what I don't want him to do is to say, shit, that wasn't me.  That was Calvin, right?

MR. COLLINS:  Man, listen, I don't know what happened.  I don't know where the bullet came from.

DETECTIVE ROBLES:  Right.

MR. COLLINS:  But one thing I do know is you all are detectives, and you all are going to figure it out.

DETECTIVE ROBLES:  Right.  Right.  No.  And I

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

already have it figured out.

MR. COLLINS:  I'm just --

DETECTIVE ROBLES:  It -- it's either -- it's either --

DETECTIVE KOEPSELL:  Could it have been an accident?

MR. COLLINS:  I don't know what happened.

DETECTIVE KOEPSELL:  Do you know --

MR. COLLINS:  Left, right, left, right.  Boom.

DETECTIVE ROBLES:  Do you think he was fucking with the gun?

MR. COLLINS:  I don't see -- I didn't see a gun, you know.  I'm turning left, right.  He was only in the car for a few seconds.

DETECTIVE ROBLES:  Right.  Because it had to be -- so there was no -- there was no shooting into your car because there's no bullet holes.  There's no window that shattered, so the gun was inside the car.  That's 100 percent.  You know that.  I know that, right.  So it had to be two things.  Either Calvin --

MR. COLLINS:  You saying he -- Calvin wouldn't be here if Calvin -- come on, man.

DETECTIVE ROBLES:  Exactly.  Exactly.  I agree.

MR. COLLINS:  Don't play that game with me.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

DETECTIVE ROBLES:  No, no, no.  Hear me -- hear me out.

MR. COLLINS:  Like, get --

DETECTIVE ROBLES:  Calvin, hear me out.  Hear me out.  I'm not saying -- I'm not saying -- I'm not saying you are involved.  What I'm saying is, what if --

MR. COLLINS:  You can't.

DETECTIVE ROBLES:  -- Keith --

DETECTIVE KOEPSELL:  Negatively.

DETECTIVE ROBLES:  What if Keith -- what if Keith says that?  What if Keith said that?

MR. COLLINS:  Man, I don't even -- what did he say, bro?

DETECTIVE ROBLES:  Well, I need to -- I need to prove that you're not involved, right?

MR. COLLINS:  I don't care what did he say --

DETECTIVE ROBLES:  All right.

MR. COLLINS:  -- because you can say what you want to say --

DETECTIVE ROBLES:  Do you think he'll accuse you?

MR. COLLINS:  I don't know -- I don't know -- I know I ain't do it, and I know -- I know --

DETECTIVE ROBLES:  Well, what can I --

 MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900            www.MILESTONEREPORTING.com            Toll Free 855-MYDEPOS

MR. COLLINS:  -- there's nothing that can show that I did something or had -- or wanted something. So I'm not worried about what you trying to -- somebody is saying.

DETECTIVE ROBLES:  Right.  Right.  But also --

MR. COLLINS:  I would -- I -- bro, that's a friend.

DETECTIVE ROBLES:  But -- right.  Right.

MR. COLLINS:  She like -- you know, you all are not getting it, but that's a friend.  Like, there's nothing you can --

DETECTIVE KOEPSELL:  Yeah, but sometimes when people have something to lose, like, being in jail for the rest of their life, friendship goes out the window.

MR. COLLINS:  Yeah.  That's cool, so --

DETECTIVE KOEPSELL:  And we're -- and we're not trying to say he's going to --

MR. COLLINS:  I know what you're saying.  And it's all cool, but, bro, listen, bro.  No.  That ain't -- I -- you all try and figure it out, but --

DETECTIVE KOEPSELL:  And we have to ask these questions.

MR. COLLINS:  You know, I see you all watching.

DETECTIVE KOEPSELL:  Do you think it was an

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

accident?

MR. COLLINS:  I said --

DETECTIVE KOEPSELL:  Do you think he was playing with his gun?

MR. COLLINS:  I don't know what happened, and I'm telling you all -- I'm telling you all --

DETECTIVE KOEPSELL:  Didn't see a gun?

MR. COLLINS:  I didn't see a gun.  I don't like people riding --

DETECTIVE KOEPSELL:  Heard a gunshot?

MR. COLLINS:  I don't like people riding with a gun.  Like I told you earlier, like, we moving like we got -- ain't no reason to ride around the neighborhood with a gun when there ain't nowhere we going.  That's a gun charge.

DETECTIVE ROBLES:  Right.  Right.

MR. COLLINS:  I mean, I know that.

DETECTIVE ROBLES:  Right.

MR. COLLINS:  Like, that's just stupid.  So it's like, ain't no reason for you, like --

DETECTIVE ROBLES:  Right.

MR. COLLINS:  I ain't got no gun.  I mean, you know what I'm saying?  Like, I just picked him up.  We rolling, you know?

DETECTIVE KOEPSELL:  But he has not -- he did

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

not argue with Honey D, correct?

MR. COLLINS:  He didn't say -- he -- no.  He don't know her.

DETECTIVE KOEPSELL:  He didn't acknowledge her by the --

MR. COLLINS:  He don't know her.

DETECTIVE KOEPSELL:  There was no argument?

MR. COLLINS:  I know what you all are trying to say is --

DETECTIVE KOEPSELL:  No.  I'm just making sure because --

DETECTIVE ROBLES:  I'm just -- I'm just trying to understand -- I'm just trying to understand two things, right.

MR. COLLINS:  Well, I'm trying to --

DETECTIVE ROBLES:  Either he's a -- either he's crazy --

MR. COLLINS:  I don't know.

DETECTIVE ROBLES:  -- and he just fucking blew her head off.

MR. COLLINS:  I don't know, bro.  I don't want to --

DETECTIVE ROBLES:  Or he was fucking with a gun, and the fucking gun went off.

MR. COLLINS:  Bro --

 MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

DETECTIVE ROBLES:  It had to be one or the other one.

MR. COLLINS:  Bro --

DETECTIVE ROBLES:  It had to be one or two, right?

MR. COLLINS:  It just don't make sense, bro.

DETECTIVE ROBLES:  It doesn't.  It doesn't, but if it was an accident --

MR. COLLINS:  I didn't even see it happen, bro.

DETECTIVE KOEPSELL:  Yeah.

MR. COLLINS:  It doesn't -- things can happen. You can make things happen, though.  You can -- this makes no sense.  I'm not in control of it.

DETECTIVE ROBLES:  So --

MR. COLLINS:  I'm out of control of this whole situation.

DETECTIVE ROBLES:  So Calvin, like you said, right --

MR. COLLINS:  This whole thing, I don't have --

DETECTIVE KOEPSELL:  But you were the driver.

DETECTIVE ROBLES:  Calvin, you said something --

DETECTIVE KOEPSELL:  That's a -- that's a rental, right?

MR. COLLINS:  Yeah.



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

DETECTIVE KOEPSELL:  It's a rental.

MR. COLLINS:  Yeah.

DETECTIVE KOEPSELL:  Okay.  Did you rent it or did Honey --

MR. COLLINS:  Me.

DETECTIVE KOEPSELL:  Okay.  How long have you had it?

MR. COLLINS:  A couple of months.

DETECTIVE KOEPSELL:  Okay.

DETECTIVE ROBLES:  Yeah.

MR. COLLINS:  But I ain't --

DETECTIVE ROBLES:  Calvin, you said --

DETECTIVE KOEPSELL:  -- I'm not really familiar with it.

DETECTIVE ROBLES:  You said something very important.  Calvin is here, right?  You said that.

MR. COLLINS:  I'm --

DETECTIVE ROBLES:  Calvin is here.  What that means to me is you didn't do anything, you had no fucking clue, but you stayed there to know what -- because you care about your friend, obviously --

MR. COLLINS:  No, I'm not --

DETECTIVE ROBLES:  -- and you're trying to be a good person.  So I'll ask you this: Why do you think Keith ran?  Because he's scared?

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          www.**MILESTONEREPORTING**.com          **Toll Free 855-MYDEPOS**

MR. COLLINS:  I mean, yeah.  You'd be scared.

DETECTIVE ROBLES:  And I get it.

MR. COLLINS:  You'd be scared.

DETECTIVE ROBLES:  And I get it.  So --

MR. COLLINS:  I wanted to run.

DETECTIVE ROBLES:  Right.

MR. COLLINS:  What the fuck?

DETECTIVE ROBLES:  But why didn't you?  Why didn't you?

MR. COLLINS:  I couldn't -- I can't.

DETECTIVE ROBLES:  Why not?

MR. COLLINS:  I can't.  That -- she's my friend.

DETECTIVE ROBLES:  No.  You can --

MR. COLLINS:  That is my friend.

DETECTIVE ROBLES:  You can run.

MR. COLLINS:  I don't want nobody to have left for me, bro.

DETECTIVE ROBLES:  Exactly.

MR. COLLINS:  I'm just being real.

DETECTIVE ROBLES:  And you know why?

MR. COLLINS:  I don't want nobody to leave me.

DETECTIVE ROBLES:  Because you're a good person.

MR. COLLINS:  I ain't shit, bro.


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    www.**MILESTONEREPORTING**.com    **Toll Free 855-MYDEPOS**

DETECTIVE ROBLES:  No.  You're a good person.

DETECTIVE KOEPSELL:  You don't think you're a good friend?  You stayed for your friend.

DETECTIVE ROBLES:  You called 911.  You stayed for your friend.  You waited for deputies to get there to explain what you know.  You are talking to detectives right now, and you're literally -- you're literally providing your DNA.  You're showing your hands.  You're doing everything you can for this case.  You're going to tell me you're not a good person?

DETECTIVE KOEPSELL:  Yeah.

DETECTIVE ROBLES:  Why do you believe that? And explain to me what a good person is, because to me, in my eyes, you look like a good person.

DETECTIVE KOEPSELL:  It's not your fault that you picked him up and something bad happened. That's your cousin.

MR. COLLINS:  --

DETECTIVE KOEPSELL:  You've said -- you've said that's your cousin, and he's been having a hard time. And it's not your fault that you picked him up.

MR. COLLINS:  It's still a loss.  You don't know.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          www.**MILESTONEREPORTING**.com          **Toll Free 855-MYDEPOS**

DETECTIVE KOEPSELL:  I know.

DETECTIVE ROBLES:  Yeah, but it -- but it's not your fault, Calvin.  It's not your fault.

DETECTIVE KOEPSELL:  And I know that --

MR. COLLINS:  --

DETECTIVE KOEPSELL:  -- it's easy -- no.

DETECTIVE ROBLES:  But it's not your fault.

DETECTIVE KOEPSELL:  Yes.

MR. COLLINS:  But this is not --

DETECTIVE KOEPSELL:  But you stayed and --

DETECTIVE ROBLES:  None of this is your fault.

DETECTIVE KOEPSELL:  -- did the right thing. You're doing the right thing.  And this is hard. That's your -- Keith's your family, and that's your homegirl. You are literally in the middle, and that's the worst spot to be.

MR. COLLINS:  I ain't in the middle because I ain't do shit.

DETECTIVE KOEPSELL:  No.  I'm not saying it like that.  I'm just --

MR. COLLINS:  Yeah.  It's just you talking about, like --

DETECTIVE KOEPSELL:  You know, you have --

MR. COLLINS:  She did --

DETECTIVE KOEPSELL:  You had a relationship to

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

both of them.

MR. COLLINS:  It's just weird, bro.  I don't know.  It's weird.

DETECTIVE KOEPSELL:  And I know.  What if Keith wasn't there?  This would've never happened, right? You're going to think that.  It's going to eat at you. You're going to think that, but what we're sitting here telling you is that you've done everything you could have possibly been to be a good friend.  So don't think for one second that you're not.  It's obviously --

MR. COLLINS:  I don't want to be here.

DETECTIVE KOEPSELL:  It's obviously on Keith.

MR. COLLINS:  See, I was just picturing it, right.

DETECTIVE ROBLES:  Right.

MR. COLLINS:  I'm trying to get --

DETECTIVE KOEPSELL:  Yeah.  No.  We know.

MR. COLLINS:  I need to go --

DETECTIVE KOEPSELL:  Yeah.

MR. COLLINS:  My kids.

DETECTIVE KOEPSELL:  Yeah.  You want to --

MR. COLLINS:  I'm sure it would have been good if I was --

DETECTIVE KOEPSELL:  You want to be with

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

family.  Yeah.

MR. COLLINS:  --

DETECTIVE KOEPSELL:  So what we need to do next is -- we're obviously going to -- we have to keep your phone to download your phone.  It was, you know, utilized to call 911.  We got to corroborate the message you're talking about that was sent.  So we can take you home, and we can download it and then bring it to you. Or we could do it a different way.

MR. COLLINS:  Take me home.

DETECTIVE KOEPSELL:  Well, how are you going to get home?  You just want to walk out the back -- I mean, you could walk out the back door, but we can take you somewhere.  Like -- but what I'm saying is you can either -- you can -- you can wait here, and we can go download your phone and give it back to you.  Or --

MR. COLLINS:  You all can have that shit.  Just let me go -- I need to get to my family, bro.  I need to get my kids.

DETECTIVE KOEPSELL:  Or we can take you somewhere.  We can download the phone and then bring it to you when we're done.

MR. COLLINS:  I want to go home, bro.



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     **www.MILESTONEREPORTING.com**     **Toll Free 855-MYDEPOS**

DETECTIVE KOEPSELL:  Okay.

MR. COLLINS:  Like, this shit is like -- I know you all are just doing your job, but, like --

DETECTIVE KOEPSELL:  I know.

MR. COLLINS:  -- I just -- it's whatever for you, bro.  Like, you all -- you all see it every day, but --

DETECTIVE ROBLES:  Are you afraid that Keith is going to do something to your family?  Because I think that's why you want to get up and leave.

MR. COLLINS:  No, that's not -- I want to go home.  Look at where I'm at.  I don't want to be here, bro.  I don't --

DETECTIVE KOEPSELL:  We know, but we also want to make sure that you --

DETECTIVE ROBLES:  But you're not -- you're not afraid of him?  Because if you are, I need to know that because I need to make sure that your family's protected, especially if you have kids.  I don't want your kids fucking running around, and Keith --

MR. COLLINS:  No.  My kids --

DETECTIVE ROBLES:  -- thinking that you are talking here or something.

MR. COLLINS:  My kids is so far from --

DETECTIVE ROBLES:  Okay.  But you're not

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

concerned about them?

MR. COLLINS:  I'm --

DETECTIVE ROBLES:  You don't think -- you don't think Keith is crazy like that?

MR. COLLINS:  At this point -- at this point, I'm concerned period.  I'm just riding.  I'm concerned for anybody around me, bro.

DETECTIVE ROBLES:  Right.  Because you think that Keith is going to do something to them?

MR. COLLINS:  I don't know who did nothing or think nobody will do nothing.  I'm just telling you what happened.  And --

DETECTIVE ROBLES:  I think you're scared about that.  That's why you want to -- you want to go protect your people.

MR. COLLINS:  Nah.

DETECTIVE ROBLES:  No?

DETECTIVE KOEPSELL:  Well, we're telling you that no one from the outside shot into the car.

DETECTIVE ROBLES:  Nobody's looking for you.

DETECTIVE KOEPSELL:  So if it's Keith that we're -- you're concerned about, you know, potential retaliation or, you know, he thinks because you stayed behind -- I don't even know if he saw you stay behind or what.  I mean, if he ran, though, he

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

has no way to know where you're at.

MR. COLLINS:  --

DETECTIVE KOEPSELL:  Yeah.  So -- but we obviously want to -- that's a valid question.  Do you -- are you afraid of -- are you afraid of any sort of retaliation from Keith?

MR. COLLINS:  Bro, I'm afraid of life now, bro. I'm telling you I don't want to be around -- I just want to go --

DETECTIVE KOEPSELL:  Yeah.  Yeah.

MR. COLLINS:  I don't know.

DETECTIVE ROBLES:  How many kids do you have, man, Calvin?

MR. COLLINS:  The kids, bro.  Three -- four kids.

DETECTIVE ROBLES:  Three -- four kids.  And because one person -- and then I'll just -- I'll just tell you what I think had happened, man.  I think Keith was fucking with a gun, and your girl's the one that caught the bullet.  It could have been you.  Today, your kids could have been without a father.  That's the reality.  You just got lucky that that bullet didn't go to your head and it went to hers.  That's what I think happened.  I think Keith -- I think Keith was fucking with a gun in the

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.**MILESTONEREPORTING**.com          Toll Free 855-MYDEPOS

back.  Okay.  Because you're saying that --

MR. COLLINS:  Well, why would he --

DETECTIVE ROBLES:  Hear me out.  Hear me out.

MR. COLLINS:  If that's what you think, why would he be doing it?  If that's what you think.

DETECTIVE ROBLES:  Because he's just fucking with a gun, man, because he's young.

MR. COLLINS:  No.  Like --

DETECTIVE ROBLES:  He's young.  Dude, I could be -- I could be playing with a gun right now --

MR. COLLINS:  But if I did -- then if I just picked you up and you tell me make -- I don't know. I'm trying to figure out if -- that's the truth that happen, but that don't make -- like, I don't get it.

DETECTIVE ROBLES:  But --

DETECTIVE KOEPSELL:  Maybe he had a gun in his hand because what -- if you're saying, like, he was, like, telling you basically, like, get me the hell out of dodge because -- turn left turn right, that maybe he had the gun on him and he took it out for -- because he thought someone may have seen him get into your car and started following you guys. That's a possibility.

MR. COLLINS:  So many possibilities.

DETECTIVE KOEPSELL:  Well, what I'm telling

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    www.**MILESTONEREPORTING**.com    **Toll Free 855-MYDEPOS**

you, though, there's --

MR. COLLINS:  Because I -- it's just --

DETECTIVE KOEPSELL:  No one from the outside --

DETECTIVE ROBLES:  I just think --

DETECTIVE KOEPSELL:  -- could have done it.

DETECTIVE ROBLES:  I just think -- I just think -- I think he got into your car.  You said that he's -- he looked down.  He was probably thinking about something.  He -- you know, it would be like me doing this.  You know, I'm talking.  I'm nervous.  I'm nervous.  I'm thinking about -- you don't know what the I'm thinking about.  I'm thinking about something.  I'm thinking about my girl cheating on me, and, you know, I'm just fucking with the pen.  I'm just fucking with the pen, but it -- for him, it just happened to be a gun.  So what I think happened, you picked him up.  He probably had some in his head.  He was fucking with a gun, and the fucking gun went boom and just happened to hit his fucking -- your fucking friend instead of you. And he left the scene because he was fucking scared because he knew he made a mistake.  He made a --

It could have been an accident.  It could be many things, like you said.  But that's one more I'm inclining to, with everything that you're telling

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

me. Okay.  And I think the only reason why you stayed behind is because you know you didn't do anything wrong, and you know that your friend got hurt because of something stupid that Keith did. That's what I think happened. That's what it looks to me.  That's what -- it's the only thing that makes sense at this point, because I don't think Keith is a fucking lunatic that just fucking shoots people in the head for random.  Okay.  And you know as well as I do that you just got lucky, and your kids could have had not a father today just because your dumb cousin was fucking with a gun.

And I think you know.  And I think that's why you're upset, because you know that this guy was fucking with a gun, and you could have been -- you could have left your kids without a father.  And I think you're smart enough to know that.  And that's -- I think that's why you're upset, because you're pissed off.

MR. COLLINS:  How this shit go, man -- that girl -- don't even know she dead.

DETECTIVE ROBLES:  Yeah.  She didn't know what the fuck hit her.

MR. COLLINS:  So --

DETECTIVE ROBLES:  She left without knowing



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

what the hell happened.

MR. COLLINS:  She didn't know.

DETECTIVE ROBLES:  That's what I'm saying.  She had no clue.  She was -- she was probably talking, saying something stupid, and then boom.  Next thing you know, she ain't talking no more.

MR. COLLINS:  She don't know.

DETECTIVE ROBLES:  That's what I'm saying.

MR. COLLINS:  She don't --

DETECTIVE ROBLES:  And she left --

MR. COLLINS:  She was chilling.  She was --

DETECTIVE ROBLES:  And as the friend -- as her friend, I think you have a moral responsibility to be like, hey man, this is what fucking happened.  It was a fucking accident.

MR. COLLINS:  I told you what happened.  I don't know.

DETECTIVE ROBLES:  I think it was an accident.

MR. COLLINS:  I just told you what happened -- exactly everything.

DETECTIVE ROBLES:  That's what I'm saying.

MR. COLLINS:  I told you what I can say, and everything else, bro.  I told you.

DETECTIVE KOEPSELL:  The more you've been sitting here thinking about it, could the shot come

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

from behind you?

MR. COLLINS:  Man.

DETECTIVE KOEPSELL:  Because, remember, if it came from the front of you, your windshield -- your front windshield would be destroyed.  If it came from the side, you know --

MR. COLLINS:  I never was able to look at the car.

DETECTIVE KOEPSELL:  I'm telling you we have pictures.

MR. COLLINS:  Like I told you all -- like, you all are telling me.

DETECTIVE KOEPSELL:  We have pictures.

MR. COLLINS:  I just -- you all not --

DETECTIVE KOEPSELL:  We have pictures.  And also -- so she's obviously going to receive an autopsy, which, you know, the doctor is going to examine the path -- the travel of that gun.

MR. COLLINS:  I know.  Look, like I told you --

DETECTIVE KOEPSELL:  Just like the TV shows. That -- not be, but that's going to show the projection.

MR. COLLINS:  He's going to do it.  I know he is, but all I'm saying is --

DETECTIVE KOEPSELL:  And it --

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

MR. COLLINS:  -- that's what I did, bro.

DETECTIVE KOEPSELL:  And it's going to come from the back seat.

MR. COLLINS:  All I said is what I did, bro.  I wasn't doing nothing wrong --

DETECTIVE ROBLES:  And I don't think you --

MR. COLLINS:  I wasn't doing nothing wrong, bro.

DETECTIVE ROBLES:  You weren't.

MR. COLLINS:  I wasn't doing nothing wrong, bro.

DETECTIVE ROBLES:  You weren't.  You know what -- you know what was your --

MR. COLLINS:  I was --

DETECTIVE ROBLES:  Calvin, you know what was your mistake today?  You know what was your mistake today.  You know exactly what was your mistake today. That was your one mistake, but that doesn't make you a murderer.  That doesn't make you involved in this.  You just made one mistake.  You picked up Keith.  That was your only mistake.  You couldn't have prevented this. You didn't know Keith was going to do this.  You didn't know Keith was going to be fucking with a gun.  You don't know that.

MR. COLLINS:  You can't keep saying that --

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

DETECTIVE ROBLES:  You don't know that.

MR. COLLINS:  -- like I'm going to go with that shit, bro.  I told you --

DETECTIVE ROBLES:  What do you mean?

DETECTIVE KOEPSELL:  We're giving you -- we're telling you, like, possible --

MR. COLLINS:  I know what saying -- like I'm going to say to you that's what -- I don't know, bro.

DETECTIVE ROBLES:  No.  I know that's what happened.  I know --

MR. COLLINS:  I'm pretty sure you all are going to figure out what happened.  You all --

DETECTIVE ROBLES:  It's the -- it's the only logical thing, Calvin.  It's the only logical -- and you know that.  It's the only -- come on, you're a smart -- you say you're dumb as a -- you're not dumb, Keith.

MR. COLLINS:  I'm Calvin.

DETECTIVE KOEPSELL:  You know how bullets work.

DETECTIVE ROBLES:  I'm sorry.  You're not dumb, Calvin.  You're not.  You're not.  You're smart. You're a smart dude.  And just right now, showing me those emotions, it makes me realize you are a good person, man.  I don't know if you're trying to be

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**       www.**MILESTONEREPORTING**.com       **Toll Free 855-MYDEPOS**

tough or whatever --

MR. COLLINS:  Nah.

DETECTIVE ROBLES:  -- but you are a smart person, and you care about family, man.

MR. COLLINS:  I seen -- I seen Keith -- I see --

DETECTIVE ROBLES:  You care about family.  And right now, I understand that you're in a rock -- you know, you're in a hot spot.  You know, you're between a wall and, you know, the fricking sword.  Like, you got family, and you also -- you got your friend that just got murdered.  Just got killed.  But that's what I -- so the only reason why I'm asking about Keith is because I need to know if this was a murder or it was an accident. It had to be a --

MR. COLLINS:  That's what I'm telling --

DETECTIVE ROBLES:  It is either a murder or an accident.

MR. COLLINS:  I'm telling you.

DETECTIVE ROBLES:  It has to be one or the other.

MR. COLLINS:  What I'm telling you is what I did, bro.  I don't understand.  I'm trying to understand my feelings in the moment, bro.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

DETECTIVE ROBLES:  Okay.  So let me -- let me --

MR. COLLINS:  Because nothing is making sense, bro.

DETECTIVE ROBLES:  Right.

MR. COLLINS:  So okay.  I'm thinking it could have came from the outside.  You all telling me it came from the inside, so make me make sense of what's going on.

DETECTIVE ROBLES:  Okay.  Perfect.  And I'll be more than happy to do that.

MR. COLLINS:  My -- is this my --

DETECTIVE ROBLES:  So this is -- this is what I got so far, right.  Your car has no bullet holes --

MR. COLLINS:  Yeah.

DETECTIVE ROBLES:  -- whatsoever.  All around.  All your windows are up, and none of them are shattered, right?  You're a smart guy.  If you shoot at a car, and especially if -- we know how people shoot around here. They have no fucking sense of direction.  You know, you would have more than one bullet in that car, and you didn't even have one.  Your car is spotless.  Clean. There's nothing outside the car, right?  Not even -- you don't have -- that you kept that car clean.  You took care of

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

your car.  So you would've noticed, even if you had a bullet, because you care about the car.  You've had that car for a couple of months, right?  That's number one.

So I'm giving you a fact right now.  The fact is that that car has no bullet holes whatsoever, at all. I'll give you another fact.  You have one casing inside the car.  One.  Just one.  You just have one casing inside that car, and you have one person with a hole in the head.  And you have here, somebody that's talking to me, that's been cooperative, that has -- and asking every question that I've given.  I don't think -- already, I know you're not -- you're not involved.  I already know that.  Okay.  You stayed behind your friend.  You were the last person with a -- your friend, and your friend is now dead.  So her last memory was you. That was her last memory.  She left this world just knowing that she just spoke to you.

MR. COLLINS:  Uh-huh.

DETECTIVE ROBLES:  And she has -- she had no fucking clue she got shot.  It was lights out for her, immediately.  And you have one casing, no bullet holes. And you got a cousin that has been going through a rough path, that has been getting in

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

trouble for stupid shit, like you said, walking down the street, being all beat down. Probably -- God knows what the hell he had in his mind.

You even said, cuz, you're good?

That means that you noticed something about him. There's something about him that, you know, made you ask. And you know why you asked? Because you are a person that cares about people. That's why you asked. Otherwise, you wouldn't have given a shit. You would've drove past him, but you decided to stop, check on him, do something nice.

MR. COLLINS: Uh-huh.

DETECTIVE ROBLES: Because I'm sure if he would've told you, hey, man, I'm going through some shit, man, I'm sure, dude, you would've done something. You would've talked to this kid. You probably would've gotten him something to eat. You probably would've done something for him.

MR. COLLINS: Yeah, man. I would do anything.

DETECTIVE ROBLES: Anything you can to help him, I guarantee you you would've fucking done it. And I don't even know you. I'm just judging you just for the couple of hours that we're talking about him, you know. That's the only thing that I can say. And then all of a sudden, she gets shot in

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

the head.  Blood is fucking everywhere, on your shorts, on everywhere.

You're trying to figure out what the hell just happened.  You're probably afraid that you're going to be the next one that's going to catch one to the head because you -- you're trying to figure out what happened.  And your cousin is the first one to fucking jump ship out of that car and fucking takes off.  And you mean to tell me, you can't tell me -- you can't put it together?

DETECTIVE KOEPSELL:  And -- okay.  So one thing we haven't told you about the casing.  When you shoot a gun, what comes out of the gun?  A bullet and then what? The casing, right?

MR. COLLINS:  Uh-huh.

DETECTIVE KOEPSELL:  Okay.  So the fact that there's a casing in your car and not on the street, not on the sidewalk, not any -- anywhere near outside the car -- it's not your casing.  You just said you don't -- you don't carry your gun unless, like, you feel like you need to carry your gun.

MR. COLLINS:  --

DETECTIVE KOEPSELL:  But, you know, we're going to know if there's a gun in the car, obviously.  But what we could see before we started -- or before we



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.**MILESTONEREPORTING**.com          Toll Free 855-MYDEPOS

are going to process the car is the casing.  And that wasn't there before.  And it's not a lie.

MR. COLLINS:  --

DETECTIVE KOEPSELL:  Like, we're not lying about what's in your car and what we could see in plain sight.  And there's a casing in there, one casing.

MR. COLLINS:  I'm just not understanding why there's a casing in the car.

DETECTIVE KOEPSELL:  I think whatever was happening outside that you noticed when you saw him and you're like, you good, cuz?  And he was like, no, or whatever he said --

MR. COLLINS:  But it's not making sense, bro.

DETECTIVE ROBLES:  So -- hold on.

MR. COLLINS:  It still ain't making sense, though.  I get what you all saying --

DETECTIVE ROBLES:  What if he's -- so what if he's fucking with a gun and he shoots her?  Is that possible?

MR. COLLINS:  Anything is possible, but I didn't -- I don't --

DETECTIVE KOEPSELL:  Because they weren't arguing.  They didn't even yell in each other's presence.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

MR. COLLINS:  They don't even know each other.
No, they didn't even -- they didn't --

DETECTIVE ROBLES:  So he had no reason to
shoot.

DETECTIVE KOEPSELL:  Right.  He has no -- she
didn't tell him like, oh, you're fucking dumb
because of whatever, you know?

MR. COLLINS:  It doesn't make sense, bro.
That's what I'm --

DETECTIVE KOEPSELL:  She didn't disrespect him.
She didn't do anything to him.

DETECTIVE ROBLES:  So two things.  Either he's
a fucking psycho, which I don't think so.  Or two,
he was young, stupid, fucking with a gun, and the
gun went off and fucking shot her.  It has to be one
or the other.  And you're smart enough.  You're --
you know, come on, man.  You know what's up, man.
It's one of them.  You can't save him from this.
You can't.  You can't.  You're a smart guy.  You
can't -- he made -- he made -- he made the decision
of fucking with a gun.  You know, guns are for grown
men; is it not?  They're not for fucking kids.

MR. COLLINS:  No, they really ain't for nobody.
But I get what you're saying.

DETECTIVE ROBLES:  Right.  I agree.  I agree.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

But what I'm saying is --

DETECTIVE KOEPSELL:  The kids nowadays just got them.

DETECTIVE ROBLES:  What I'm saying is, you say you have kids, right?  You don't have guns in your house.

MR. COLLINS:  Uh-uh.

DETECTIVE ROBLES:  Why not?  Look, you know, one of your kids might -- right?

MR. COLLINS:  Uh-huh.

DETECTIVE ROBLES:  There -- there's a big potential that your kid, you know, not knowing what the hell it is, an accident can happen; can it not?  I see it every fucking day.  Kids are always fucking with guns.

MR. COLLINS:  --

DETECTIVE ROBLES:  You see -- you see fucking kids taking guns to school.

MR. COLLINS:  I see it.

DETECTIVE ROBLES:  You know?  And what happens?

DETECTIVE KOEPSELL:  On Instagram, they're doing those crazy fucking poses.  And I'm like -- I mean, shit.

DETECTIVE ROBLES:  Dude, I've had -- I had friends shoot at each other on accident.  On

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

accident. Fucking with a gun, going like this.  They fucking look over, bam.  They get scared.  They fucking pull the trigger.  They fucking blast a guy in the head.  We see it all the time.

But my thing is, I either need to see Keith as a fucking psycho shooter, or I need to see him as a fucking 18-year-old that just made a mistake, and fucking committed an accident and killed your friend. It has to be one or the other.  We -- we're not going to beat it around the bush.

MR. COLLINS:  I can't tell you who he is.

DETECTIVE ROBLES:  What do you mean who he is?

MR. COLLINS:  That's for you all to figure out who he is.

DETECTIVE ROBLES:  What do you mean who he is?

DETECTIVE KOEPSELL:  You know him better than we do, though.

MR. COLLINS:  Yeah.  But you all perspective of the person --

DETECTIVE ROBLES:  You know, you --

MR. COLLINS:  -- is going to be totally different from mine.

DETECTIVE ROBLES:  Bro, but you -- but --

DETECTIVE KOEPSELL:  Yeah.  Because all we know is their criminal history.  Do you think that's fair

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

to judge someone off their criminal history?

MR. COLLINS:  Yeah.

DETECTIVE ROBLES:  Look --

DETECTIVE KOEPSELL:  You do?

MR. COLLINS:  You all -- you all do, regardless.

DETECTIVE KOEPSELL:  No, I --

DETECTIVE ROBLES:  No.  No.

DETECTIVE KOEPSELL:  -- I said, is it fair?

MR. COLLINS:  It's not fair.  But you all don't give --

DETECTIVE ROBLES:  Calvin, but -- okay. Calvin, you -- you've had a -- you've had a history, right?

DETECTIVE KOEPSELL:  We're not -- we're not like everybody.

DETECTIVE ROBLES:  You have history?

MR. COLLINS:  Yeah.

DETECTIVE ROBLES:  Have I treated you any different?

MR. COLLINS:  No, you treating me the way you all going to treat me, the way you all trained to treat me, bro.

DETECTIVE ROBLES:  Right.  But am I treating you -- would you agree with me, I've been respectful?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

MR. COLLINS:  What you treating me -- you treating me --

DETECTIVE ROBLES:  With dignity and respect?

MR. COLLINS:  You all treating me, both, the good way.

DETECTIVE KOEPSELL:  Right.

MR. COLLINS:  Because you all know.

DETECTIVE ROBLES:  I know what?

MR. COLLINS:  I didn't do shit.

DETECTIVE KOEPSELL:  You didn't -- yeah.

DETECTIVE ROBLES:  Exactly.  Exactly.

MR. COLLINS:  You all know I'm -- I ain't --

DETECTIVE ROBLES:  Exactly.  Exactly.

MR. COLLINS:  I don't want -- I don't want to --

DETECTIVE ROBLES:  But you know what?  I -- I'll tell you this.  I'll tell you this, Calvin. And this is the promise I'm going to make to you, okay?  I promise you I am going to listen to Keith. I'm going to listen to what he has to say.  And if -- and if it's, hey, I made a mistake, I will listen to it.

And if it's, I'm just a fucking stone cold- blooded killer that I just wanted to kill this bitch just because I saw her for 30 seconds and I just

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        www.**MILESTONEREPORTING**.com        **Toll Free 855-MYDEPOS**

wanted to blow her head, I'm going to listen to both versions. I already think I know which version is the correct one.

MR. COLLINS: I know what you all going to do, bro.

DETECTIVE ROBLES: But I don't want to assume.

MR. COLLINS: It's just that I'm just -- I know you all doing y'alls job. I just know I just want to go --

DETECTIVE ROBLES: Okay.

DETECTIVE KOEPSELL: Yeah.

MR. COLLINS: Process.

DETECTIVE KOEPSELL: To confirm.

MR. COLLINS: So yeah. Whatever --

DETECTIVE KOEPSELL: But would you say that Keith is a good person or should we be worried?

MR. COLLINS: I feel like he was a -- to be fair, I feel like he --

DETECTIVE ROBLES: Isn't he just going through a --

DETECTIVE KOEPSELL: But he had a heart, right?

MR. COLLINS: I feel like he want to be good. Yeah.

DETECTIVE KOEPSELL: Like, he was going through things. But --

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

432996 Interview with Calvin                    Page 130

MR. COLLINS:  Like, yeah.  Like, I -- because if you -- I wouldn't let nobody run around if he going to hurt -- like, that doesn't make sense.

DETECTIVE ROBLES:  And put him in the back of your car?

DETECTIVE KOEPSELL:  Right.

DETECTIVE ROBLES:  And you have no control?  I don't think you would do that.  That's the thing.  I don't think -- I don't think you stopped and you said, oh, here's a fucking stone cold-blooded killer.  Let me put him in the back of my fucking car.  Why not?  I have kids.  Who gives a fuck?  I don't think you thought that way.  I can't --

MR. COLLINS:  I never thought nothing like -- I know shit can happen, but --

DETECTIVE KOEPSELL:  Like, yeah.

MR. COLLINS:  This is -- I -- it don't make sense, because I don't -- it's, like, for what?  I don't get it.  You can see certain things from certain angles in life or whatever.  This is weird.  And it's fucked up.

DETECTIVE KOEPSELL:  Yeah.  Why would he have a gun out in the back seat?

MR. COLLINS:  I don't know.

DETECTIVE KOEPSELL:  I know you said that he

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

432996 Interview with Calvin                          Page 131

was sweating and that he was walking and he normally

don't walk.  So does he drive?  Does he have a car.

          MR. COLLINS:  No, but he don't be walking.

He --

          DETECTIVE KOEPSELL:  Or he's -- like, people

pick him up?

          MR. COLLINS:  Yeah.  He ain't going to walk --

          DETECTIVE ROBLES:  When you picked him up, was

he, like, amped up?  I heard --

          MR. COLLINS:  No, but he was sweating.

          DETECTIVE ROBLES:  How would you say his

demeanor was?

          MR. COLLINS:  Like, something was bothering

him.  So I just -- you know?

          DETECTIVE ROBLES:  There was something going

on?  No, I'm just asking.  Like, you saw him --

          DETECTIVE KOEPSELL:  -- bother him.

          MR. COLLINS:  There might have been something,

but, like, come on.

          DETECTIVE ROBLES:  Something was bothering him.

That's why you stopped?

          MR. COLLINS:  Left, right.  Left, right.  This

is crazy, bro.  I can't believe -- like, this -- a

lot of shit be happening in life, but this one, this

one.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

DETECTIVE ROBLES:  Oh, I'm sure there's going to be a story.  Yeah.

MR. COLLINS:  -- this one -- this one right here, I don't -- I don't know.  It's unexplainable, bro. It's like, it ain't I see, or I know.

DETECTIVE ROBLES:  And I can't even imagine the trauma you went through because you're literally talking to her.  Next thing you know she's probably all over you with all that fucking blood on.

DETECTIVE KOEPSELL:  Yeah.  We saw the inside of the car.

DETECTIVE ROBLES:  Yeah.  You have blood, it's everywhere, dude.  It's like -- it's like, you know, those Italian movies, like the gangsters, you know, the guy just fucking gets popped in the head and -- you just see -- that's how the car looks.

MR. COLLINS:  I know.

DETECTIVE ROBLES:  You know what I'm saying?

MR. COLLINS:  That's like I said, I know you all doing you all's job, but I'm -- I got to go lay down and think about it.

DETECTIVE ROBLES:  I got it, man.

MR. COLLINS:  But -- like, I guess.  It's always going to be -- it's going to be something. It ain't going to be -- I guess.



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        www.**MILESTONEREPORTING**.com        Toll Free **855-MYDEPOS**

DETECTIVE ROBLES:  And you don't have any enemies, right, Calvin?  Nobody's after you.  Nobody's trying to hurt you?

MR. COLLINS:  Not that I know of.  I mean, people might not like me, but I don't --

DETECTIVE ROBLES:  Right.  I mean, I don't like a lot of people.

MR. COLLINS:  I mean -- I mean, I -- somebody might, but not -- this though, not.

DETECTIVE ROBLES:  Yeah.  But nobody wants to kill you?

MR. COLLINS:  --

DETECTIVE KOEPSELL:  No -- you didn't feel like you were being followed?

MR. COLLINS:  No.  Not --

DETECTIVE KOEPSELL:  You and Honey were smoking, chilling?  Like, it wasn't --

MR. COLLINS:  Ain't like I was being followed.

DETECTIVE ROBLES:  What about Honey?  Did she have any enemies man?

MR. COLLINS:  Man, no, bro.  That's what I'm telling you all.

DETECTIVE ROBLES:  Nobody wanted to hurt her?  Nobody wanted to kill her?

MR. COLLINS:  No.  Nobody want to -- nobody

 MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

432996 Interview with Calvin                    Page 134

want to do nothing to her.

DETECTIVE ROBLES:  And I'm assuming you don't know about Keith?

MR. COLLINS:  He young.

DETECTIVE ROBLES:  Right.

DETECTIVE KOEPSELL:  And you know --

DETECTIVE ROBLES:  I think he's young and dumb and he was just fucking with the gun, man.

MR. COLLINS:  He's young.

DETECTIVE ROBLES:  I'll be honest with you.

DETECTIVE KOEPSELL:  If you're not saying that we should be worried about Keith and that he's a stone cold killer, then there's only one -- there's only one answer to what we've -- to what we've been asking.

MR. COLLINS:  What's that?

DETECTIVE KOEPSELL:  As to why it occurred. Why would it occur?  Why would Keith do something like that?

MR. COLLINS:  I don't know what happened.  I don't -- you all -- you all seeing it.

DETECTIVE KOEPSELL:  Well, you know what happened.  You just --

MR. COLLINS:  I don't see.

DETECTIVE KOEPSELL:  You didn't see --

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**       www.**MILESTONEREPORTING**.com       Toll Free 855-MYDEPOS

MR. COLLINS:  I didn't see it.

DETECTIVE KOEPSELL:  -- the gun go off.

MR. COLLINS:  I was driving.  I didn't see it.

DETECTIVE KOEPSELL:  When he ran, did he have anything in his hands?

MR. COLLINS:  I couldn't -- it was -- I ain't see nothing.  It was so -- everything -- you all done heard it before.  It was just like I -- because I heard the gunshot.  It, like -- of course --

DETECTIVE ROBLES:  It sounded loud, right?

MR. COLLINS:  -- I've been around gunshots before.

DETECTIVE ROBLES:  It sounded of loud, though?

MR. COLLINS:  It was loud.

DETECTIVE KOEPSELL:  Close, right?

MR. COLLINS:  I've been around gunshots.  So first thing, you know, you okay?  You look to see, is everybody okay?  So I just heard him say -- he said, go. He just told me to go -- it's just too blurry.  It's like she dying, bro.  Like -- that just -- you know what I'm saying?

DETECTIVE ROBLES:  So why -- so why do you -- so your friend -- your friend gets shot in the head.  You do whatever you can to save her life, like a good person you are.  And your cousin --

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

MR. COLLINS:  Please don't be saying that, bro.

DETECTIVE ROBLES:  Hold on.  Hold on.

MR. COLLINS:  I hate it.

DETECTIVE ROBLES:  Why?  That's what happened, though.  I can't lie.  I can't lie, Calvin.  I can't lie.  You did -- you did everything you can to save her life.  And Keith just fucking bounces.  How does that make sense?  Explain that to me.

MR. COLLINS:  Because people going run, regardless, when gunshots --

DETECTIVE ROBLES:  But why?

MR. COLLINS:  You know, I mean --

DETECTIVE ROBLES:  You didn't run.

MR. COLLINS:  It ain't his friend.

DETECTIVE ROBLES:  You didn't run.  So just -- so, Calvin --

MR. COLLINS:  --

DETECTIVE ROBLES:  Calvin, you're the type of person -- you're the type of person that if my partner fucking smokes me right now and fucking takes off, you're the type of person that's going to save me.  And I ain't your friend.  But I think you're a good person. I don't think you're going to fucking run and leave me to die.  I don't think you would do that.  You going to tell me, Calvin, that

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

you will leave me to die?  I don't think you can.

MR. COLLINS:  It don't make me feel good, though.

DETECTIVE ROBLES:  Exactly.  So don't tell me that people run just because they heard gunshots.  No. If they see somebody fucking on the ground, they're going to try to do everything they can to keep that person alive.  Just like you did.

MR. COLLINS:  No.

DETECTIVE ROBLES:  And Calvin [sic] would've.

DETECTIVE KOEPSELL:  And that is why --

DETECTIVE ROBLES:  But you know why he didn't?  You know why he didn't?  Because he was scared.  That's why.  Because he knows he made an accident.  That's why he ran, because he's scared.  He doesn't know what to do.  He's 18 years old.  He's scared.  He's like, oh, shit.  This person just fucking -- the cops are going to think I'm a fucking stone killer.  I got to fucking dip. It's natural.  It's a normal fighting mechanism.  You leave.  You run.  You run away.  You don't know what to do.

DETECTIVE KOEPSELL:  Fight or flight.

DETECTIVE ROBLES:  It's fight or flight.  You, you're a fighter.  You stay there.  You stayed there on scene.  You're like, hey, there's consequences to

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

what happened. You even said it. You walked through this whole process. You said to me, yeah, I know I got to talk to you. I know I got to give you your buccal swabs. I know I got to give you my hand swabs.

You literally said the whole -- you knew exactly what was about to come. And you knew that the moment you saw the cop and your friend dead. You knew that. Automatically, you knew that was going to happen. And you decided to go through it because you're a fighter.

Your cousin is just maybe a -- you know, he chose flight. He chose, hey, I'm going to bounce; I don't know what to do right now; I just fucking killed this lady; nobody's going to believe me that I made an accident because of my record; everybody's going to think that I just fucking whacked her in the head; nobody's going to hear my story, let me get the fuck out of here, especially the cops.

I can understand that. I can see that. But I need to -- I need to know that's what happened. Because otherwise I need to explain to my supervisors, hey, man, I've got a stone cold killer out there who's fucking killing people for no reason. We need to find this motherfucker right

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

now.

Or, hey, man, he's an 18-year-old dude that was going through something in life. He made an accident and he fucking whack -- you know, fucking hit this girl. That's it. And he's out there. He's hiding because he's scared. He doesn't know what to do. He's probably looking -- asking for his family what to do because he doesn't have -- he doesn't know who to look up to.

He can't reach out to you because he just fucking smoked your friend. So he probably thinks, fucking Calvin fucking hates me because I did an accident. That can happen, too. And I can see that happening. As a matter of fact, I'm willing to bet money that that's what happened. But the only one that knows that is you.

MR. COLLINS: I told you what I know.

DETECTIVE ROBLES: That's the only one.

MR. COLLINS: That's the damn truth. Was in the car 30 seconds, left, right, left, right. I got to pee real bad if you all going to let me go out.

DETECTIVE ROBLES: Yeah. Yeah. No, go ahead, man.

MR. COLLINS: I use this --

DETECTIVE ROBLES: If you got to pee -- no, no,



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    www.**MILESTONEREPORTING**.com    Toll Free **855-MYDEPOS**

no, no.

MR. COLLINS:  Come follow me.  Because I know how you all be watching everybody.

DETECTIVE ROBLES:  No, no, no.  Go.  No, go ahead, man.  Go pee.  Go pee.

MR. COLLINS:  Where is it?

DETECTIVE ROBLES:  Okay.  Right here.  Right here to your left.  Right here.

Got it.  You need more water?

MR. COLLINS:  Please.  Yeah.

DETECTIVE ROBLES:  How you feeling with your stomach?  Are you feeling a little better?

MR. COLLINS:  Bro, I ain't even eat yet.  I'm just -- how long you all keeping me?  I know you all supposed tell me.  You all got -- I told you all everything.  You all -- I know you all going to see --

DETECTIVE KOEPSELL:  We just --

MR. COLLINS:  I know.

DETECTIVE KOEPSELL:  We just think the only thing you don't want to tell us is that he had a gun.

MR. COLLINS:  I didn't -- because I didn't see no gun.  A person don't get -- if a -- if a person got a gun, they don't get into a car with the gun,

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          www.**MILESTONEREPORTING**.com          Toll Free 855-MYDEPOS

like, out. He was only in my car for a few seconds.

DETECTIVE KOEPSELL:  Right.  But I feel like with him running, he wouldn't have had enough time to stuff it back in his waistband or wherever and take off. I feel like it would've been in his hand.

MR. COLLINS:  If you hear a boom and you duck down and stop the car and somebody just get out the car? If I'm down like this and I look over, the first thing I see is her.  So I don't really see no gun.

DETECTIVE KOEPSELL:  When you looked -- so you didn't even --

MR. COLLINS:  Like, you know what I'm saying? Boom.

DETECTIVE KOEPSELL:  Yeah.  I -- yeah, I know.

MR. COLLINS:  The first thing I look up and I see is really her, honest.  I'm -- I see her.  I see him, but I don't see -- I'm looking at her --

DETECTIVE KOEPSELL:  Well, yeah.  But -- okay.

MR. COLLINS:  Like he said, like -- it was really -- she died, bro.  That shit be crazy, bro.

DETECTIVE KOEPSELL:  Which direction did he go? Like --

MR. COLLINS:  Behind me.  That's it.  I saw that.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

DETECTIVE KOEPSELL:  Right behind you.

MR. COLLINS:  He didn't go in front of me.  So it's just like -- ain't nobody go in front of me.  So --

DETECTIVE ROBLES:  So why do you think he ran?

MR. COLLINS:  I don't know.  I mean, people run when gunshots go off.  That's just number one, like you said, so.

DETECTIVE KOEPSELL:  Yeah.  But there's a casing in your car and it's not your casing.

MR. COLLINS:  So you all -- hey.  You all --

DETECTIVE KOEPSELL:  Right?

MR. COLLINS:  You all -- I don't know.  I ain't -- it just was boom.

DETECTIVE KOEPSELL:  And that casing was not -- there was no casings in your vehicle prior to today?

MR. COLLINS:  Not that I knew of.  Not that I seen.  I ain't put -- no, I didn't put --

DETECTIVE ROBLES:  Yeah.  I don't think -- I don't think you purposely fucking carry casings in your car, you know?  But that's the thing, man.  We're just -- we're just trying to figure out --

MR. COLLINS:  Yeah, I know.

DETECTIVE ROBLES:  -- what type of person is Keith.  And I think -- I think right now, the least

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

-- the least thing you can do is, you know, kind of, tell us everything that happened with him. And look, man, if Keith made a mistake, I understand that. And I think it's the last thing you can do for your friend's memory, okay?

Because like you said, man, she didn't know she died. She had no clue what the hell happened. She did not know that by getting in the car with you and smoking a little bit of weed for half an hour, she did not know that just because you got your cousin that was acting all down, she was going to die that day. She did not know that. And you know what, man? Honestly, I feel like if you knew -- if you had a time machine --

MR. COLLINS: I could've died, bro.

DETECTIVE ROBLES: Dude, you could -- you could --

MR. COLLINS: When you all saying -- you all ain't understand. Like, I get what you all doing, but, like, bro.

DETECTIVE ROBLES: You could have left your kids without any freaking -- without a father.

MR. COLLINS: --

DETECTIVE KOEPSELL: Bullets don't have names.

MR. COLLINS: You got kids?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

DETECTIVE ROBLES:  I do.  I have two.  I have two.  And you know what?  Every fucking day I see them, I love them.  Because you know why?  I never know how this shit is going to play out.

MR. COLLINS:  It's true.

DETECTIVE ROBLES:  I never know how this shit is going to play out.

MR. COLLINS:  I'm in the car, bro.

DETECTIVE ROBLES:  I agree.  I agree.

MR. COLLINS:  So I get that --

DETECTIVE ROBLES:  And you know what?  You know what I think?

MR. COLLINS:  You all don't see shit coming, but you all can, kind of -- like --

DETECTIVE ROBLES:  Hell yeah.

MR. COLLINS:  --

DETECTIVE ROBLES:  You know -- you know -- you know --

MR. COLLINS:  -- however it went.  I couldn't --

DETECTIVE KOEPSELL:  No, if I was driving, I wouldn't think --

DETECTIVE ROBLES:  Calvin, do you know -- Calvin, do you know why you're alive?  Do you know why you're alive?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

MR. COLLINS:  God.  Nothing else.

DETECTIVE ROBLES:  Yeah.  Yeah.  Yeah.

MR. COLLINS:  Just God.  Nothing else.

DETECTIVE ROBLES:  But you know why too?
Because he didn't sit behind you.  That's why you're
alive.  Because he sat behind your friend.  And he
was fucking with a gun and that's how she got the
bullet.

MR. COLLINS:  Well, who fucks --

DETECTIVE ROBLES:  That's how she got --

MR. COLLINS:  But who fucks with a gun, though?

DETECTIVE ROBLES:  18 year olds.

DETECTIVE KOEPSELL:  Children.

DETECTIVE ROBLES:  Stupid 18 year olds.

MR. COLLINS:  I don't --

DETECTIVE ROBLES:  Stupid -- Calvin, come on.
You seen in the news, man?

MR. COLLINS:  Yeah.  But --

DETECTIVE ROBLES:  There's been 12 year olds
with guns.

MR. COLLINS:  -- who would be in -- who would
be in the car, like --

DETECTIVE ROBLES:  Hey.  Hey.

MR. COLLINS:  Understand, though.

DETECTIVE KOEPSELL:  Yeah.  But he was nervous.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**
**407.423.9900**    www.**MILESTONEREPORTING**.com    **Toll Free 855-MYDEPOS**

432996 Interview with Calvin                    Page 146

DETECTIVE ROBLES: Fumbling. Fumbling. I could be doing this. I could be fucking doing --

MR. COLLINS: Why? Why?

DETECTIVE ROBLES: I don't fucking know. I don't fucking know. I just want to be fucking with a gun.

MR. COLLINS: Why would you --

DETECTIVE ROBLES: I'm cool.

DETECTIVE KOEPSELL: He felt nervous about -- he was sweating. He was -- he was walking, which he never does.

DETECTIVE ROBLES: Probably they were following him. Who knows? Who fucking knows? Maybe they were following him. Maybe he was getting ready, like, hey, I need to get the fuck out of here.

DETECTIVE KOEPSELL: Why would he tell you, go left, right, left, right?

DETECTIVE ROBLES: Yeah. Who does that?

DETECTIVE KOEPSELL: Like, he's trying to get away. Like --

DETECTIVE ROBLES: He was looking over his shoulder. He was looking over his shoulder. Maybe he had the gun to protect himself. I don't fucking know. Maybe somebody threatened him, hey, if you fucking come around my neighborhood, I'm going to

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

fuck you up.

MR. COLLINS:  I mean --

DETECTIVE ROBLES:  Hey.  Hey, I got to be ready.  I got to be ready.  I know people want to kill me.  I got to be ready.  I have to have my gun with me.

MR. COLLINS:  But why would he be walking?  I get everything, but --

DETECTIVE KOEPSELL:  Right.  Yeah.  We don't know that.

MR. COLLINS:  If somebody's --

DETECTIVE ROBLES:  We don't know that.

DETECTIVE KOEPSELL:  And Keith needs to answer those questions.

MR. COLLINS:  I'm going to hide -- I'm going to hide --

DETECTIVE ROBLES:  We don't know that.  Look, for all we know --

DETECTIVE KOEPSELL:  Keith needs to answer those questions.

DETECTIVE ROBLES:  Well, Keith -- that's not up to you.  That's up to Keith.  What I need to know is how your friend died.  That's what I need to know.

MR. COLLINS:  I told you.

DETECTIVE ROBLES:  And Keith is going to have

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

to respond to that.  And I'm going to leave it up to
Keith.  Hey, man, it's either going to be -- look,
we both know, he's smart.  It's either going to be
lawyer. It's either going to be, hey, man, I made an
accident. Or it's either going to be, I'm a fucking
murderer and I fucking hated that bitch and I wanted
to kill her.

Those are the only three answers I'm going to
get.  And you know that's the truth.  It's either
going to be one of those three, but that's up to
him.  That's up to him to answer those things, okay?
My job is to make sure that obviously you were not
involved, which we've already more than proven that.

And number two, my job is to understand why he
did what he did.  And if you knew -- and you know
him better than I do.  So you right now can tell me,
hey, man, he's no stone fucking killer.  He's not a
fucking -- you know, he's not a sniper.  He's not a
fucking hit man or anything like that.

The guy's not crazy.  He's not a fucking Ted
Bundy or anything like that.  He's just a stupid --
year old -- 18-year-old that makes dumb mistakes,
like you said it from the beginning.  And he was
just probably fucking with a gun, fucking -- it went
off and it fucking hit my friend.  It's one or the

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

other, man.

It's -- and I think you're smart enough to know that. It has to be one or the other. There's no other explanation, you know? The fucking bullet didn't come from -- the bullet did not come outside of your car. That we can prove, 100 percent. Your car is spotless clean. There's no bullet holes or anything like that. And there's only one single casing.

So you know why I don't think he was a stone killer? Because first of all, if you're going to kill somebody, usually you shoot more than once, right? Just to make sure that they're actually dead. Or you just fucking blast them in the head. That works, too. But I don't think that's the type of person he is.

I just think he fucking fucked with a gun. It shot accidentally. You're trying to figure out what the fuck happened. He fucking bolts because he's afraid. He's probably even afraid of you because he's like, damn, I just killed his friend.

MR. COLLINS: I just want to be off from people, bro.

DETECTIVE ROBLES: I get it, man. I get it.

MR. COLLINS: Anybody, man.

 MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          www.**MILESTONEREPORTING**.com          Toll Free **855-MYDEPOS**

DETECTIVE ROBLES: But you need to -- you need to know that you can't beat yourself up for picking him up and your friend died. That -- like, that's not your fault, man. You were just being a good guy. You saw your -- you saw your cousin down the street. You know, you were trying to give him a ride.

MR. COLLINS: I get what you all saying. Like, I ain't even talking about this, it still be your fault.

DETECTIVE ROBLES: I do know what you're saying.

MR. COLLINS: I ain't even talking about this.

DETECTIVE ROBLES: Yeah. Yeah. Yeah.

MR. COLLINS: Just in life, in general, right? Like --

DETECTIVE ROBLES: But why do you feel that way? Why do you feel that way? Explain that to me.

MR. COLLINS: I don't even know.

DETECTIVE ROBLES: Help me understand that. Because you -- I can tell you feel guilt. But why?

MR. COLLINS: I don't know. Just some --

DETECTIVE ROBLES: But why do you feel guilt? What do you think you did wrong?

MR. COLLINS: I don't feel -- I ain't going to

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    www.**MILESTONEREPORTING**.com    **Toll Free 855-MYDEPOS**

say guilt.  It's just like --

DETECTIVE ROBLES:  But you feel it was your fault.  That -- that's guilt.  You just said it yourself.  You feel -- you feel you were at fault, but why?

MR. COLLINS:  I ain't saying it's my -- because I ain't do so it can't be my fault.

DETECTIVE KOEPSELL:  I feel like you can't understand why it happened.

MR. COLLINS:  Can't understand why life throws you so many curve balls.

DETECTIVE ROBLES:  Yeah.

DETECTIVE KOEPSELL:  Yeah.

DETECTIVE ROBLES:  That's life.  That's life.

MR. COLLINS:  So you'll say you good, but if you were so good, you wouldn't get so many curve balls, right?  I mean, I don't know.  That's what I would think.  I don't know.

DETECTIVE ROBLES:  Look, you --

DETECTIVE KOEPSELL:  God also doesn't --

DETECTIVE ROBLES:  Hey, you --

DETECTIVE KOEPSELL:  -- doesn't put you through things that he doesn't think you can handle.

MR. COLLINS:  Yeah, I heard that.

DETECTIVE ROBLES:  You also said -- you

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

remember you said that you heard about the incident,

about the crazy -- that shot --

          MR. COLLINS:  Yeah.  It was in the news.

          DETECTIVE ROBLES:  Right.  Right.

          MR. COLLINS:  It was in the news.  I seen it.

          DETECTIVE ROBLES:  You know who that lady --

that lady was a 28-year-old woman with two little

daughters.  And you know what she did?  She just

went to the 7-Eleven to get some food for her

family.  And you know what happened?  She was

driving down the road, and somebody fucking started

shooting, and she fucking caught a round, and now

she's dead.

          MR. COLLINS:  It's a sad life.

          DETECTIVE ROBLES:  That's sad.

          MR. COLLINS:  Life's really sad.

          DETECTIVE ROBLES:  You know, that's a horrible

curve ball, right?  How do you think her husband

feels like?

          MR. COLLINS:  That's bullshit.

          DETECTIVE ROBLES:  Now she --

          MR. COLLINS:  That's bullshit.

          DETECTIVE ROBLES:  Now he has to raise two

little --

          MR. COLLINS:  That's real bullshit, bro.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

DETECTIVE ROBLES:  Two -- and the cutest little girls you've ever seen.  Like, super sweet girls asking where Mommy is, asking me where Mommy is.  I'm like, what the fuck do I -- what do I tell to these people?

MR. COLLINS:  See, you all -- I know you all --

DETECTIVE ROBLES:  It -- it's not easy, man.

MR. COLLINS:  You all got --

DETECTIVE ROBLES:  You talk about curve balls ---

MR. COLLINS:  I had a talk with of my older cousin one time.  I was like, you know, life be crazy for us.  You know, Black, young.  I say -- I say, think of the -- like, you all see a lot of shit.  When I look at the news, I say, you all are the first people to see it.  Like, with this going on, I'm not going to see this every day.  You all see that shit every day.

DETECTIVE ROBLES:  Right?

MR. COLLINS:  That's crazy.

DETECTIVE ROBLES:  Right?

MR. COLLINS:  It is.  I --

DETECTIVE ROBLES:  And because -- and because we see this every day, we don't talk to people like you every day.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

MR. COLLINS:  I know.

DETECTIVE ROBLES:  We don't.  We don't.

MR. COLLINS:  No reason.

DETECTIVE ROBLES:  And it's not -- it's not every day where somebody stays to help their friend survive and be willing to go through all this, knowing that's going to happen, you know?

MR. COLLINS:  It don't happen?  You all --

DETECTIVE ROBLES:  Like you said, everybody that -- everybody that has killed somebody, they always fucking run because they're afraid.  They don't know what's going to happen and they take off. You know who are the ones that stay?  The ones that have a story to tell.  The ones that need to explain what happened. People like you.

People that want to do -- not necessarily find justice, but more, like, hey, I don't want this lady to be buried and not know what the fuck happened.  I mean, that's the last thing, man.  You know what's the one thing I always pray?  I hope that if I ever get killed, I hope they find my murderer.  That's the only thing I always pray for.

MR. COLLINS:  I feel --

DETECTIVE ROBLES:  I don't want my murder to just go down like nothing, man.  Like, that's the

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

only thing I pray for.  And I -- and I'm sure if she could talk, I'm sure that's the one thing she would ask for.

MR. COLLINS:  That's what I'm telling you.

DETECTIVE KOEPSELL:  Her family.

MR. COLLINS:  Don't --

DETECTIVE KOEPSELL:  I know, but --

MR. COLLINS:  That's what I'm telling you. Like, it just --

DETECTIVE KOEPSELL:  It doesn't make sense because it is crazy that it happened.

MR. COLLINS:  Shit don't make sense, bro.  It just don't.

DETECTIVE KOEPSELL:  But it happened.

MR. COLLINS:  It's --

DETECTIVE KOEPSELL:  And all the answers --

MR. COLLINS:  This is like, that shouldn't have -- shit just don't --

DETECTIVE ROBLES:  It shouldn't have happened.

MR. COLLINS:  It don't make sense.

DETECTIVE ROBLES:  But it did.

MR. COLLINS:  You can see when shit -- but that was --

DETECTIVE ROBLES:  It's stupid.  It was crazy. It was dumb.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

MR. COLLINS:  You -- like you said -- I didn't even know.  You said it came from the inside.  Like, I would've thought it came from the outside.  I could -- we can deal with that, right?

DETECTIVE ROBLES:  Right.  Right.  Right.

MR. COLLINS:  Yeah.

DETECTIVE ROBLES:  Yeah.  100 percent.

MR. COLLINS:  You know?

DETECTIVE ROBLES:  You lucky you didn't get shot.  Yeah.

MR. COLLINS:  But, like, you saying it came from the inside.  Like, think of -- how did that --

DETECTIVE ROBLES:  And there's a casing in there.  One single --

DETECTIVE KOEPSELL:  She didn't kill herself.

DETECTIVE ROBLES:  Yeah.  She didn't kill herself.  Obviously.  You were there.  She was there.

The only one that's not here is Keith.  So there's three people that I need to talk to: you, one of them is dead, and Keith, right?  I 100 percent believe you because you're right here fighting like a man.  And you're here to explain your story and to make a decent memory for your friend.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

And you know who's not here?  Keith.  And like I said, whether it was an accident or he's a stone killer, that's for him to answer those questions. He's -- he's the one that has to answer why it happened or how it happened, I should say.

DETECTIVE KOEPSELL:  The Hialeah Street, have you ever been on that -- do you know anyone that lives on that street?  Have you ever dropped Keith off there before on that street?

MR. COLLINS:  No.

DETECTIVE KOEPSELL:  Okay.

MR. COLLINS:  I was just -- seen him.  That's all -- like, where you going?

DETECTIVE KOEPSELL:  Yeah.  No, I'm just -- like, he didn't want to be dropped off on Hialeah, did he?

MR. COLLINS:  Bro, I tell you no lie.  We turned left, right, left, right.  I turned the corner and it was just, boom.

DETECTIVE KOEPSELL:  Okay.

MR. COLLINS:  That was the most unexpected -- I've been in a lot of unexpected things in my life, but that's one -- that's one -- you know, that was -- I couldn't see nothing.  That was weird.  That's fucked up.  It's fucking crazy.  I don't know.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

DETECTIVE KOEPSELL:  And did this gun -- this, like, gunshot that you heard, did it sound like just, like, a normal type of gun like the ones that are on our hips?  Or did it sound like, you know, like, an AK, like, AR?

MR. COLLINS:  Like a -- like a nice gun.

DETECTIVE KOEPSELL:  Like a what gun?

MR. COLLINS:  Gun.  Like --

DETECTIVE KOEPSELL:  Like a -- like ones that we're carrying?

MR. COLLINS:  Yeah.  Yeah.  Yeah.  It wasn't no AK.

DETECTIVE KOEPSELL:  Right.  It wasn't like a rifle or shotgun or --

MR. COLLINS:  Just boom.  You all got the casing.

DETECTIVE KOEPSELL:  I know.  But, you know, I wish that would take 24 hours to send off and come back, but it don't work like that.  It's going to take a minute.  So you're the best evidence that we have as far as getting us, like the answers to the questions that we, you know, need answered right now.

And we need to know, you know, like, what gun we're looking for and the color of the gun and

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

anything about the gun that we're, you know -- that may have been in Keith's possession, that you may have seen him run away with. Did you see anything in his hands when he was running away?

MR. COLLINS: I told you I didn't see nothing.

DETECTIVE KOEPSELL: Did he have a phone?

MR. COLLINS: I didn't see.

DETECTIVE KOEPSELL: Have you ever seen him with a phone?

MR. COLLINS: No, but everybody --

DETECTIVE KOEPSELL: Well, yeah.

MR. COLLINS: But no, not everybody. Like, everybody do, but everybody don't.

DETECTIVE KOEPSELL: Yeah. So I was just -- like, I mean, do you have him -- like, do you have a -- like, a phone number for him? Like, have you ever communicated with -- through the phone?

MR. COLLINS: He's my cousin. I just --

DETECTIVE KOEPSELL: You just, like, see him and then you hang out -- okay. Does he have, like, an Instagram or anything?

MR. COLLINS: I don't know. Most likely. Everybody got one.

DETECTIVE KOEPSELL: Do you have an Instagram? Like, would you be friends with him? No. Not

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

something you use?  I know, like, the older generation, we just, like, look at it.  But the younger generation, they're all about posting and, you know?

So -- but there was no reason for you guys -- like, you just ended up on the Hialeah Street.  And that was from his directions of turning left, right, left, right.  And then boom, while you're on the street, you hear the gunshot and you stop your car?  Okay.  He wasn't saying, hey, take me to Hialeah?

MR. COLLINS:  He never said the name --

DETECTIVE KOEPSELL:  And he didn't mention, like, why he was sweaty?

MR. COLLINS:  I never asked him.  He was only in the car for a few seconds.

DETECTIVE KOEPSELL:  I know.  But I mean --

MR. COLLINS:  Yeah.  Yeah.  Yeah.

DETECTIVE KOEPSELL:  Sometimes, you know, it only takes a few seconds --

MR. COLLINS:  Never asked.

DETECTIVE KOEPSELL:  -- to find out a quick understanding of what's going on.

MR. COLLINS:  I never asked.  Didn't --

DETECTIVE KOEPSELL:  Did you ask him anything?  Do you remember asking him anything specific?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

MR. COLLINS: No. Just, where you going? I said, you want a ride? We need to drop her off, but you want me to drop you off first? He said, drop me off first.

DETECTIVE KOEPSELL: Drop him off first.

DETECTIVE ROBLES: This her house?

MR. COLLINS: Yep. There you go -- I told you all that.

DETECTIVE ROBLES: I need to find her family. I need to go tell her family that she's dead, you know?

MR. COLLINS: I'm telling you. Yeah. That's her house right there. That's where I picked her up.

DETECTIVE KOEPSELL: All right. Calvin, do you swear that everything we've talked about has been true and accurate to the best of your knowledge?

MR. COLLINS: Yeah.

DETECTIVE KOEPSELL: Yeah? All right. What do you want to do about the phone? Because we have to keep it regardless.

MR. COLLINS: Yes.

DETECTIVE KOEPSELL: Do you want us to download it and bring it back? Or do you want us -- we could write a paper and have it downloaded, get it back to

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

you in a few days.

MR. COLLINS:  I'll come back and get it. Because I'm probably go talk to my lawyer today, just because --

DETECTIVE KOEPSELL:  Okay.

MR. COLLINS:  I mean, I ain't do shit.

DETECTIVE KOEPSELL:  No, no, no, no, no.  Yeah.

MR. COLLINS:  I know I'm okay.

DETECTIVE KOEPSELL:  Yeah.

MR. COLLINS:  But I'm just going to do that.

DETECTIVE KOEPSELL:  We want to respect you so we'll just write a paper on it.  And we'll get it downloaded and then --

MR. COLLINS:  So I -- okay.  What you saying --

DETECTIVE KOEPSELL:  -- we're going to leave you a business card.

MR. COLLINS:  -- I can either --

DETECTIVE KOEPSELL:  Yeah.  We'll --

MR. COLLINS:  I'll give it to him.  Because I know you all going to want to talk to me later.  I'm going to give him the card.

DETECTIVE ROBLES:  Why do you think I want to talk to him?

DETECTIVE KOEPSELL:  You're going to --

MR. COLLINS:  I said you all -- I know you all

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

432996 Interview with Calvin                    Page 163

going to want to fucking look -- talk to me probably again one day.

DETECTIVE ROBLES:  For what?

MR. COLLINS:  The fuck?  This shit.  I don't --

DETECTIVE ROBLES:  I already talked to you about it --

MR. COLLINS:  Oh, well, you know, I --

DETECTIVE KOEPSELL:  Where do you -- where do you think we could find Keith?

MR. COLLINS:  I don't know.  They young.  They do what they want to do.

DETECTIVE KOEPSELL:  Where does -- where does he normally lay his head at?  Like, just based off what you know?  Does he stay with his mom?  Is he close with his mom or close with his dad?

MR. COLLINS:  He lives with his momma.  He lives with his momma.

DETECTIVE KOEPSELL:  --

DETECTIVE ROBLES:  Does he have brothers?

MR. COLLINS:  We got other little cousins, but they young.  Everybody younger.

DETECTIVE ROBLES:  What about -- what is it, Marquan (phonetic)?

MR. COLLINS:  They young.

DETECTIVE ROBLES:  Like, how young?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

DETECTIVE KOEPSELL:  Like, they don't have their house?

MR. COLLINS:  I mean, yeah, they don't -- he can't come -- can't talk to them for nothing.

DETECTIVE ROBLES:  Oh.

MR. COLLINS:  They young.

DETECTIVE ROBLES:  You don't think they know?

MR. COLLINS:  They young.

DETECTIVE KOEPSELL:  But if they -- if he were to lay his head somewhere, it'd probably be at his mom's house?  If it's not just with a random, like --

DETECTIVE ROBLES:  Like, he's not at Jabari's (phonetic), right?  Like, he doesn't stay with you or anything like that?

MR. COLLINS:  Yeah.

DETECTIVE ROBLES:  I mean, I wouldn't think --

DETECTIVE KOEPSELL:  Sometimes they live -- you know, like, people will live with their aunts or, you know, a cousin because they don't stay with their parents.  You know, they have, you know, their issues. So you would think his mom, if anything?

MR. COLLINS:  I just pray for the best -- girl dead -- so that's dead.  Now it's just she's got a little life -- I just don't get it.  It don't make

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

sense, bro.

DETECTIVE KOEPSELL:  Sometimes things aren't supposed to, like, make sense.  There's really no, like -- because the answer is just -- it's too, like, crazy to fathom.

MR. COLLINS:  This one, you won't -- probably never -- probably die not understanding that.  You not even going to get it.

DETECTIVE ROBLES:  Oh, no.  I'm going to understand it.

MR. COLLINS:  He -- yeah.  Yeah.

DETECTIVE ROBLES:  I'm going to --

MR. COLLINS:  Me.

DETECTIVE ROBLES:  Oh, you.  You, you.  Yeah. Yeah.  Yeah.

MR. COLLINS:  Personally, me.  I'm talking about --

DETECTIVE ROBLES:  No, I don't think -- I don't think you would wrap your head around it.

MR. COLLINS:  Yeah.  I know you all are going to do whatever -- I'm talking about me.  I just --

DETECTIVE ROBLES:  No, I don't you will.  I don't think you will.

MR. COLLINS:  I don't want this, bro.  I'm trying to --

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

DETECTIVE ROBLES:  I don't think you will.

MR. COLLINS:  -- stay out here.  You all -- you all ain't never seen me.

DETECTIVE KOEPSELL:  -- right?

MR. COLLINS:  --

DETECTIVE ROBLES:  I hope I never seen you again.

MR. COLLINS:  You wouldn't.  Like, this isn't --

DETECTIVE KOEPSELL:  Yeah.

MR. COLLINS:  Yeah, this is not -- this is not me.  Like, it don't even make sense to -- for it to be something.  It don't make sense.

DETECTIVE ROBLES:  Yeah.

MR. COLLINS:  To be here for not making sense.

DETECTIVE ROBLES:  I get it.

MR. COLLINS:  Don't even make sense.

DETECTIVE ROBLES:  But you know what, man?  I mean, obviously she's not here to thank you because obviously she's no longer with us, but I'm sure that, you know, Honey D would be, you know, very thankful that the fact that you're talking to us and doing as much as you can to help her out.  And I mean, I know you know it's the least that you can do, man.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

So I think you can walk out of here with your head high, knowing that, you know -- take pride that you did everything you can to help her and you're cooperating as much as you can for us to do our job. I really appreciate that. I know that that is something that she -- you know, she probably takes -- you know, she probably would appreciate that.

MR. COLLINS: It's God's hands, bro --

DETECTIVE KOEPSELL: Is she married, or --

MR. COLLINS: Thank God -- like you said, it's, like, look, I got to just kiss my kids.

DETECTIVE KOEPSELL: Yeah. Does she have kids?

MR. COLLINS: Not that I -- probably not.

DETECTIVE KOEPSELL: Not that you know of.

DETECTIVE ROBLES: Does she -- does she have a boyfriend or a husband or anything like that, that you know of? Or, like, a lover?

MR. COLLINS: Probably. Who knows? They all --

DETECTIVE ROBLES: She's -- is she a lesbian? She's not a lesbian?

MR. COLLINS: I mean --

DETECTIVE ROBLES: Yeah.

MR. COLLINS: -- man, I don't know.

DETECTIVE ROBLES: All right, man. You got --



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

DETECTIVE KOEPSELL:  No.

DETECTIVE ROBLES:  You got any other questions for me, man, or anything like that?  So how do you want -- do you want us to give you a ride?  You want to get -- how do you want to do this?  It's up to you.

MR. COLLINS:  --

DETECTIVE ROBLES:  Huh?

DETECTIVE KOEPSELL:  We can give you a -- we can give you a ride.

DETECTIVE ROBLES:  We can give you a ride, if you want.

DETECTIVE KOEPSELL:  Come on.  There's a deputy in the back.  He's been waiting here on you.

DETECTIVE ROBLES:  It's completely up to you, man.

MR. COLLINS:  You can drop me off somewhere in the neighborhood, I guess.

DETECTIVE ROBLES:  This is my business card, okay?  You can reach out to me if you have any questions, anything, if you want to have another chat.

DETECTIVE KOEPSELL:  We'll obviously have the car, okay?  We -- we're towing the car -- we're, you know --

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

DETECTIVE ROBLES:  We have to keep the car, because obviously we got to --

MR. COLLINS:  I know that.

DETECTIVE KOEPSELL:  So --

MR. COLLINS:  Oh, what?  Like --

DETECTIVE KOEPSELL:  So you'll take with you, I think your ID is in there --

DETECTIVE ROBLES:  And your cash.

DETECTIVE KOEPSELL:  -- and the money that, you know --

DETECTIVE ROBLES:  You got some cash in that folder, so --

DETECTIVE KOEPSELL:  That has nothing to do with --

MR. COLLINS:  What about my license?

DETECTIVE KOEPSELL:  Your license, I think, is in there.

MR. COLLINS:  Okay.  Yeah.  Yeah.  Yeah.

DETECTIVE KOEPSELL:  Yeah.  So you'll have your ID and your money, and then we're going to --

MR. COLLINS:  Bro, this is crazy.

DETECTIVE KOEPSELL:  -- we're going to keep the phone for now and then we'll --

DETECTIVE ROBLES:  Whenever I'm done with that, as soon as --

 MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

DETECTIVE KOEPSELL:  Yeah.

DETECTIVE ROBLES:  -- I can give it back, I will.

DETECTIVE KOEPSELL:  And I would say, give us a call in a couple -- like, we don't know how to get in -- how do we get in touch with you?

MR. COLLINS:  I told you, I'm going to give my lawyer the card.

DETECTIVE KOEPSELL:  Your -- okay.

MR. COLLINS:  -- because I -- you know, just -- yeah, I'm straight, but just --

DETECTIVE KOEPSELL:  Okay.

DETECTIVE ROBLES:  Yeah.  There's -- I get it.  I get it.  I get it.

MR. COLLINS:  I don't like to be tangled up.

DETECTIVE KOEPSELL:  Yeah, just give it -- yeah.

DETECTIVE ROBLES:  I get it.

MR. COLLINS:  I don't like to be tangled.

DETECTIVE KOEPSELL:  Yeah.

DETECTIVE ROBLES:  Yeah.  No, I get it.  And I think you got tangled today.  Like, somebody brought you into this trap.

MR. COLLINS:  Well, I ain't ever been in here -- this.

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

DETECTIVE ROBLES:  Yeah.

MR. COLLINS:  Why am I --

DETECTIVE ROBLES:  Well, I hope you never come back into this.

MR. COLLINS:  Bro, I'm not.  I was never trying to -- bro.  I don't even --

DETECTIVE ROBLES:  Yeah.

MR. COLLINS:  Bro, this is bullshit, bro.

DETECTIVE ROBLES:  Yeah, I get it, man.

MR. COLLINS:  This is bullshit, bro.  It don't make no sense.

DETECTIVE ROBLES:  Yeah.

MR. COLLINS:  It's really -- yeah, I just want to, man, I don't know, just go.

DETECTIVE ROBLES:  Yeah.  I get it.  All right, man.  Sounds good.  So again, do you want us to take give you a ride or --

MR. COLLINS:  You all can --

DETECTIVE ROBLES:  -- or you want to --

MR. COLLINS:  -- drop me off somewhere by here.

DETECTIVE ROBLES:  Yeah.  That's fine.

DETECTIVE KOEPSELL:  Yeah.  You can give the deputy, like, an address -- he works in that area, so --

DETECTIVE ROBLES:  He can probably just drop

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     www.**MILESTONEREPORTING**.com     **Toll Free 855-MYDEPOS**

you off in the corner there.  You can drop that in

trash.  Yeah, man.  It'll be good.  If you want to

take a water, that's fine.

MR. COLLINS:  All right.

DETECTIVE ROBLES:  Yeah.

MR. COLLINS:  I can use the restroom before we

leave?

DETECTIVE ROBLES:  Yeah.  Yeah.  Yeah.  Go

ahead.

MR. COLLINS:  I'm going to -- I'm going to

throw this away for you.

DETECTIVE ROBLES:  Yeah.  Yeah.  Yeah.  If you

don't mind.  Yeah, I would appreciate it.

Let's go back.  Let's go.

(End of recording.)



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

CERTIFICATE OF TRANSCRIPTIONIST

STATE OF FLORIDA

COUNTY OF ORANGE

I, the undersigned, certify that I was authorized to and did transcribe to the best of my ability the foregoing audio provided to me by the Offices of Milestone Reporting Company, Inc., and that the transcript is a true and accurate representation of the recording as heard by me.

I further certify that I am not a relative, employee, attorney or counsel of any of the parties nor am I a relative or counsel connected with the parties' attorneys or counsel associated with the action, nor am I financially interested in the outcome of the action.

Submitted on: February 18, 2026.

_____

JACLYN BOLINSKI



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.**MILESTONEREPORTING**.com        Toll Free 855-MYDEPOS

| | | | |
|---|---|---|---|
| **$** | **2** | **5** | 100:4 |
| **$1** 71:18 | **2** 5:7,10,12 | **50s** 31:3 | **across** 26:2,15 79:22 |

---

**$**

**$1** 71:18

---

**1**

**1**
4:2,7,10,14,18,23,25
5:16,18,22,25
6:3,6,10,15,18,21
7:5,9,13,20,24
8:1,3,6,8,10,13,18,21,25
9:2,4,7,9

**10:00** 83:2

**10:00s** 83:4,6

**10:30** 83:1

**100** 77:4 81:23 96:19 149:6 156:7,21

**11:00** 87:12

**11:10** 87:12

**11:13** 82:23,24

**11:14** 87:6

**12** 145:19

**1247** 12:7,8

**17** 31:9

**18** 31:9 33:7 53:4 137:16 145:12,14 173:19

**18-year-old** 126:7 139:2 148:22

**19** 53:4

---

**2**

**2** 5:7,10,12

**2026** 173:19

**22** 50:5

**23-011740** 1:1

**2327** 12:13,14

**24** 158:18

**2500** 1:6

**28-year-old** 152:7

**292** 12:5,6

---

**3**

**3** 72:12,14 73:4,10,17 74:3,6,15,17,21,23,25 75:2,4,7,10 77:9,14,21,25 78:3,7,15,19

**30** 15:12 27:3 55:22,25 82:2,17,18 86:25 87:1,3 128:25 139:20

**32804** 1:7

**34** 11:23,24 19:6 33:7

---

**4**

**4** 3:3

**40** 56:3 64:12 87:3

**407** 12:5

**40s** 31:3,4,5

---

**5**

**5**

**50s** 31:3

---

**6**

**6114** 22:8 84:23

---

**7**

**7-Eleven** 152:9

---

**9**

**911** 36:8,12 66:9 82:22,23 87:5 104:4 107:6

**9-30-88** 11:21,22

---

**A**

**ability** 173:7

**able** 41:4 115:7

**academy** 45:4,17

**accident** 96:6 99:1 101:8 112:23 114:15,18 118:15,19 125:13,25 126:1,8 137:14 138:16 139:4,13 148:5 157:2

**accidentally** 149:18

**accurate** 161:17 173:10

**accuse** 97:21

**acknowledge**

---

100:4

**across** 26:2,15 79:22

**acted** 37:15

**acting** 42:19 62:16 143:11

**action** 173:16,17

**actual** 52:7 57:3

**actually** 10:25 77:25 149:13

**additional** 79:2

**address** 12:9,10 59:12 79:24 171:23

**afford** 14:16

**afraid** 108:8,17 110:5,7 122:4 149:20 154:11

**afro** 53:5

**against** 14:14

**age** 30:25

**ago** 57:8,25

**ahead** 7:10 48:25 66:22 86:19 139:22 140:5 172:9

**ain't** 4:4,5,18,21 6:24 7:22 11:10 16:13,14 17:9,14 22:17 24:20 28:3 31:24 33:16 35:8,11,13



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    **www.MILESTONEREPORTING.com**    Toll Free 855-MYDEPOS

36:1,24
37:9,13 38:22
39:25 40:22
41:3 42:2
49:18,19 59:19
62:15 63:9
65:20 72:21
73:2 87:21
93:10 95:9,14
97:24 98:21
99:13,14,20,22
102:11 103:25
105:17,18
114:6 123:16
124:23 128:12
131:7 132:5,25
133:18 135:6
136:14,22
140:13
142:3,13,18
143:19
150:9,13,25
151:6,7 162:6
166:3 170:24

**AK** 158:5,12

**alive** 137:8
144:24,25
145:6

**all's** 132:20

**already** 12:22
67:24 68:1,14
70:1,3,14,17
94:18 96:1
120:13,14
129:2 148:13
163:5

**am** 18:18 36:16
40:6 74:3
127:23 128:19
171:2

173:13,15,16

**amped** 131:9

**Angel** 26:16

**Angels** 25:24
79:14,16 80:8

**angles** 130:20

**answer** 134:14
147:13,19
148:11 157:3,4
165:4

**answered** 158:22

**answers** 148:8
155:16 158:21

**anybody** 60:19
61:24 109:7
149:25

**anyone** 14:20,21
21:8 157:7

**anything** 9:4
13:1,2
14:13,21 24:11
32:2 40:22
47:20 51:5
59:17 60:24
61:22,25
62:10,19 63:10
64:18 65:20
72:18 75:24
76:10 102:19
113:3
121:19,20
123:21 124:11
135:5
148:19,21
149:8
159:1,3,21
160:24,25
164:15,22

167:16
168:3,21

**anywhere** 53:3
122:18

**apartment** 12:17

**apologize**
8:15,16 41:19
42:4

**app** 57:6,10

**appreciate**
4:17,21
10:18,21,23,24
11:1,15 12:3
35:3 48:19
68:20 69:16,17
71:21 78:22
94:17 167:5,7
172:13

**approximately**
81:25 82:19
86:22

**AR** 158:5

**area** 58:23
79:20 171:23

**areas** 79:9

**aren't** 37:21
165:2

**argue** 100:1

**arguing** 123:24

**argument** 27:12
100:7

**armed** 22:2

**arrested** 37:19

**arrived** 61:19

**arrow** 89:11

**ass** 21:17

**associated**
28:11 173:16

**assume** 92:5
129:6

**assuming** 22:1
51:12 59:5
79:19 81:11
88:8 134:2

**attorney**
14:15,17
173:14

**attorneys**
173:16

**audio** 1:3 173:8

**aunts** 164:19

**authorized**
173:6

**Automatically**
138:9

**autopsy** 38:12
115:17

**away** 137:21
146:20 159:3,4
172:11

___

B

**bad** 104:17
139:21

**bag** 77:23
78:4,19

**Balboa** 22:13
23:7
85:4,5,7,10
88:17 89:7
90:8,10,11,13,
16,17,19,20


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

91:11,12
92:1,2,3
93:16,20

**ball** 71:21
152:18

**balls** 151:11,17
153:10

**bam** 126:2

**barely** 36:24

**based** 81:8
163:13

**basically** 68:2
74:8 111:18

**bathroom** 5:19
6:12 7:7

**beads** 53:15

**bear** 90:15

**beat** 121:2
126:10 150:2

**bed** 40:20 41:3

**beginning**
148:23

**behind** 21:22
55:11,12,13,14
64:10,11
66:2,4
109:24,25
113:2 115:1
120:15 141:24
142:1 145:5,6

**believe** 46:15
79:4 93:25
94:1 104:13
131:23 138:15
156:22

**belong** 56:18

**best** 34:12
158:20 161:17
164:23 173:7

**bet** 139:14

**better** 126:16
140:12 148:16

**bigger**
31:11,12,13,14
,15 45:19

**bit** 52:24 65:8
66:5 76:23
143:9

**bitch** 36:2
128:24 148:6

**Black** 153:13

**blast** 126:3
149:14

**blasted** 44:17

**bleeding** 16:13
38:12 44:18

**blew** 100:19

**blood** 44:19
45:7,8 75:20
76:8 122:1
132:9,12

**blooded** 128:24

**blow** 129:1

**blurry** 135:20

**body** 45:9

**BOLINSKI** 173:24

**Bolling** 88:13
90:24

**bolts** 149:19

**boom** 16:4 18:16
21:14,16,19,21

,24,25 25:3
65:4 96:9
112:19 114:5
141:6,14
142:14 157:19
158:15 160:8

**bother** 4:4
131:17

**bothering**
131:13,20

**bottle** 5:23 9:5

**bounce** 138:13

**bounces** 136:7

**boxers** 71:8

**boy** 50:10

**boyfriend**
167:16

**boyfriends**
62:10,12

**break** 15:2

**breather** 23:24

**bring** 9:5
107:9,23
161:24

**brining** 10:3

**bro** 5:3,5
6:15,23,24,25
7:2,3,8,14,15,
16,17,22,23,25
8:3,22,24 9:11
10:16 16:13
17:4,10,13,14
18:16,25
19:6,8,12
21:14 22:22
24:2,6,7

25:4,5 27:2,4
31:7
32:11,13,16
33:18,20
34:7,22,23,25
35:2,12,13,22,
25 36:4
38:3,15,22,23
39:1,14
40:5,6,12,13,1
4,15,25
41:3,4,12,18
42:9
43:7,10,11,14,
15 47:15
48:3,4 49:14
50:2,3,11,16,1
8,19,20
52:8,9,13
56:14 59:21,22
60:1,4,7,10
62:5 63:9
66:14 67:3,12
69:18 72:4
76:5,12 77:2
93:22 95:7,14
97:14 98:6,20
100:21,25
101:3,6,9
103:18,25
106:2
107:20,25
108:6,13 109:7
110:7,14
114:23
116:1,4,8,11
117:3,9
118:24,25
119:4 123:14
124:8 126:23
127:22 129:5


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**
**407.423.9900**    www.**MILESTONEREPORTING**.com    **Toll Free 855-MYDEPOS**

131:23 132:5 133:21 135:20 136:1 140:13 141:21 143:15,20 144:8 149:23 152:25 155:12 157:17 165:1,24 167:8 169:21 171:5,6,8,10

**brothers** 163:19

**brought** 13:14,17 170:22

**buccal** 74:7 138:4

**buccals** 70:6 74:5

**build** 53:3

**bullet** 36:22 95:20 96:17 110:20,23 119:14,22 120:2,6,24 122:13 145:8 149:4,5,7

**bullets** 117:20 143:24

**bullshit** 24:2 33:22 152:20,22,25 171:8,10

**Bundy** 148:21

**buried** 154:18

**burn** 77:13

**burned** 76:22

**burning** 76:10,17 77:7

**bush** 126:10

**business** 57:3 162:16 168:19

**busted** 25:1

**buy** 4:20

**Buys** 92:24

───────────
C
───────────

**cake** 49:20

**calm** 8:3 42:21

**Calvin** 1:3 2:5 5:16 9:14,17 11:16,17,24 12:2,4,9 13:11 14:25 16:21 17:6 34:8 36:5 38:24 40:10 47:8 75:13 94:15 95:12,18 96:21,22,23 97:4 101:17,21 102:12,16,18 105:3 110:13 116:15 117:15,19,22 127:12 128:17 133:2 136:5,16,18,25 137:10 139:12 144:23,24 145:16 161:15

**capped** 46:2

**car** 13:18 19:25 20:21 21:1 22:8 27:15 35:6 36:23

37:6,7 43:11,14,19 44:19 50:18,19,20 53:23 54:24 55:3,18,19,22 56:17,18 57:14,15,19 60:23,24 61:1,14,20,21,25 64:13,14,15 65:25 66:8,10 67:6 70:10 84:23 88:11 89:5,7,8 92:23,24 96:14,17,19 109:19 111:22 112:7 115:8 119:14,19,22,23,24,25 120:1,2,3,6,8,9 122:8,17,19,24 123:1,5,9 130:5,12 131:2 132:11,16 139:20 140:25 141:1,7,8 142:10,21 143:8 144:8 145:22 149:6,7 160:9,15 168:24 169:1

**card** 162:16,21 168:19 170:8

**care** 12:25 97:17 102:21 118:4,7 119:25 120:2

**cares** 121:8

**Carlos** 2:3 10:11

**carry** 122:20,21 142:20

**carrying** 158:10

**case** 1:1 15:9 22:23 25:7 46:9,14 47:24 104:10

**cash** 169:8,11

**casing** 76:10,22 77:13 120:8,9,23 122:12,14,17,19 123:1,6,7,9 142:10,15 149:9 156:13 158:16

**casings** 142:16,20

**Castle** 26:20

**catch** 122:5

**caught** 35:24 110:20 152:12

**CENTRAL** 1:5

**certain** 41:14 130:19,20

**CERTIFICATE** 173:1

**certify** 173:6,13

**charge** 99:15

**chat** 168:22

**cheating** 112:13


MILESTONE │ REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

**check** 121:11

**cheek** 74:11

**Chelsey** 2:4
10:11

**Child** 79:14

**childcare** 25:24
79:17

**children** 43:18
145:13

**chill** 6:3 33:23
54:3

**chilled** 27:7

**chilling** 33:22
35:22 59:7
84:1 93:22
114:11 133:17

**chipped**
73:15,16

**chose** 138:13

**Christmas** 57:25
58:1,2

**church** 23:23

**circles** 83:25

**clean** 119:23,25
149:7

**close** 22:13
28:24 29:1
135:15 163:15

**closer** 73:17

**close-up**
73:6,10 75:5

**clothes** 70:2,4

**clothing** 53:2
74:20,22

**clue** 102:20
114:4 120:22
143:7

**coat** 4:21

**coerced** 14:22

**coherent** 47:12

**cold** 4:5,7,8,11
8:20 13:3,4,5
40:19 41:3
128:23 134:13
138:23

**cold-blooded**
130:10

**collect** 71:6
72:8 73:7

**Collins** 1:3 2:5
4:4,8,12,17,20
,24
5:2,8,11,14,17
,21,23
6:2,5,8,11,17,
20,22
7:6,11,14,21,2
5
8:2,4,7,9,12,1
5,19,22
9:1,3,5,8,10,1
5,19,23
10:5,15,19
11:8,10,13,16,
18,21,23
12:1,2,5,7,10,
13,15,18,22
13:3,15,19
14:4,19,23
15:5,8,11,17,2
1 16:11,16,23
17:1,4,9,13,18
,21,24

18:3,6,11,13,1
8,24
19:3,5,8,10,16
,20,24
20:4,11,14,18
21:1,3,9,11,17
,19,21,24
22:3,5,11,14,1
7,21
23:2,6,12,16,1
9
24:2,5,14,18,2
0,25
25:4,8,15,17,2
0,25
26:7,10,15,19,
21
27:1,9,14,19,2
1,25
28:3,7,14,18,2
1
29:1,3,7,9,11,
16,20,22
30:1,4,6,9,12,
14,17
31:1,4,7,9,12,
15,18,22,24
32:4,8,11,16,2
5
33:6,10,13,15,
20,25
34:4,20,22,25
35:4,8,11,19
36:10,16,19,24
37:3,9,13,23
38:2,5,10,15,2
2
39:1,4,11,16,2
3,25
40:4,9,12,18,2
5

41:2,7,10,14,1
7,21,23
42:2,4,7,9,12,
14,18,23
43:2,7,10,13,2
3 44:3,7,25
45:5,11,14,22
46:12,15,18,22
,25 47:4,14,21
48:1,7,13,17,2
2
49:2,5,9,12,16
,18,21,23
50:2,5,8,10,15
,18,23,25
51:3,6,9,14,16
,20,23
52:2,5,8,12,15
53:6,10,14,16,
22
54:10,12,15,18
55:1,4,7,12,16
,21,25
56:2,5,13,16,2
0,22,24
57:4,7,11,13,1
6,20,22
58:1,4,13,16,2
1,24
59:1,4,7,10,13
,21
60:1,4,6,9,12,
16,20
61:3,7,10,16,2
3
62:1,4,12,15,2
2
63:1,6,12,14,1
6,19,21,23,25
64:24
65:3,11,15,19,

 MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     **www.MILESTONEREPORTING.com**     **Toll Free 855-MYDEPOS**

25
66:3,5,12,14,17
67:2,12,15,18,20,25
68:6,14,17,21,23
69:2,7,11,14,16,18,21
70:2,5,8,11,14,18,20,23
71:1,4,10,14,19,23 72:3,6,21
73:2,9,14
75:15,18,20,25
76:3,5,8,12,14,18,20,24
77:2,8
78:10,12,16
79:12,15,18,22
80:1,4,7,10,13,15,17,20,23
81:1,3,12,15,18,21
82:1,6,9,12,18
83:3,7,9,13,15,18,24
84:21,25
85:3,9,14,17,22 86:5,8,13,23
87:1,3,8,10,14,17,20,25
88:9,15,17,20,22,24
89:4,9,12,16,18,22
90:1,4,10,12,14,18,21
91:2,12,15,18,24
92:2,4,14,18,2

2,25
93:3,6,9,15,22,24
94:2,6,8,12,22,25
95:4,7,9,14,19,22
96:2,7,9,12,22,25
97:3,8,13,17,19,23
98:1,6,9,16,19,24
99:2,5,8,11,17,19,22
100:2,6,8,15,18,21,25
101:3,6,9,11,15,19,25
102:2,5,8,11,17,22
103:1,3,5,7,10,12,15,17,20,22,25 104:19,24
105:5,9,17,21,24
106:2,12,14,17,19,21,23
107:2,11,19,25
108:2,5,11,21,24
109:2,5,10,16
110:2,7,11,14
111:2,4,8,11,24 112:2
113:20,24
114:2,7,9,11,16,19,22
115:2,7,11,14,19,23
116:1,4,7,10,1

4,25
117:2,7,12,19
118:2,5,17,20,23
119:3,6,12,15
120:20
121:12,19
122:15,22
123:3,8,14,16,21 124:1,8,23
125:7,10,16,19
126:11,13,18,21
127:2,5,10,17,20
128:1,4,7,9,12,14
129:4,7,12,14,17,22
130:1,14,17,24
131:3,7,10,13,18,22
132:3,17,19,23
133:4,8,12,15,18,21,25
134:4,9,16,20,24
135:1,3,6,11,14,16
136:1,3,9,12,14,17 137:2,9
139:17,19,24
140:2,6,10,13,19,23
141:6,13,16,20,24
142:2,6,11,13,17,23
143:15,18,23,25
144:5,8,10,13,

16,19
145:1,3,9,11,15,18,21,24
146:3,7
147:2,7,11,15,24 149:22,25
150:8,13,15,19,22,25
151:6,10,15,24
152:3,5,14,16,20,22,25
153:6,8,11,20,22
154:1,3,8,23
155:4,6,8,12,15,17,20,22
156:1,6,8,11
157:10,12,17,21
158:6,8,11,15
159:5,7,10,12,18,22
160:11,14,17,20,23
161:1,7,12,18,22
162:2,6,8,10,14,17,19,25
163:4,7,10,16,20,24
164:3,6,8,16,23
165:6,11,13,16,20,24
166:2,5,8,11,15,17
167:8,10,13,18,22,24
168:7,17
169:3,5,15,18,21



MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      www.**MILESTONEREPORTING**.com      **Toll Free 855-MYDEPOS**

170:7,10,15,19,24
171:2,5,8,10,13,18,20
172:4,6,10

**Colonial** 1:6
23:17 84:13

**color** 158:25

**comes** 55:10
122:13

**coming** 16:7
20:5 21:22
22:21 34:6
45:8,21 64:23
82:22 86:6
89:6,7 144:13

**committed** 126:8

**communicated**
159:17

**company** 56:23
173:9

**completely**
42:20 168:15

**complicated**
52:11

**concerned**
109:1,6,7,22

**concerts** 59:17

**confirm** 129:13

**confusing** 91:15

**connected**
173:15

**consequences**
137:25

**contact** 48:21

**continue** 65:1

**continues** 84:8

**control**
101:13,15
130:7

**cool** 6:12 68:16
70:1 83:16
98:16,20 146:8

**cooperating**
79:1 167:4

**cooperative**
75:12 94:16
120:12

**cop** 48:23 138:8

**cops** 137:18
138:19

**cordial** 6:8

**corner** 35:14
65:20 157:19
172:1

**correct** 11:4
100:1 129:3

**corroborate**
79:3 107:6

**Cortez** 85:15

**cost** 14:17

**could've** 36:19
43:10,13
143:15

**counsel**
173:14,15,16

**count** 71:10,12

**counted** 71:11

**county** 1:4
7:18,22,23

12:11,12 173:4

**couple** 10:22
11:3 25:1
57:21 79:2
82:13 102:8
120:3 121:23
170:5

**course** 69:9
81:6 135:9

**court** 14:13

**cousin** 7:16
15:12
18:7,9,20
20:12 24:13
27:9,18 28:3
29:22 32:12
33:16,21 37:17
43:23 44:12
52:25 53:1
54:2 63:5 85:2
104:18,21
113:12 120:24
122:7 135:25
138:12 143:10
150:5 153:12
159:18 164:20

**cousins** 163:20

**cousin's** 18:13
24:23 27:23
30:4,5

**crazy** 20:12,13
23:5 40:20
56:16 60:11,12
76:12 100:17
109:4 125:22
131:23 141:21
148:20 152:2
153:13,20
155:11,24

157:25 165:5
169:21

**criminal** 126:25
127:1

**CSI** 72:1,7

**cup** 9:7

**curious** 17:12

**curve** 151:11,16
152:18 153:9

**cut** 59:25

**cutest** 153:1

**cuz** 121:4
123:12

---

D

**dad**
28:8,10,11,14,17,25 29:1,23
30:24 62:23
64:3 163:15

**dad's**
28:4,5,8,12,15
29:5,11
30:8,25

**Daly** 88:13
90:23 91:8

**damn** 5:2 6:25
139:19 149:21

**dang** 81:6

**dark** 19:24 53:2

**daughters** 152:8

**day** 56:11 108:7
125:14 143:12
144:2
153:17,18,24,25 154:5 163:2



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.**MILESTONEREPORTING**.com          Toll Free 855-MYDEPOS

**daycare** 25:22

**days** 162:1

**dead** 39:24
113:21 120:17
138:8 149:14
152:13 156:21
161:10 164:24

**deal** 8:9 35:4
156:4

**December** 58:8

**decent** 84:4
156:24

**decided** 121:10
138:10

**decision** 124:20

**D-E-E** 49:17

**Degree** 29:8

**demeanor** 131:12

**deputies** 61:18
104:5

**deputy** 5:12
168:13 171:23

**destroyed** 115:5

**detective** 2:3,4
5:18
9:14,16,18,21,
25
10:2,4,7,17,21
11:9,12,14,17,
19,22,24
12:2,6,8,12,14
,16,19,23
13:5,6,10,11,1
7,20,21,23
14:1,2,5,20,24
15:7,10,16,20

16:10,15,17,24
17:2,5,11,15,2
0,22
18:1,4,9,12,17
,19
19:2,4,7,9,13,
19,22
20:3,8,13,16,2
3
21:2,7,10,15,1
8,20,22
22:1,4,6,12,16
,18,24,25
23:4,10,14,17,
20
24:3,10,16,19,
22
25:2,6,7,9,10,
12,13,16,18,23
26:5,8,11,13,1
7,20,24
27:6,12,17,20,
23
28:1,5,10,12,1
6,17,20,23,24
29:2,5,8,10,13
,14,18,21,24
30:2,5,7,10,13
,15,18,19,21,2
2,23
31:2,5,8,10,13
,16,19,23
32:1,5,6,9,14,
20
33:2,8,12,14,1
9,24
34:2,8,21,24
35:3,6,9,17
36:5,11,14,15,
17,18,21
37:1,5,11,14

38:1,4,9,11,16
,24
39:3,9,10,15,2
0,24
40:2,7,10,16,2
3
41:1,5,8,13,16
,19,22,25
42:3,6,8,10,13
,15,19,25
43:6,9,12,16,2
0,24 44:4,8,9
45:2,6,13,15,2
3
46:13,17,21,24
47:2,5,16,23
48:6,8,15,19,2
5
49:3,7,10,13,1
7,20,22
50:1,4,7,9,12,
17,21,24
51:1,4,8,10,15
,17,21,25
52:3,6,10,14,1
7
53:8,12,15,18
54:8,11,13,16,
23
55:2,5,9,13,17
,24
56:1,3,12,15,1
7,21,23
57:2,5,9,12,15
,18,21,23
58:2,6,14,18,2
2,25
59:2,5,8,11,14
,23
60:2,5,8,11,13
,17,21

61:5,8,12,17,2
4
62:3,6,13,16,2
3
63:2,10,13,15,
17,20,22,24
64:1,2,3,4,5,1
0,11,19
65:1,10,14,18,
23
66:1,4,7,13,16
,19,21,22,23,2
5
67:4,14,17,19,
21,22,23,24
68:1,3,9,16,19
,20,22,24
69:3,5,6,8,10,
12,15,17,20,22
70:4,6,9,12,16
,19,21,25
71:2,5,12,15,2
0,24
72:5,7,13,15,2
2 73:3
74:1,5,13,16,2
0,22,24
75:1,3,6,8,11,
17,19,22
76:1,4,7,9,13,
16,19,21,25
77:3,12,19,22
78:2,5,8,11,13
,17,20,21
79:13,16,19,25
80:2,5,9,12,14
,16,19,22,24
81:2,6,13,16,2
0,22
82:4,7,10,16,1
9,23,25



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    **www.MILESTONEREPORTING.com**    **Toll Free 855-MYDEPOS**

83:6,8,10,14,16,19,21
84:2,5,7,9,10,11,12,16,17,18,19,22
85:1,5,7,8,11,12,15,19,24,25
86:1,2,6,9,10,14,17,19,20,24
87:2,4,9,11,15,18,23
88:1,10,16,19,21,23
89:2,5,10,13,17,20,25
90:3,7,11,13,15,20,22,25
91:3,4,5,7,11,13,17,20,21,22,25
92:3,5,7,9,15,19,23
93:1,4,8,12,17,18,23,25
94:3,7,10,14,23
95:2,5,8,11,15,21,25
96:3,5,8,10,15,24
97:1,4,9,10,11,15,18,21,25
98:5,8,12,17,22,25
99:3,7,10,16,18,21,25
100:4,7,10,12,16,19,23
101:1,4,7,10,14,17,20,21,23
102:1,3,6,9,10

,12,13,15,18,23
103:2,4,6,8,11,14,16,19,21,23
104:1,2,4,12,13,16,20
105:1,2,4,6,7,8,10,11,12,19,23,25
106:4,13,16,18,20,22,25
107:3,12,22
108:1,4,8,14,16,22,25
109:3,8,13,17,18,20,21
110:3,10,12,16
111:3,6,9,15,16,25
112:3,4,5,6
113:22,25
114:3,8,10,12,18,21,24
115:3,9,13,15,20,25
116:2,6,9,12,15
117:1,4,5,10,14,20,21
118:3,7,18,21
119:1,5,10,13,16 120:21
121:13,20
122:11,16,23
123:4,10,15,18,23
124:3,5,10,12,25
125:2,4,8,11,17,20,21,24

126:12,15,16,20,23,24
127:3,4,7,8,9,12,14,16,18,23
128:3,6,8,10,11,13,16
129:6,10,11,13,15,19,21,24
130:4,6,7,16,22,25
131:5,8,11,15,17,20
132:1,6,10,12,18,22
133:1,6,10,13,16,19,23
134:2,5,6,7,10,11,17,22,25
135:2,4,10,13,15,22
136:2,4,11,13,15,18
137:4,10,11,12,22,23
139:18,22,25
140:4,7,11,18,20
141:2,11,15,19,22
142:1,5,9,12,15,19,24
143:16,21,24
144:1,6,9,11,15,17,21,23
145:2,4,10,12,13,14,16,19,23,25
146:1,4,8,9,12,16,18,19,21
147:3,9,12,13,17,19,21,25

149:24
150:1,11,14,17,20,23
151:2,8,12,13,14,19,20,21,22,25
152:4,6,15,17,21,23
153:1,7,9,19,21,23
154:2,4,9,24
155:5,7,10,14,16,19,21,24
156:5,7,9,13,15,16
157:6,11,14,20
158:1,7,9,13,17
159:6,8,11,14,19,24
160:12,16,18,21,24
161:5,6,9,15,19,23
162:5,7,9,11,15,18,22,24
163:3,5,8,12,18,19,22,25
164:1,5,7,9,13,17,18
165:2,9,12,14,18,22
166:1,4,6,10,14,16,18
167:9,12,14,15,20,23,25
168:1,2,8,9,11,13,15,19,23
169:1,4,6,8,9,11,13,16,19,22,24



MILESTONE │ REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

170:1,2,4,9,12,13,16,18,20,21 171:1,3,7,9,12,15,19,21,22,25 172:5,8,12

**detectives** 39:17 95:23 104:7

**die** 136:24 137:1 143:11 165:7

**died** 141:21 143:7,15 147:23 150:3

**different** 107:9 126:22 127:19

**difficult** 94:11

**dignity** 128:3

**dip** 137:19

**direction** 66:11 89:8 119:21 141:22

**directions** 20:10 160:7

**disgusting** 52:1

**dispatchers** 94:10

**disrespect** 124:10

**distraught** 15:14

**division** 80:21

**DNA** 70:9,15 104:8

**doctor** 115:17

**document** 75:23

**dodge** 111:19

**dog** 5:2

**don** 16:16

**done** 33:5 38:12 44:2 94:15 106:8 107:24 112:5 121:15,18,21 135:8 169:24

**door** 65:24 67:6,7,8 107:14

**dot** 84:19

**doubt** 92:20

**dove** 16:14

**download** 107:5,8,17,23 161:23

**downloaded** 161:25 162:13

**dreads** 53:13,16,18

**drink** 6:13

**drive** 1:6 56:22 64:20 85:16 88:13 131:2

**driver** 54:25 63:24 64:6 70:10 101:20

**driveway** 51:20,21

**driving** 65:2,8 135:3 144:21

152:11

**drop** 15:23,24 27:8 52:24 53:24,25 54:1,5,14,20 56:10 161:2,3,5 168:17 171:20,25 172:1

**dropped** 157:8,15

**dropping** 54:3,18

**drove** 121:10

**duck** 141:6

**ducked** 64:21,24

**dude** 34:9 111:9 117:23 121:15 125:24 132:13 139:2 143:16

**dudes** 52:19

**dumb** 38:22 113:12 117:17,18,21 124:6 134:7 148:22 155:25

**during** 14:16

**dying** 135:20

---
E
---

**earlier** 99:12

**early** 56:13

**easier** 52:21

**easy** 8:4 105:6 153:7

**eat** 106:6 121:17 140:13

**EID#7206** 2:4

**EID#7877** 2:3

**eight** 57:24

**either** 90:22 91:9 96:3,4,20 100:16 107:16 118:18 124:12 126:5 148:2,3,4,5,9 162:17

**Elementary** 91:1

**else** 13:1 21:8 60:19 114:23 145:1,3

**emotions** 117:24

**employee** 173:14

**enemies** 133:2,20

**enforcement** 36:13 37:16

**entitled** 14:14

**especially** 48:9 52:18 108:19 119:19 138:19

**everybody** 18:24 19:15 39:5 47:21 48:1,4 56:25 94:2 127:15 135:18 140:3 154:9,10 159:10,12,13,23 163:21

**everybody's** 138:16



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      **www.MILESTONEREPORTING.com**      **Toll Free 855-MYDEPOS**

everyone 32:7 41:25 42:20

everything 79:3 94:15 104:9 106:9 112:25 114:20,23 135:7 136:6 137:7 140:16 143:2 147:8 161:16 167:3

everywhere 44:19 122:1,2 132:13

evidence 14:14 158:20

exactly 22:13 26:6 85:1 87:20 96:24 103:19 114:20 116:17 128:11,13 137:4 138:7

examine 115:18

example 44:14 47:7 61:8

Excuse 78:10

exited 65:24

expecting 24:17

experience 16:18 34:13

experienced 10:12 44:15 45:20

experiences 47:5

explain 20:9 42:21 104:6,14

136:8 138:22 150:18 154:14 156:23

explanation 149:4

eyes 104:15

---

F

face 49:25 73:6,10 78:8

facing 61:17,18 89:8,10,11

fact 120:5,7 122:16 139:14 166:22

fair 126:25 127:9,10 129:18

familiar 88:14 102:13

family 17:25 18:2 30:21 32:6 33:21 47:19 48:21 51:2 52:20 67:10 105:14 107:1,20 108:9 118:4,7,11 139:7 152:10 155:5 161:9,10

family's 108:18

famous 18:5

fashionable 4:18

fat 31:17

father 110:22 113:11,16

143:22

fathom 165:5

fault 104:16,22 105:3,7,11 150:4,10 151:3,4,7

fear 45:19

February 173:19

feel 4:10,14 16:20 20:16 24:8 40:7 45:23,24 47:11,21,23,24 50:19 76:9,17 77:7 88:2 91:13 122:21 129:17,18,22 133:13 137:2 141:2,5 143:13 150:17,18,21,2 3,25 151:2,4,8 154:23

feeling 23:3,5 40:14 41:17 76:12 140:11,12

feelings 118:25

feels 76:24 152:19

felt 13:20,24 44:10 47:18 76:14 146:9

fight 137:22,23

fighter 137:24 138:11

fighting 137:20 156:23

figure 13:13 38:14,18 47:22 50:12 63:7 77:5 94:19 95:23 98:21 111:13 117:13 122:3,6 126:13 142:22 149:18

figured 79:8 96:1

fill 30:20

financially 173:17

fine 9:21 73:3 75:6,8 78:5,13 83:10 171:21 172:3

first 11:15 15:3,24 25:25 26:3 29:25 30:16 53:25 54:1,21,22 73:5 80:21 81:3,9,16,18 82:22,23 93:14 122:7 135:17 141:9,16 149:11 153:16 161:3,4,5

five 52:5,6 92:18 93:5

flight 137:22,23 138:13

flip 73:13,17,23

floor 10:24

FLORIDA 1:7



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

173:3

**foam** 11:9

**folder** 169:12

**food** 83:22
152:9

**forbid** 43:17,18

**foregoing** 173:8

**Forest** 26:17

**forward** 64:20

**freaking** 13:7
46:4 71:7
143:22

**free** 13:22,24
14:1

**freezing** 13:8

**fricking** 118:10

**friend** 17:25
18:1 39:22
43:14 54:17
56:19 98:7,10
102:21
103:13,15
104:3,5 106:10
112:20 113:3
114:12,13
118:12
120:15,16,17
126:9 135:23
136:14,22
138:8 139:11
145:6 147:23
148:25 149:21
150:3 154:5
156:25

**friends** 48:10
125:25 159:25

**friend's** 143:5

**friendship**
98:14

**front** 21:23
61:1 64:15
74:4 115:4,5
142:2,3

**fuck** 6:23
7:1,3,4 20:22
21:5 45:1
49:19 103:7
113:23 130:12
138:19 146:15
147:1 149:19
153:4 154:18
163:4

**fucked** 27:4
50:2,3 66:15
130:21 149:17
157:25

**fucking** 23:3
32:17 39:7,18
40:19 45:25
56:13 96:10
100:19,23,24
102:20 108:20
110:19,25
111:6
112:14,15,18,1
9,20,21
113:8,12,15
114:14,15
116:24 119:20
120:22 121:21
122:1,8 123:19
124:6,13,14,15
,21,22
125:14,17,22
126:1,2,3,6,7,
8 128:23

130:10,11
132:9,15 134:8
136:7,20,24
137:6,17,18,19
138:14,17,24
139:4,11,12
142:20 144:2
145:7
146:2,4,5,13,2
3,25
148:5,6,17,18,
19,20,24,25
149:4,14,17,19
152:11,12
154:11 157:25
163:1

**fucks** 145:9,11

**Fumbling** 146:1

**funny** 70:22

---

### G

**game** 96:25

**games** 46:2

**gangsters**
132:14

**gap** 33:18

**garbage** 22:23

**gas** 83:21 85:21

**gather** 22:19

**general** 150:15

**generation**
160:2,3

**gets** 55:9,18
86:15 121:25
132:15 135:23

**getting** 32:17
98:10 120:25

143:8 146:14
158:21

**giant** 74:8,9

**girl** 17:15
25:14 34:23
49:24 52:4
54:14,15 66:14
68:25 86:24
112:13 113:21
139:5 164:23

**girlfriend**
18:23 58:11

**girlfriends**
62:9,17,19

**girls** 153:2

**girl's** 110:19

**given** 78:24
120:13 121:9

**gives** 130:12

**giving** 49:13
64:6 117:5
120:5

**glasses** 37:6

**God** 43:17,18
66:8 121:2
145:1,3 151:20
167:10

**God's** 167:8

**gone** 92:12

**Google** 57:11

**Googled** 57:8

**gotten** 121:17

**grab** 78:18 82:8

**gray** 19:24


MILESTONE │ REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    www.**MILESTONEREPORTING**.com    Toll Free 855-MYDEPOS

**grew** 59:3

**ground** 137:6

**grown** 37:15 124:21

**guarantee** 121:21

**guess** 92:11 132:23,25 168:18

**guilt** 150:21,23 151:1,3

**gun** 35:7,8,10,21,24,25 36:2,3 68:4 72:21 73:1,2 96:11,13,18 99:4,7,8,12,14,15,22 100:24 110:19,25 111:7,10,16,20 112:16,18,19 113:12,15 115:18 116:24 122:13,20,21,24 123:19 124:14,15,21 126:1 130:23 134:8 135:2 140:22,24,25 141:10 145:7,11 146:6,23 147:5 148:24 149:17 158:1,3,6,7,8,24,25 159:1

**gunpowder** 68:13

**guns** 124:21 125:5,15,18 145:20

**gunshot** 18:14 21:17,18 99:10 135:9 158:2 160:9

**gunshots** 45:19,20 135:11,16 136:10 137:5 142:7

**guy** 36:22 38:20 95:16 113:14 119:18 124:19 126:3 132:15 150:5

**guys** 17:16 27:7 52:23 55:18,19 83:11,22,23 111:22 160:5

**guy's** 148:20

---

### H

**half** 143:9

**hand** 69:25 73:21 75:14 77:7,8,15 111:17 138:4 141:5

**handcuffed** 13:14

**handcuffs** 13:16

**handle** 72:17 151:23

**handled** 72:19,23

**hands** 68:13 69:4 72:12,13

**73:7,11 104:9 135:5 159:4 167:8**

**hang** 32:10 33:20 58:23 59:15 159:20

**hanging** 32:12

**happen** 65:23 66:10 101:9,11,12 111:14 125:13 130:15 138:10 139:13 154:7,8,12

**happened** 10:8,9 13:13 14:7,8 20:17,24 37:10 39:21 46:6 95:20 96:7 99:5 104:17 106:5 109:12 110:18,24 112:16,17,19 113:5 114:1,14,16,19 117:11,13 122:4,7 134:20,23 136:4 138:1,21 139:15 143:2,7 149:19 151:9 152:10 154:15,18 155:11,14,19 157:5

**happens** 34:11 125:20

**happy** 119:11

**hard** 104:21

105:13

**Harrington** 88:16 92:12

**Hasting** 25:23

**Hastings** 20:2,3,5 21:12 22:9,10,13,21 23:15,21,22 24:11,23 25:21 26:9 27:16 55:22,23 64:13 79:11 84:7,9,14 85:3,8 91:19,20 93:14,20

**hate** 136:3

**hated** 148:6

**hates** 139:12

**haven't** 38:11 42:18 122:12

**having** 18:21 104:21

**head** 45:5,25 100:20 110:23 112:18 113:9 120:10 122:1,6 126:4 129:1 132:15 135:23 138:18 149:14 163:13 164:10 165:19 167:2

**hear** 18:15 21:21,24 38:5 45:19 63:17 94:23 95:11,12 97:1,4 111:3 138:18 141:6

 MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

160:9

**heard** 25:3
46:10 52:7
99:10 131:9
135:8,9,18
137:5 151:24
152:1 158:2
173:11

**hearing** 45:20

**heart** 129:21

**hell** 13:13
33:11 111:18
114:1 121:3
122:3 125:13
143:7

**he'll** 97:21

**Hell** 22:3
144:15

**He'll** 5:13

**help** 32:23
37:16 48:3
68:5,10,11
79:2 121:20
150:20 154:5
166:23 167:3

**helpful** 79:9

**helping** 78:22

**helps** 22:19

**here's** 45:9
79:11 80:6
89:6 94:14
95:8,15 130:10

**hers** 110:24

**herself**
156:15,17

**he's** 9:11

16:3,11 18:21
20:13,20
27:10,21 28:3
29:22
30:3,5,23
31:1,2,7,8,18
33:3,6,7,21
37:17,18
47:1,2,8 53:3
55:10,14
62:13,16,17
63:7,13,16,24
64:5,6,14
67:10 75:11
78:17 98:18
100:16 102:25
104:21
111:6,7,9
112:7 115:23
123:18,19
124:12 131:5
134:7,9,12
137:15,16,17
139:2,5,6,7
146:19
148:3,17,18,20
,21
149:19,20,21
157:2,4 159:18
164:13 168:14

**hey** 4:4 5:18
9:13 33:3
36:11,17 39:5
43:20 47:8
53:20 60:3
88:4 94:4
114:14 121:14
128:21 137:25
138:13,23
139:2 142:11
145:23

146:15,24
147:3
148:2,4,17
151:21 154:17
160:10

**Hialeah** 22:7
84:24 87:19
93:21 157:6,15
160:6,10

**hide** 46:4
147:15,16

**hiding** 139:6

**high** 167:2

**highly** 92:20

**Hills** 91:1

**hips** 158:4

**Hispanic** 52:19

**history** 126:25
127:1,13,16

**hit** 112:19
113:23 139:5
148:19,25

**Ho** 9:21

**hold** 5:18 9:2
123:15 136:2

**hole** 120:10

**holes** 36:22
96:17 119:14
120:6,24 149:7

**holy** 45:24

**home** 5:5 8:24
20:5 27:4,5
35:4
107:8,11,13,25
108:12

**homegirl** 105:15

**honest** 13:7,8
40:13 87:5
134:10 141:17

**Honestly** 33:15
143:13

**Honey**
17:18,19,20,23
18:10 25:14
27:17 39:22
48:10,11
49:9,10,15,18,
22 52:4,22
64:10,11
79:7,8 100:1
102:4
133:16,19
166:21

**H-O-N-E-Y-D**
49:23

**hooked** 56:10

**hope** 154:20,21
166:6 171:3

**hopped** 53:23
65:7,10

**horrible** 152:17

**hot** 118:9

**hour** 40:5 77:4
143:9

**hours** 121:23
158:18

**house** 12:16,18
25:15,16,17,18
26:4
51:11,18,22,24
81:4,5,17,18,1
9,20 125:6



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    **www.MILESTONEREPORTING.com**    **Toll Free 855-MYDEPOS**

161:6,13
164:2,11

**houses** 26:1,2
65:17 85:24

**How's** 9:16

**huh** 4:19 5:22
53:23 70:25
72:6 168:8

**hurry** 66:17

**hurt** 20:14
60:1,4,6
75:17,18,24,25
113:4 130:3
133:3,23

**husband** 152:18
167:16

---

I

**I'd** 7:18

**ID** 169:7,20

**idea** 58:15

**identify** 43:25
48:11

**ill** 47:1,3

**I'll** 4:14,15,20
5:5,12,21,23
9:7 13:7 44:6
72:9 73:7
77:16,19 78:9
102:24 110:17
119:10 120:7
128:17 134:10
162:2,19

**I'm** 4:8,9,12,24
5:23,25
6:8,13,15,18
7:15,17,19

8:2,4,15,16,22
9:1,17 11:13
13:3,6,7,12
15:5,17,22,23,
25
16:6,12,14,19
17:11 19:6,8
20:1,6,11 21:4
22:1
24:8,14,16
27:15 28:7
29:1,12
33:7,25
35:15,19,22
37:1,4
38:6,9,22
39:11,18,25
40:1,6
41:1,5,6,8,12,
14,21 42:25
44:4,5,25
46:5,6,18 47:7
48:11,23,24
49:13,20,23
50:18,19,20
51:12
53:22,24,25
54:2,16,20
56:2,9 57:16
58:24
59:1,5,7,19,23
60:20 61:1,13
65:8
67:10,11,16
68:23 70:23
71:1,24 72:2
73:4,5,6,16,22
74:7,9,10,11,1
4,21 75:16
76:6 77:11
79:19 80:2

81:10 87:22
88:7 89:13
91:23 93:22
94:4,6,8,12,18
,24
95:2,5,9,12
96:2,13 97:5,6
98:3 99:6,23
100:10,12,13,1
5 101:13,15
102:13,17,22
103:20
105:19,20
106:17,23
107:15 108:12
109:2,6,11
110:7,8
111:13,25
112:10,11,12,1
3,14,15,24
114:3,8,21
115:9,24
117:2,7,12,19,
21
118:13,17,20,2
3,24 119:6
120:5
121:13,14,15,2
2 123:8 124:9
125:1,4,22
128:12,18,20,2
3 129:1,7
131:16
132:1,18,20
133:21 134:2
135:21 137:18
138:13 139:14
140:13
141:8,13,17,18
144:8 146:8,25
147:15

148:1,5,8
153:4,17
155:1,2,4,8
157:14 161:12
162:3,8,10,20
165:9,12,16,21
,24 166:20
169:24
170:7,11 171:5
172:10

**imagine** 44:20
132:6

**immediately**
120:23

**important** 43:25
44:1 102:16

**Inc** 173:9

**incident** 76:2
82:21 84:22
152:1

**inclining**
112:25

**INDEX** 3:1

**information**
64:7 72:9
78:24

**initials** 67:1,2

**injuries** 75:5
77:10

**inside**
55:2,10,19
74:10 96:18
119:8 120:8,9
132:10
156:2,12

**Instagram**
48:13,14,15,16



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    **www.MILESTONEREPORTING**.com    **Toll Free 855-MYDEPOS**

**instead** 112:20

**interactions** 47:17

**interested** 173:17

**INTERVIEW** 1:3

**introduced** 10:10

**investigation** 39:21

**involved** 61:6 64:17 94:20 97:6,16 116:19 120:14 148:13

**involving** 20:17

**isn't** 81:7 129:19 166:9

**issues** 18:22 39:5 164:22

**Italian** 132:14

**it'd** 164:10

**It'll** 172:2

**it's** 4:19 11:9 13:5 15:21 16:6,17 17:13 20:2,19,20,25 21:19 22:16,18 23:2,12,24 26:21,22 27:15,16 28:8 34:5 35:15 36:2 37:12 38:5 42:15

49:1,2,4,6,8,1 2,14 125:21 159:21,24

45:15 46:3,20 49:15 50:2,10 52:2,9,12,13,2 0 55:23,24 56:5,12,13,20, 24 58:23 61:5 65:5,8,11,12,1 5,21 66:12 69:7 71:5,16 80:19,23,24 81:3,4,5,11 82:14,15 87:21,22 89:18 92:6 96:3 98:20 99:20 102:1 104:16,22,24 105:2,3,6,7,21 106:2,3,6,11,1 3 108:5 109:21 112:2 113:6 116:2 117:14,15,16 122:19 123:2,14 124:18 127:10 128:21,23 129:7 130:18,21 132:4,5,12,13, 23,24 135:19,20 137:19,23 142:3,10 143:4 144:5 148:2,3,4,5,9, 25 149:2 151:1,6 152:14 153:7 154:4 155:15,24 157:25 158:19

164:11,24 165:4 166:24 167:8,10 168:5,15 171:13

**I've** 11:11 19:11 37:3 69:8 120:13 125:24 127:24 135:11,16 138:23 157:22

---

### J

**Jabari's** 164:13

**JACLYN** 173:24

**jail** 33:6,9 40:15,17,24 67:13 98:13

**job** 41:22 42:1 63:14 67:15 95:4,7 108:3 129:8 132:20 148:12,14 167:4

**jobs** 42:5

**joint** 27:3 82:13

**Juans** 52:19

**judge** 127:1

**judging** 121:22

**jump** 122:8

**jumped** 16:8

**justice** 154:17

---

### K

**Keith** 19:22 27:25 28:1

30:24 31:6 32:7 34:17 35:6,7,9 36:18 38:21,25 43:21,25 46:7 47:24 62:7 64:8,19 65:24 66:11 67:9 95:3,6,13,17 97:9,11,12 102:25 106:4,13 108:8,20 109:4,9,21 110:6,19,25 113:4,8 116:21,22,23 117:18 118:5,14 126:5 128:19 129:16 134:3,12,18 136:7 142:25 143:3 147:13,19,21,2 2,25 148:2 156:19,21 157:1,8 163:9

**Keith's** 30:8 64:3 105:14 159:2

**Kevin** 30:17,18,23,24 62:23 63:2,4,18 64:2,3

**kid** 19:8 27:21 121:16 125:12

**kids** 15:14 18:15,25 19:3 32:16,17,18



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    **www.MILESTONEREPORTING.com**    **Toll Free 855-MYDEPOS**

33:11,20
43:3,6,7,11
50:21,23,24
53:11 58:10
60:14,15
106:21 107:21
108:19,20,21,24
110:12,14,15,16,21 113:11,16
124:22
125:2,5,9,14,18 130:12
143:22,25
167:11,12

**kill** 128:24
133:11,24
147:5 148:7
149:12
156:15,16

**killed** 118:12
126:8 138:15
149:21
154:10,21

**killer** 128:24
130:11 134:13
137:19 138:23
148:17 149:11
157:3

**killing** 138:24

**kiss** 167:11

**knew** 89:24
112:22
138:6,7,9
142:17 143:13
148:15

**knowledge**
161:17

**known** 17:22

52:4 59:20

**KOEPSELL** 2:4
10:2
13:5,10,21
14:1
17:15,20,22
18:1,9,12
19:22
20:3,8,13,16,23
21:2,7,10,15,18,20,22
22:1,4,24
25:7,9,12
26:13 27:12
28:12,17,20,24
29:14,24
30:2,5,7,10,13,19,22 32:6
33:14
35:6,9,17
36:14,18,21
37:1,5,11,14
39:9,20,24
40:2,7
41:19,22,25
42:3,8,10,13,15,19,25
43:20,24
44:4,8
64:2,4,10,19
65:1,10,14,18,23
66:1,4,7,13,16,21,23
67:21,23
68:3,9,16,19,22 69:5,10
78:21
79:13,16,19,25
80:2,5,9,12,14

,16,19,22,24
81:2,6,13,16,20,22
82:4,16,19,25
83:6,8,10,14,16,19
84:2,7,10,12,17,19,22
85:1,7,11,15,24
86:1,9,17,20,24
87:2,4,9,11,15,18
88:1,10,16,23
89:2,5,10,13,17,20,25
90:3,7,11,25
91:3,5,11,13,17,20,22,25
92:3,5,9,15,19,23
93:1,4,8,12,17
94:7 96:5,8
97:10
98:12,17,22,25
99:3,7,10,25
100:4,7,10
101:10,20,23
102:1,3,6,9,13
104:2,12,16,20
105:1,4,6,8,10,12,19,23,25
106:4,13,18,20,22,25
107:3,12,22
108:1,4,14
109:18,21
110:3,10
111:16,25
112:3,5 114:24

115:3,9,13,15,20,25 116:2
117:5,20
122:11,16,23
123:4,10,23
124:5,10
125:2,21
126:16,24
127:4,7,9,14
128:6,10
129:11,13,15,21,24
130:6,16,22,25
131:5,17
132:10
133:13,16
134:6,11,17,22,25 135:2,4,15
137:11,22
140:18,20
141:2,11,15,19,22
142:1,9,12,15
143:24 144:21
145:13,25
146:9,16,19
147:9,13,19
151:8,13,20,22
155:5,7,10,14,16 156:15
157:6,11,14,20
158:1,7,9,13,17
159:6,8,11,14,19,24
160:12,16,18,21,24
161:5,15,19,23
162:5,7,9,11,15,18,24
163:8,12,18

 MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          www.**MILESTONEREPORTING**.com          **Toll Free 855-MYDEPOS**

164:1,9,18
165:2 166:4,10
167:9,12,14
168:1,9,13,23
169:4,6,9,13,1
6,19,22
170:1,4,9,12,1
6,20 171:22

---

### L

**lady** 43:13
46:10 68:18
138:15 152:6,7
154:17

**Lake** 12:10,12

**landmark** 23:23

**landmarks** 85:20

**last**
28:1,6,12,19
29:6,11,15,17,
18 30:11,12,15
66:20 71:8
72:19 73:1
120:16,17,18
143:4 154:19

**later** 162:20

**law** 36:13 37:15

**Lawndale** 85:16

**lawyer** 7:19
41:11 148:4
162:3 170:8

**lay** 132:20
163:13 164:10

**learned** 34:14

**least** 9:11
142:25 143:1
166:24

**leave** 4:20
13:25 16:14
70:24 71:1
103:22 108:10
136:24
137:1,20 148:1
162:15 172:7

**Legree**
29:7,9,10
30:13

**lesbian**
167:20,21

**let's** 10:15
45:14 172:14

**letting** 5:25
6:18 64:7

**license**
169:15,16

**licensed** 35:25

**lie** 22:17 123:2
136:5,6 157:17

**life** 18:22
34:14 39:1,5
98:14 110:7
130:20 131:24
135:24 136:7
139:3 150:15
151:10,14
152:14 153:12
157:22 164:25

**life's** 7:2
152:16

**lightheaded**
23:5

**lights** 25:1
120:22

**light-skinned**

49:24

**likely** 63:19
159:22

**list** 69:23

**listen** 7:24 8:1
41:7 81:22
95:19 98:20
128:19,20,21
129:1

**listened** 16:3

**listening** 38:6
95:10,14

**literally** 83:20
104:7,8 105:15
132:7 138:6

**little** 5:9
15:9,12 25:24
31:18 33:15
45:3 52:24
54:2 64:6 65:8
66:5 77:14
79:14,16
80:8,11,13,18
140:12 143:9
152:7,24 153:1
163:20 164:25

**live** 25:19
58:19,25 59:15
63:4 164:18,19

**lives** 26:6,8
51:13 60:18,19
79:21 157:8
163:16,17

**living** 16:21

**LOCATION** 1:4

**logical** 117:15

**long** 7:1,6,7

17:22 19:25
32:9 50:11
52:3,16
57:8,18 63:9
102:6 140:14

**longer** 166:20

**lose** 98:13

**loss** 104:24

**lost** 82:11

**lot** 10:8,9,14
13:12 15:2,14
18:15 19:1
77:1 78:24
131:24 133:7
153:14 157:22

**loud** 21:17 25:3
135:10,13,14

**love** 144:3

**lover** 167:17

**lucky** 110:22
113:10 156:9

**lunatic** 113:8

**lying** 4:22
48:23 123:4

---

### M

**machine** 143:14

**mama** 28:19
29:17

**man** 4:18,21
5:7,17 7:5,12
9:2,16,21,25
10:5,7,17,21,2
4 11:2,14 13:6
14:25
16:15,16,17
22:18 23:5



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    www.**MILESTONEREPORTING**.com    **Toll Free 855-MYDEPOS**

24:3 35:3 38:16 41:20 45:24 47:8 48:19,25 49:14 50:13,17 60:3,11 62:8,9 67:10,14,17 68:20 69:13,20 70:21 71:5,10,14 72:5,7 74:2 75:16 76:25 77:12 78:6,13 94:11,22 95:19 96:23 97:13 110:13,18 111:7 113:20 114:14 115:2 117:25 118:4 121:14,15,19 124:17 132:22 133:20,21 134:8 138:23 139:2,23 140:5 142:21 143:3,6,13 145:17 148:2,4,17,19 149:1,24,25 150:4 153:7 154:19,25 156:23 166:18,25 167:24,25 168:3,16 171:9,14,16 172:2

**map** 22:19

**mapping** 84:4

**maps** 79:6

**Marquan** 163:23

**married** 167:9

**matter** 139:14

**may** 111:21 159:2

**maybe** 111:16,20 138:12 146:13,14,22,24

**mean** 5:4 19:13 24:16 33:12 36:5 38:23 39:3,4,6 43:20,23 44:13,18 45:3 48:1,3,18 51:23 53:8,9 54:19 59:8 60:13 62:8 63:1,7,13 64:24 67:10 71:6 82:20 89:6 92:11,13 93:5 99:17,22 103:1 107:14 109:25 117:4 122:9 125:23 126:12,15 133:4,6,8 136:12 142:6 147:2 151:17 154:19 159:15 160:16 162:6 164:3,17 166:19,24 167:22

**means** 79:4 102:19 121:5

**meantime** 78:25

**mechanism** 137:20

**memory** 120:17,18 143:5 156:24

**men** 124:22

**mental** 46:19

**mentally** 46:8 47:19

**mention** 160:12

**mentioned** 24:10 44:9,14 52:22 53:2,3,19 58:10 86:15

**message** 107:7

**mic** 82:8

**middle** 105:15,17

**Milestone** 173:9

**million** 71:18

**mind** 44:20 77:3 121:3 172:13

**mine** 126:22

**minute** 21:1 64:12 87:7 158:20

**minutes** 15:12 27:3 82:3,17,18 86:25 87:1,3

**misspell** 11:5

**mistake** 112:22 116:16,17,18,20,21 126:7 128:21 143:3

**mistakes** 33:5 34:15 148:22

**mom** 28:9 42:9 43:3 51:5,8,13 59:10,11,13 60:18 62:24,25 68:17,21 163:14,15 164:22

**moment** 12:24 118:25 138:8

**momma** 8:23 163:16,17

**Mommy** 153:3

**mom's** 29:18,24 59:12 164:11

**money** 16:22 71:9 139:15 169:9,20

**months** 57:20,21,23,24,25 58:9 102:8 120:3

**moral** 114:13

**morning** 56:14 82:24

**Moses** 30:9,10,14,15,18,23 62:24 63:2,3 64:3

**M-O-S-E-S** 63:3

**motherfucker** 138:25

**motherfucking** 41:2

**mouth** 74:12,17



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    www.**MILESTONEREPORTING**.com    **Toll Free 855-MYDEPOS**

move 64:13 77:5

moved 59:9

movies 132:14

moving 99:12

multiple 37:19

murder
118:15,18
154:24

murdered 118:12

murderer 116:19
148:6 154:21

muscle 31:18,19

muscles 53:4

muscular 53:3

myself 10:10

———————
N
Nah 89:4,16
109:16 118:2

natural 137:19

necessarily
154:16

Negatively
97:10

neighborhood
21:13 82:13
83:25 85:22
87:21
93:6,9,11
99:14 146:25
168:18

nervous
112:10,11
145:25 146:9

news 145:17

152:3,5 153:15

nice 51:23 52:2
81:5 121:11
158:6

nickname 32:6
52:16,18

nicknames 32:2
52:20

nicks 75:13

nobody 24:9
27:14 59:21
60:4,7 68:7
103:17,22
109:11 124:23
130:2
133:10,23,24,2
5 142:3

nobody's 24:7
60:1,6 109:20
133:2,3
138:15,18

none 105:11
119:17

nor 173:14,16

normal 47:12
137:20 158:3

normally 37:22
131:1 163:13

north 23:15,21
24:22

Norwood
12:13,14

nothing 17:9
24:7,14,18
37:23,25
38:2,5,7 59:21
64:16,17 87:21

98:1,11
109:10,11
116:5,7,10
119:3,23
130:14 134:1
135:7 145:1,3
154:25 157:24
159:5 164:4
169:13

noticed 120:1
121:5 123:11

nowadays 125:2

nowhere 99:14

———————
O
Oak 26:20

obviously 12:20
13:11,14 15:1
16:19 21:16
32:22 34:2,16
36:7 38:13
44:14 48:20
59:15 66:7
67:24 68:5,10
69:24,25 70:4
72:17 78:23
84:2,14 87:11
89:6 92:6
93:20 94:18
102:21
106:11,13
107:4 110:4
115:16 122:24
148:12 156:17
166:19,20
168:23 169:2

occur 134:18

occurred 38:19
84:23 134:17

OFFICER
4:2,7,10,14,18
,23,25
5:7,10,12,16,1
8,22,25
6:3,6,10,15,18
,21
7:5,9,13,20,24
8:1,3,6,8,10,1
3,18,21,25
9:2,4,7,9
72:12,14
73:4,10,17
74:3,6,15,17,2
1,23,25
75:2,4,7,10
77:9,14,21,25
78:3,7,15,19

Offices 173:8

oh 13:17 19:2
23:14 25:18
26:5 28:17,20
30:9,15 31:8
46:3,13
49:5,16 50:10
54:11
57:2,9,15
58:25
59:2,8,10,11,1
4 62:13 66:8
71:17 74:15,24
77:12 78:19
91:24 92:14
124:6 130:10
132:1 137:17
163:7 164:5
165:9,14 169:5

okay 5:13,14
6:2,17,21 7:13
8:15,25



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

9:2,3,22,25
10:1,4,10,12,14,18,22,25
11:2,5,6,12,14
12:2,19,23,25
13:11,12,13,17,20 14:11,24
15:7,16,20
16:1
17:2,5,6,11
18:12 21:10,20
22:4,12,16,18,24
23:11,14,20,21,24,25 24:19
26:5,8,17,24
27:20 28:5,20
29:2,13,18,21
30:18
31:5,10,16,19
32:1,5,9,14
33:8 36:21
40:11 41:5
42:4,6 43:9,24
44:3,6,7,10,12
45:13,15
46:7,13
47:16,23 48:4
49:22 51:21
52:6,10,14
53:18 54:13
55:5,13,17
57:9,23
58:6,7,9,14
59:3,5,14
60:21
62:6,13,16
63:2 64:1,4,10
65:23
66:4,13,25
67:4,9,23

68:19,22,23,25
69:4,17,24
70:7,14,19
71:12,13,22
72:2,8,10,13,22
73:3,8,11,13,19,22,23,25
74:3,17,24
75:7,10,19,22,23 76:1,7,21
77:9,10,14,16,21
78:2,5,7,20,22,25 79:5,15
80:1,4,7,12,22
81:22 82:1,4
83:8,10,16
84:2,3,24,25
85:19,25 86:14
87:2,4,15
89:13 90:15
91:3,4,22 92:5
93:4,12 94:17
102:3,6,9
108:1,25 111:1
113:1,9
119:1,6,10
120:15
122:11,16
127:12 128:19
129:10
135:17,18
140:7 141:19
143:5 148:11
157:11,20
159:20 160:10
162:5,8,14
168:20,24
169:18
170:9,12

**old** 11:22 30:24
31:5 51:22
137:16 148:22

**older** 31:1,2
46:19 50:5
153:11 160:1

**olds**
145:12,14,19

**ones** 75:14
154:13,14
158:3,9

**open** 67:6,7,8
74:17

**OPERATIONS** 1:5

**ORANGE** 1:4
173:4

**order** 38:17

**Orlando** 1:7
59:1,2

**other's** 123:24

**otherwise** 121:9
138:22

**outcome** 173:17

**outright** 7:19

**outside** 83:14
109:19 112:3
119:7,24
122:19 123:11
149:5 156:3

**overall** 73:5

---
P
---

**Page** 3:2

**paper** 161:25
162:12

**parents** 164:21

**Park** 26:18

**parked** 60:23,25

**parties**
173:14,15

**partner** 10:11
136:20

**passed** 90:13,20

**passenger** 54:24
55:6,10 64:9
86:11,15

**passing** 93:2

**past** 14:10
35:10 121:10

**path** 91:10
115:18 120:25

**Patrick** 1:3 2:5
11:16,19,25

**P-A-T-R-I-C-K**
11:20

**patrol** 13:18

**pay** 6:24

**pee** 7:11 39:17
40:4,20 41:4
139:21,25
140:5

**peed** 12:20

**peeing** 10:24

**pen** 112:14,15

**people**
11:5,10,11
46:9,10,15,19
48:3 58:18
59:22 98:13
99:9,11 109:15

MILESTONE │ REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    **www.MILESTONEREPORTING.com**    **Toll Free 855-MYDEPOS**

113:9 119:19
121:8 131:5
133:5,7 136:9
137:5 138:24
142:6 147:4
149:23
153:5,16,24
154:15,16
156:20 164:19

**people's** 58:17

**per** 77:4

**percent** 81:23
96:19 149:6
156:7,22

**Perfect** 11:14
12:19 14:24
45:13 78:20
119:10

**period** 109:6

**person** 32:22
44:17,18 47:13
52:15 102:24
103:24
104:1,11,14,15
110:17 117:25
118:4
120:10,16
121:8 126:19
129:16 135:25
136:19,21,23
137:8,17
140:24 142:24
149:16

**personal** 18:22

**Personally**
165:16

**perspective**
126:18

**phone** 12:3 94:3
107:5,17,23
159:6,9,16,17
161:20 169:23

**phonetic** 17:18
29:7 163:23
164:14

**photograph** 73:7
77:15

**photos** 44:6
75:5

**pick** 25:13,14
27:6 131:6

**picked** 15:6
17:16 19:23
20:1 21:7 22:9
24:12 26:25
52:22 64:8
79:7,8 81:24
82:12,20 87:11
88:2,7 89:14
90:7,9 99:23
104:17,22
111:12 112:17
116:20 131:8
161:13

**picking** 150:2

**picture** 43:21
49:21,24 73:5

**pictures** 50:14
75:23
115:10,13,15

**picturing**
106:14

**Pine** 91:1

**pink** 47:9

**piss** 5:21,23

**pissed** 113:19

**plain** 123:6

**plan** 10:2

**play** 41:11 45:4
96:25 144:4,7

**playing** 40:25
46:1 99:4
111:10

**please** 9:6 69:7
73:21 74:18
136:1 140:10

**pocket** 71:18

**point** 93:19
95:13 109:5
113:7

**police** 66:10

**popped** 132:15

**popular** 62:20

**porch** 51:20,22

**poses** 125:22

**position**
34:18,19 36:2

**possession**
159:2

**possibilities**
111:24

**possibility**
111:23

**possible** 6:9
69:7 117:6
123:20,21

**possibly** 106:9

**posting** 160:3

**potential**

109:22 125:12

**potentially**
86:21

**pray** 154:20,22
155:1 164:23

**presence** 123:25

**present** 2:1
14:15

**pressure** 67:11

**pretty** 44:17
69:22 72:16
84:4 117:12

**prevented**
116:22

**pride** 167:2

**printed** 84:14

**prior** 142:16

**private** 56:25
57:4

**probably** 10:12
16:18 23:5
29:16 32:18
44:21,22 45:2
55:24 58:16
62:7 63:13
76:22 77:3,12
92:18,22
112:8,17 114:4
121:2,17,18
122:4 132:8
139:7,11
146:12 148:24
149:20 162:3
163:1 164:10
165:6,7
167:6,7,13,18
171:25



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      www.**MILESTONEREPORTING**.com      **Toll Free 855-MYDEPOS**

**problem** 35:15,18

**problems** 24:6 33:2 46:16

**PROCEEDINGS** 3:3 4:1

**process** 39:14 41:24 42:22 123:1 129:12 138:2

**projection** 115:22

**promise** 128:18,19

**promised** 14:20,21

**protect** 109:15 146:23

**protected** 108:19

**prove** 37:8 79:5 94:19 97:16 149:6

**proven** 148:13

**provided** 14:17 173:8

**providing** 104:8

**psycho** 124:13 126:6

**pull** 79:24,25 126:3

**pulled** 80:20 82:6 83:13,15,16

**purposely**
142:20

**putting** 77:23

---

Q

**Q-tips** 74:9

**question** 62:7 66:20 74:23,25 110:4 120:12

**questioning** 14:16

**questions** 11:3 14:6 98:23 147:14,20 157:3 158:22 168:2,21

**quick** 6:4 9:17 14:9 16:21 43:20 66:20 67:5 75:2 160:21

---

R

**raise** 152:23

**ran** 19:11 35:23,24 67:9 102:25 109:25 135:4 137:15 142:5

**random** 113:9 164:11

**rap** 17:3 18:5,6 32:1

**rapper** 16:25

**rapping** 17:8

**reach** 139:10 168:20

**ready** 146:14

147:4,5

**real** 6:3,14 8:4 9:17 14:9 16:21 43:20 46:20,21,24 66:20 67:5 75:2 103:20 139:21 152:25

**realest** 34:25

**reality** 34:21,22,25 110:22

**realize** 117:24

**really** 10:24 11:1,8 36:24 43:25 63:1 66:17 68:7 76:14 94:17 102:13 124:23 141:9,17,21 152:16 165:3 167:5 171:13

**rear** 54:24,25 55:6,10 64:9 86:15

**reason** 46:6 99:13,20 113:1 118:13 124:3 138:25 154:3 160:5

**recall** 62:1

**receive** 115:16

**recently** 20:17 33:17

**recognize** 43:22

**record** 19:11 138:16

**recording** 172:15 173:11

**red** 84:19

**regardless** 127:6 136:10 161:21

**regular** 47:1 51:23

**relapse** 45:3

**relate** 45:16

**relationship** 105:25

**relative** 173:13,15

**Relax** 74:2

**relaying** 6:1

**remain** 14:12

**remember** 23:21 24:12 26:25 57:5,9 71:9 80:5,6 82:4 85:1,20 86:17,22 88:1,2,6,12 93:1,13,19 115:3 152:1 160:25

**rent** 102:3

**rental** 56:20,21,23,25 57:14,15 101:24 102:1

**Reporting** 173:9

**representation** 173:10

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     **www.MILESTONEREPORTING.com**     **Toll Free 855-MYDEPOS**

**residence** 52:23

**residue** 68:13
  72:25

**respect** 11:1
  128:3 162:11

**respectful**
  94:16 127:25

**respond** 148:1

**response**
  76:18,20 87:14

**responsibility**
  114:13

**rest** 98:14

**restroom** 9:20
  12:21,24 172:6

**retaliation**
  109:23 110:6

**retarded** 46:25
  47:8

**ride** 35:12
  55:14 90:1
  99:13 150:7
  161:2
  168:4,10,11
  171:17

**riding** 99:9,11
  109:6

**rifle** 158:14

**rights** 14:9,18

**road** 80:17
  85:16 152:11

**ROBLES** 2:3
  9:14,16,21,25
  10:4,7,17,21
  11:9,12,14,17,
  19,22,24

12:2,6,8,12,14
,16,19,23
13:6,11,17,20,
23
14:2,5,20,24
15:7,10,16,20
16:10,15,17,24
17:2,5,11
18:4,17,19
19:2,4,7,9,13,
19
22:6,12,16,18,
25
23:4,10,14,17,
20
24:3,10,16,19,
22
25:2,6,10,13,1
6,18,23
26:5,8,11,17,2
0,24
27:6,17,20,23
28:1,5,10,16,2
3
29:2,5,8,10,13
,18,21
30:15,18,21,23
31:2,5,8,10,13
,16,19,23
32:1,5,9,14,20
33:2,8,12,19,2
4 34:2,8,21,24
35:3
36:5,11,15,17
38:1,4,9,11,16
,24 39:3,10,15
40:10,16,23
41:1,5,8,13,16
42:6
43:6,9,12,16
44:9

45:2,6,13,15,2
3
46:13,17,21,24
47:2,5,16,23
48:6,8,15,19,2
5
49:3,7,10,13,1
7,20,22
50:1,4,7,9,12,
17,21,24
51:1,4,8,10,15
,17,21,25
52:3,6,10,14,1
7
53:8,12,15,18
54:8,11,13,16,
23
55:2,5,9,13,17
,24
56:1,3,12,15,1
7,21,23
57:2,5,9,12,15
,18,21,23
58:2,6,14,18,2
2,25
59:2,5,8,11,14
,23
60:2,5,8,11,13
,17,21
61:5,8,12,17,2
4
62:3,6,13,16,2
3
63:2,10,13,15,
17,20,22,24
64:1,3,5,11
66:19,22,25
67:4,14,17,19,
22,24
68:1,20,24
69:3,6,8,12,15

,17,20,22
70:4,6,9,12,16
,19,21,25
71:2,5,12,15,2
0,24
72:5,7,13,15,2
2 73:3
74:1,5,13,16,2
0,22,24
75:1,3,6,8,11,
17,19,22
76:1,4,7,9,13,
16,19,21,25
77:3,12,19,22
78:2,5,8,11,13
,17,20
82:7,10,23
83:21
84:5,9,11,16,1
8
85:5,8,12,19,2
5
86:2,6,10,14,1
9 87:23
88:19,21
90:13,15,20,22
91:4,7,21 92:7
93:18,23,25
94:3,10,14,23
95:2,5,8,11,15
,21,25
96:3,10,15,24
97:1,4,9,11,15
,18,21,25
98:5,8
99:16,18,21
100:12,16,19,2
3
101:1,4,7,14,1
7,21
102:10,12,15,1



MILESTONE │ REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    **www.MILESTONEREPORTING.com**    **Toll Free 855-MYDEPOS**

8,23
103:2,4,6,8,11
,14,16,19,21,2
3 104:1,4,13
105:2,7,11
106:16
108:8,16,22,25
109:3,8,13,17,
20 110:12,16
111:3,6,9,15
112:4,6
113:22,25
114:3,8,10,12,
18,21
116:6,9,12,15
117:1,4,10,14,
21
118:3,7,18,21
119:1,5,10,13,
16 120:21
121:13,20
123:15,18
124:3,12,25
125:4,8,11,17,
20,24
126:12,15,20,2
3
127:3,8,12,16,
18,23
128:3,8,11,13,
16 129:6,10,19
130:4,7
131:8,11,15,20
132:1,6,12,18,
22
133:1,6,10,19,
23
134:2,5,7,10
135:10,13,22
136:2,4,11,13,
15,18

137:4,10,12,23
139:18,22,25
140:4,7,11
142:5,19,24
143:16,21
144:1,6,9,11,1
5,17,23
145:2,4,10,12,
14,16,19,23
146:1,4,8,12,1
8,21
147:3,12,17,21
,25 149:24
150:1,11,14,17
,20,23
151:2,12,14,19
,21,25
152:4,6,15,17,
21,23
153:1,7,9,19,2
1,23
154:2,4,9,24
155:19,21,24
156:5,7,9,13,1
6 161:6,9
162:22
163:3,5,19,22,
25
164:5,7,13,17
165:9,12,14,18
,22
166:1,6,14,16,
18
167:15,20,23,2
5
168:2,8,11,15,
19
169:1,8,11,24
170:2,13,18,21
171:1,3,7,9,12
,15,19,21,25

172:5,8,12

**rock** 118:8

**rode** 83:18,19

**rolled** 65:7
82:12 83:24

**rolling** 27:3
71:21 99:24

**rough** 120:25

**roughly** 30:24
31:6 52:4

**round** 152:12

**rub** 74:10

**run**
36:14,15,16,18
61:25 103:5,16
130:2
136:9,13,15,24
137:5,20,21
142:6 154:11
159:3

**running** 108:20
141:3 159:4

**runs** 84:14

---

S

**sad** 50:10
152:14,15,16

**safe** 87:13

**sat** 64:11 145:6

**save** 124:18
135:24
136:6,22

**saw** 24:12 35:7
37:19 44:18
46:1,13 53:1
58:19 64:15

85:2 92:3
109:24 123:11
128:25 131:16
132:10 138:8
141:24 150:5

**scared** 44:21
75:15 102:25
103:1,3 109:13
112:21 126:2
137:13,15,16
139:6

**scenario**
45:4,18

**scene** 8:14 36:6
67:6 112:21
137:25

**school** 90:25
91:1 125:18

**scream** 77:6

**seal** 74:3

**seat** 4:2 9:17
74:1 116:3
130:23

**second** 4:25
5:10 13:9 26:3
72:1 74:13
81:4,13 88:5
106:10

**seconds** 27:15
55:22,25 56:3
64:12 96:14
128:25 139:20
141:1
160:15,19

**seeing** 49:20
62:2 85:20
134:21



MILESTONE │ REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        www.**MILESTONEREPORTING**.com        Toll Free **855-MYDEPOS**

**seem** 34:8,9

**seemed** 18:21
 35:17 37:20
 73:14

**seems** 47:12

**seen** 6:11 11:11
 27:9 35:8,9,11
 37:3 46:12
 54:19 61:3
 85:18 88:22,25
 111:21 118:5
 142:18 145:17
 152:5 153:2
 157:12 159:3,8
 166:3,6

**selfless** 45:23

**send** 158:18

**sensation** 76:17
 77:7

**sense** 24:6
 37:25 38:2,3,7
 48:7,8 50:20
 59:21 90:9
 91:8 101:6,13
 113:7
 119:3,8,20
 123:14,16
 124:8 130:3,18
 136:8
 155:10,12,20
 165:1,3
 166:12,13,15,1
 7 171:11

**sent** 107:7

**seven** 52:5

**shattered**
 37:5,6 96:18
 119:18

**SHERIFF'S** 1:4

**she's** 17:25
 18:1 27:10
 39:24 49:25
 50:13 54:2
 59:16,18
 65:11,13 66:15
 72:8 75:22
 103:12 115:16
 132:8 152:13
 161:10 164:24
 166:19,20
 167:20,21

**ship** 122:8

**shirt** 71:7

**shit** 4:5,6,17
 5:3,5,6
 6:11,23 9:10
 11:11 15:15
 17:10
 18:15,16,24
 19:1,14 20:20
 21:6,14
 24:5,21 26:16
 29:3 31:25
 32:19 33:11
 35:21 37:18
 38:15,23
 40:1,9,20
 41:18 43:4
 45:22,24 46:3
 48:14 49:16,20
 50:3
 53:7,8,10,11,1
 7 56:25 57:13
 67:2 68:7
 70:20 72:4
 76:12 95:18
 103:25 105:18
 107:19 108:2

113:20 117:3
 121:1,10,15
 125:23 128:9
 130:15 131:24
 137:17 141:21
 144:4,6,13
 153:15,18
 155:12,18,22
 162:6 163:4

**shitless** 44:21

**shoes** 70:2,5
 78:12

**shoot** 68:12
 119:18,20
 122:13 124:4
 125:25 149:12

**shooter** 68:4
 126:6

**shooting** 36:19
 65:17 96:16
 152:12

**shoots** 113:8
 123:19

**short** 20:25

**shortly** 4:3

**shorts** 43:17
 77:17 122:2

**shot** 37:6,7
 38:8,10 45:5,8
 59:18 65:11,13
 68:7 72:21
 73:2 109:19
 114:25 120:22
 121:25 124:15
 135:23 149:18
 152:2 156:10

**shotgun** 158:14

**shots** 64:22

**shoulder** 87:24
 146:22

**showed** 61:20

**showing** 104:8
 117:23

**shows** 115:20

**sic** 137:10

**sidewalk** 122:18

**sight** 123:6

**silence** 56:4

**silent** 14:13

**Silver**
 23:8,10,16,18
 25:21,24
 26:9,10,11
 79:10
 84:3,5,13
 85:10,11

**simple** 6:14
 82:14,15

**single** 149:8
 156:14

**sir** 14:19 22:11
 60:20

**sit** 7:16 19:16
 55:11 145:5

**sitting** 39:12
 41:3 55:14
 68:6 106:8
 114:25

**situation** 94:14
 101:16

**six** 52:5,6
 57:23



MILESTONE │ REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     **www.MILESTONEREPORTING**.com     **Toll Free 855-MYDEPOS**

skin 76:22

skinny 18:18

sky 47:10

sleep 67:13

slowed 53:19

smaller 31:11

smart 34:9
36:22 38:20,22
95:16 113:17
117:17,22,23
118:3 119:18
124:16,19
148:3 149:2

smelled 21:14

smiling 49:25

smoke 27:7
33:22 52:23

smoked 15:8
17:17 139:11

smokes 136:20

smoking 27:3
82:13 83:25
94:2 133:17
143:9

sniper 148:18

somebody 4:2
10:25 20:14
34:10 36:19
46:1,2 47:6
65:16 68:8
98:4 120:11
133:8 137:6
141:7 146:24
149:12 152:11
154:5,10
170:22

somebody's 45:8
47:11 147:11

someone 37:7
111:21 127:1

something's
48:2

somewhere 24:23
26:9 85:12
107:15,23
164:10 168:17
171:20

son 30:3,4,5

Sonata 60:22

sorry 8:15 13:6
16:20 24:3
30:19 38:9
42:3,25 49:23
54:16,17 74:21
80:3 86:18
117:21

sort 110:6

sound 88:14
158:2,4

sounded
135:10,13

sounds 14:7
36:9 70:21
171:16

speaking 14:22

specific 46:18
81:24 160:25

speed 43:3
69:24

spell 34:17

splatter 43:16

spoke 120:19

spot 105:16
118:9

spotless 119:23
149:7

stable 46:8

stand 78:6

standing 61:19

standpoint
44:11

Star
23:8,10,16,18
25:21,24
26:9,10,11
79:11
84:3,6,13
85:10,11

start 6:6,7
40:19 72:11
73:22

started 32:12
33:16 40:14
68:25 87:16
94:2 111:22
122:25 152:11

starter 17:7

starts 45:10

STATE 173:3

station 83:22
85:21

stay 26:4 34:12
40:19 42:21
51:7 54:5
64:21 77:18,19
79:22 109:25
137:24 154:13

163:14
164:14,20
166:2

stayed 36:6
37:14 102:20
104:3,4 105:10
109:24 113:2
120:15 137:24

stays 26:10,15
63:5 154:5

steering 70:13

step 44:5

Stepping 74:13

sticker 77:11

stomach 140:12

stone 128:23
130:10 134:13
137:18 138:23
148:17 149:10
157:2

stop 77:5
121:11 141:7
160:9

stopped 16:5,7
21:25 22:7
65:5,9 66:6
130:9 131:21

stopping 22:7,8
64:14

store 35:14
85:21

story
51:19,20,21
68:11 132:2
138:18 154:14
156:24



MILESTONE │ REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    www.**MILESTONEREPORTING**.com    **Toll Free 855-MYDEPOS**

**straight** 10:15
62:17 89:18,20
170:11

**street**
26:2,13,16
53:1 61:14
62:4 80:3
81:7,14 84:24
85:15 86:3
87:19
88:3,6,23
90:16,23
93:13,14,18
121:2 122:17
150:6
157:6,8,9
160:6,9

**streets** 23:8
85:9 86:21
88:20,24 89:19
93:15

**Studio** 16:23

**stuff** 11:4,6
14:2 16:18
22:20 44:13
51:2 58:19
59:16 62:17
72:25 95:13
141:4

**stupid** 19:14
33:5 35:13
40:6 71:6
99:19 113:4
114:5 121:1
124:14
145:14,16
148:21 155:24

**subdivision**
81:10

**Submitted**
173:19

**sudden** 75:21
121:25

**super** 94:16
153:2

**supervisors**
138:23

**supposed** 140:15
165:3

**sure** 11:4 21:5
28:3 33:4
40:11 48:4
60:20,21 65:16
67:1 68:9
100:10 106:23
108:15,18
117:12
121:13,15
132:1 148:12
149:13 155:1,2
166:20

**surroundings**
22:20

**survive** 154:6

**swab** 68:12 69:3
70:1,12

**swabs** 74:8
138:4,5

**swear** 161:16

**sweating** 20:20
35:18 37:20
131:1,10
146:10

**sweaty** 160:13

**sweet** 153:2

**sword** 118:10

---
T
---

**tactic** 8:19

**tactics** 8:19
40:9

**taking** 27:4
125:18

**talk** 5:19 7:18
8:23 14:14
38:20,25
39:7,18 45:11
46:19 47:6
58:17,18 67:21
82:5 88:17
95:3,5,12
138:3
153:9,11,24
155:2 156:20
162:3,20,23
163:1 164:4

**talked** 55:21
72:16 121:16
161:16 163:5

**talking** 4:9
28:7,15,18
39:7 41:12
47:7 55:19,20
57:17 59:19
61:1 64:16
79:6,10,13
80:25 81:7
86:11 104:6
105:21 107:7
108:23 112:10
114:4,6 120:11
121:23 132:8
150:9,13
165:16,21

166:22

**tall** 31:13

**tangled**
170:15,19,22

**tattoos** 31:20
50:7 53:4

**Tavares** 58:20
59:9

**teach** 32:24

**Ted** 148:20

**teenager** 31:7

**ten** 57:24

**text** 83:11

**thank** 4:21
9:3,8,10 25:8
42:4 43:18
69:11,14 78:21
166:19 167:10

**thankful** 166:22

**Thanks** 69:14

**Thanksgiving**
58:3,7

**that's** 6:12
9:1,21,25
10:1,10 11:19
19:6,18,25
21:11 22:8
27:4 30:12
33:21 34:21,25
37:17 39:1,16
40:6 42:6,24
43:14,23 44:1
45:6 46:5
47:24 48:22
49:25 50:1,2,3
51:6,12 52:17



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    www.**MILESTONEREPORTING**.com    Toll Free 855-MYDEPOS

54:15 56:16
59:11,14
60:11,12,22
63:7 66:23
68:15,17 73:3
75:6,8 76:5
77:12 78:5,13
81:13 83:10
84:23
93:7,11,16
96:19
98:6,10,16
99:15,19
101:23
104:18,21
105:14,16
108:10,11
109:14
110:4,22,24
111:4,5,13,23
112:24
113:5,6,13,17,
18 114:3,8,21
115:21 116:1
117:8,10
118:13,17
120:3,11
121:8,24 122:5
124:9
126:13,25
130:8 131:21
132:16,19
133:21
136:4,21
137:14,15
138:21
139:5,15,18,19
141:24
142:7,21
145:5,7,10
147:21,22,23

148:9,10,11
149:15 150:3
151:3,14,17
152:15,17,20,2
2,25 153:20
154:7,19,21,25
155:2,4,8
156:19
157:3,12,23,24
161:12,13
164:24 171:21
172:3

**there's** 10:22
25:6,11 27:14
36:22 41:2
42:22 44:19
45:19 47:9
60:18,22,23
61:21 64:16
85:4 92:9
96:17 98:1,10
112:1 119:23
121:6
122:17,24
123:6,9 125:11
132:1 134:13
137:25 142:9
145:19
149:3,7,8
156:13,20
165:3 168:13
170:13

**They'll** 78:8

**they're** 4:6 7:7
8:4 19:3 45:21
72:15,17
124:22 125:21
137:7 149:13
154:11 160:3

**thin** 31:16

**third** 88:5

**threatened**
146:24

**throw** 22:23
172:11

**throws** 151:10

**timelines** 79:7

**tip** 52:9,13

**tips** 74:9

**today** 10:9,13
13:13 15:4
24:4 37:20
44:10,15
110:21 113:11
116:16,17,18
142:16 162:3
170:22

**tongue** 52:9,13

**total** 74:11

**totally** 126:21

**touch** 170:6

**touched** 73:1

**tough** 118:1

**towards**
23:8,10,16,18
85:10,11

**towing** 168:24

**trained** 127:21

**transcribe**
173:7

**transcript** 1:3
173:10

**TRANSCRIPTIONIS
T** 173:1

**trap** 170:23

**trash** 23:25
25:10,11 74:6
172:2

**trauma** 132:7

**traumatic** 10:13
16:18 42:16
44:16

**travel** 115:18

**treat** 127:21,22

**treated** 10:5
40:1 41:18
127:18

**treating** 40:2
127:20,23
128:1,2,4

**tree** 30:21

**tried** 37:16

**trigger** 126:3

**tripping** 42:2

**trouble**
19:6,11,12,17
32:13,14,17,18
34:1,3,4,6,10,
11,12 63:9
121:1

**truck** 63:24
64:6

**trucks** 63:21,22

**true** 144:5
161:17 173:10

**truth** 111:13
139:19 148:9

**try** 4:15 12:25
19:5,17 48:3,4



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          www.**MILESTONEREPORTING**.com          **Toll Free 855-MYDEPOS**

62:20 72:9
98:21 137:7

**trying** 6:8 7:15
8:22 9:1 11:13
13:12 20:6,14
24:7,9 28:21
30:19 32:12,23
33:17 38:14,18
39:18 40:18
41:5,6,8,14
42:21 45:16
46:4 48:11,24
49:14 50:12
59:23,25
60:1,4,6 63:7
67:16 77:4
78:23 81:23
89:24 90:3
91:23 94:19
95:9 98:3,18
100:8,12,13,15
102:23 106:17
111:13 117:25
118:24 122:3,6
133:3 142:22
146:19 149:18
150:6 165:25
171:5

**turn** 24:24
56:10 78:1
87:16 88:5
89:3,17
91:8,11
92:2,10,16,17
93:5 111:19

**turned** 65:19
88:3,6
91:22,25 93:13
157:18

**turning** 96:13

160:7

**TV** 115:20

**twitch** 47:22

**type** 46:16
53:6,8,10,16
136:18,19,21
142:24 149:15
158:3

**typed** 57:14

---
U
---

**U-ey**
80:11,15,17,18
89:14

**Uh-huh** 8:12
11:18,21 14:4
15:10 16:10
23:19 58:13,21
63:25 69:21
70:8 73:9
79:12,18 81:21
84:21 89:9,12
90:21 120:20
121:12 122:15
125:10

**Uh-uh** 5:6 93:3
125:7

**uncle's** 29:14
30:3

**undersigned**
173:6

**understand**
8:6,8,10,18
10:13 14:18
34:6 40:11
48:5 100:13
118:8,24,25
138:20

143:3,19
145:24 148:14
150:20
151:9,10
165:10

**understandable**
42:20

**understanding**
46:5 123:8
160:22 165:7

**unexpected**
157:21,22

**unexplainable**
132:4

**unicorns** 47:10

**unless** 122:20

**upset** 37:20
113:14,18

**usually** 15:19
20:19 149:12

**utilized** 107:6

**U-turn** 25:25
26:22 81:9,10

---
V
---

**valid** 110:4

**vehicle** 142:16

**verbal** 76:18,20
87:14

**version** 129:2

**versions** 129:2

**video** 46:2

**voice** 36:9

---
W
---

**waistband** 141:4

**wait** 40:5
65:21,22
107:16

**waited** 36:6
37:15 40:5
104:5

**waiting** 168:14

**Wake** 7:4

**walk** 15:21
20:19 71:4
107:13,14
131:2,7 167:1

**walked** 138:1

**walking** 15:19
20:4,20 21:9
23:13 35:18
37:21 53:1,19
85:2,18 86:2
88:22,25 121:1
131:1,3 146:10
147:7

**walks** 39:5

**wall** 118:10

**wasn't** 19:25
23:7 27:2
48:10 65:12
85:4 91:24
95:18 106:5
116:5,7,10
123:2 133:17
158:11,13
160:10

**watch** 78:9

**watched** 44:17

**watching** 98:24



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    **www.MILESTONEREPORTING.com**    **Toll Free 855-MYDEPOS**

140:3

**water** 5:11 9:6,19 13:1 69:6 140:9 172:3

**ways** 32:24

**weapon** 22:2 72:20,23

**weapons** 72:18

**wear** 11:7,11

**wearing** 19:22 53:2

**weed** 15:8,9 33:22,23 52:24 94:2 143:9

**weird** 50:10 52:11 53:6,9 62:7 106:2,3 130:20 157:24

**welcome** 25:12

**we'll** 10:2 12:25 22:25 71:22 162:12,18 168:23 169:23

**we're** 15:4 23:25 30:19 38:14,18 40:2 42:3,21,25 50:12 70:12 71:12 80:25 86:20 90:3 98:17 106:7 107:4,24 109:18,22 117:5 121:23 122:23 123:4 126:9 127:14

142:22 158:10,25 159:1 162:15 168:24 169:20,22

**West** 1:6 84:13

**we've** 134:14 148:13 161:16

**whack** 139:4

**whacked** 138:17

**whatever** 27:1 33:11 54:6 56:7 67:20 108:5 118:1 123:10,13 124:7 129:14 130:20 135:24 165:21

**whatever's** 32:25

**whatsoever** 119:16 120:6

**wheel** 70:13

**whenever** 63:8 169:24

**wherever** 21:5 141:4

**whether** 77:5 157:2

**white** 26:4 51:18 60:22,23 61:21 64:15 81:5,19,20

**whole** 55:14 64:12 101:15,19 138:2,6

**who's** 138:24 157:1

**Whose** 36:3

**wife** 58:11

**willing** 139:14 154:6

**window** 86:11 96:18 98:15

**windows** 37:5 119:17

**windshield** 115:4,5

**wish** 158:18

**witness** 24:4

**woman** 152:7

**work** 16:22,23 63:10 117:20 158:19

**working** 68:25

**works** 6:11 63:18 149:15 171:23

**world** 120:18

**worried** 98:3 129:16 134:12

**worries** 69:15

**worst** 105:16

**would've** 65:12 106:5 120:1 121:10,14,15,16,17,18,21 137:10 141:5 156:3

**wrap** 165:19

**wrapped** 72:10

**write** 161:25 162:12

**wrong** 15:13 47:18 48:2 113:3 116:5,7,10 150:24

---

Y

---

**y'alls** 129:8

**yell** 123:24

**Yep** 65:18 69:15 73:17 74:6 77:25 78:11 161:7

**yesterday** 72:23

**yet** 67:22 140:13

**Yo** 5:16

**you'll** 49:21 69:4 151:15 169:6,19

**young** 18:13 19:3,14 31:8 46:22 50:4 53:11 63:7 111:7,9 124:14 134:4,7,9 153:13 163:10,21,24,25 164:6,8

**younger** 160:3 163:21

**yourself** 150:2 151:4

**you've** 10:9

 MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    **www.MILESTONEREPORTING.com**    **Toll Free 855-MYDEPOS**

13:12 17:7
34:11,12,13
42:16 94:15,16
104:20 106:8
114:24 120:2
127:13 153:2



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      **www.MILESTONEREPORTING.com**      **Toll Free 855-MYDEPOS**