Outlook

---

## Deadly shooting on Hialeah Street

---

**From** OCSO PIO <OCSOPIO@ocsofl.com>

**Date** Wed 2/22/2023 12:54 PM

**To** @charter.com' @charter.com> @wftv.com @wftv.com>; -WFTV @wftv.com>; @wftv.com' @wftv.com>; @ocfl.net' @ocfl.net>; @breakingnewsphoto.com @breakingnewsphoto.com>; @wmfe,org @wmfe.org>; UCF @gmail.com>; @wftv.com @wftv.com>; Channel 6 @wkmg.com>; @wftv.com @wftv.com>; @orlandoweekly.com' @orlandoweekly.com>; @orlandosentinel.com @orlandosentinel.com>; @wesh.com' @wesh.com>; @nbcuni.com> @crimeline.org @crimeline.org>; @charter.com>; @foxtv.com> @wdbo.com @wdbo.com>; @ocsofl.com>; @ocsofl.com>; @ocsofl.com>; @ocsofl.com>; @edgewood-fl.gov' @edgewood fl.gov>; @wucf.org' @wucf.org>; @floridanationalnews.com' @floridanationalnews.com>; @FOXTV.COM' @FOXTV.COM> @frn.com' @frn.com>; @aol.com' @aol.com>; @wftv.com' @wftv.com>; @charter.com>; @wtsp.com @wtsp.com>; @foxtv.com' @foxtv.com>; @gmail.com' @gmail.com>; @ocsofl.com>; @ocsofl.com>; @ocsofl.com>, @cityoforlando.net @cityoforlando.net>; @theapopkachief.com @theapopkachief.com>; @icloud.com' @icloud.com>; @ocsofl.com>; @ocsofl.com>; @ocsofl.com>; @entravision.com' @entravision.com>; @ocsofl.com>; @ocsofl.com> @ocsofl.com>; @ocsofl.com>; @hearst.com' @hearst.com>; @nbcuni.com' @nbcuni.com>

Media Partners –

On February 22, 2023, at 11:17 a.m., deputies responded to the 6100 block of Hialeah Street in reference to a shooting. Upon arriving, deputies located a female in her 20's who had been shot.  She was pronounced deceased on scene. The investigation is in the early stages and this is all the information we have for release at this time.

**Media Relations**
Orange County Sheriff's Office
Phone: 407-254-7350
ocsopio@ocsofl.com
@OrangeCoSheriff on Twitter and Instagram
Facebook
www.ocso.com