UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRANDI TURNER, individually, and
As the Personal Representative for the
Estate of T'Yonna Major, and GARY
LYONS as the Personal Representative
For the Estate of Dylan Lyons,

     Plaintiffs,

                                   CASE NO: 6:25-cv-00252-PGB-UAM

vs.

JACKSON B. KEYES, an individual,
And JOHN MINA, in his official capacity
as Sheriff of Orange County,

     Defendants.

_____/

## UNOPPOSED MOTION FOR DELAYNE PENLAND TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

     DeLayne D. Penland, counsel for Plaintiffs BRANDI TURNER, individually, and as the personal representative for the estate of T'Yonna Major, and GARY LYONS as the personal representative for the estate of Dylan Lyons, moves pursuant to Local Rule 2.02(c) for an Order permitting her to withdraw as counsel of record for Plaintiffs, and be relieved of all further responsibility in this action.

### I.     MEMORANDUM AND REQUEST FOR RELIEF

     Ryan J. Vescio has entered an appearance as lead counsel on behalf of the Plaintiffs in this case. Mr. Vescio will remain lead counsel of record for Plaintiffs

following Ms. Penland's withdrawal. Pursuant to Local Rule 2.02(c)(1), Plaintiffs were notified of Ms. Penland's intent to withdraw on March 20, 2026, and have no objection to the requested relief. Allowing Ms. Penland's withdrawal will not cause continuance of trial, or other similar delay of the case.

DeLayne D. Penland requests the Court grant this Motion, for her to be withdrawn as counsel of record for the Defendant, and relieved of all further responsibility in this case.

### LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), DeLayne D. Penland conferred with counsel for Defendants, Brian F. Moes, on March 17, 2026, and he expressed no objection to the withdrawal.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 5th day of May 2026, a true and correct copy of the foregoing was furnished via electronic mail to: Brian F. Moes, Esquire, moes@debevoisepoulton.com, G. Ryan Dietrich, Esquire, dietrich@debevoisepoulton.com, DeBEVOISE & POULTON, P.A. 1035 S. Semoran Boulevard, Suite 1010 Winter Park, Florida 32792.

*[signature block on following page]*

2

/s/ DeLayne D. Penland_____
**Ryan J. Vescio, Esq.**
Florida Bar Number: 14032
**DeLayne D. Penland, Esq.**
Florida Bar Number: 1024836

**NEJAME LAW, P.A**
111 N. Orange Avenue, Suite 1300
Orlando, FL 32801
PH:    (407) 500-0000
F:      (407) 802-1448
delayne@nejamelaw.com
ryan@nejamelaw.com
PI@nejamelaw.com

*Attorney(s) for Plaintiffs*