**COPY**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION


BRANDI TURNER, INDIVIDUALLY, AND

AS THE PERSONAL REPRESENTATIVE FOR THE

ESTATE OF T'YONNA MAJOR, AND GARY

LYONS AS THE PERSONAL REPRESENTATIVE

FOR THE ESTATE OF DYLAN LYONS,

    Plaintiffs,


vs.            CASE NO.: 6:25-cv-00252-PGB-UAM


JACKSON B. KEYES, AN INDIVIDUAL,

AND JOHN MINA, IN HIS OFFICIAL CAPACITY

AS SHERIFF OF ORANGE COUNTY,

    Defendants.

DEPOSITION OF

BRANDI TURNER MAJOR

FEBRUARY 6, 2026

2:41 p.m. (ET)


Remote Proceeding


Nicole Ward, # HH 703212



**MILESTONE I REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

401 EAST JACKSON STREET,
SUITE 2370
TAMPA, FL 33602

315 EAST ROBINSON STREET,
SUITE 510
ORLANDO, FLORIDA 32801
CORPORATE

APPEARANCES OF COUNSEL

On behalf of the Plaintiffs, BRANDI TURNER, INDIVIDUALLY, AND AS THE PERSONAL REPRESENTATIVE FOR THE ESTATE OF T'YONNA MAJOR, AND GARY LYONS AS THE PERSONAL REPRESENTATIVE FOR THE ESTATE OF DYLAN LYONS:

     RICHARD W. SMITH, ESQ.

     NEJAME LAW FIRM

     111 N Orange Avenue

     Suite 1300

     Orlando, Florida 32801

     richard@nejamelaw.com

     APPEARED VIA VIDEOCONFERENCE

On behalf of the Defendants, JACKSON B. KEYES, AN INDIVIDUAL, AND JOHN MINA, IN HIS OFFICIAL CAPACITY AS SHERIFF OF ORANGE COUNTY:

     BRIAN MOES, ESQ.

     DEBEVOISE & POULTON, P.A.

     1035 South Semoran Boulevard

     Suite 1010

     Winter Park, Florida 32792

     moes@debevoisepoulton.com

     APPEARED VIA VIDEOCONFERENCE



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

INDEX

                                              Page

DIRECT EXAMINATION BY MR. MOES                6

 MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      **www.MILESTONEREPORTING.com**      **Toll Free 855-MYDEPOS**

The deposition of BRANDI TURNER MAJOR was taken at MILESTONE REPORTING COMPANY, 315 EAST ROBINSON STREET, SUITE 510, ORLANDO, FLORIDA 32801, via videoconference in which all participants attended remotely, on FRIDAY, FEBRUARY 6TH, 2026, commencing at 2:41 p.m. (ET); said deposition was taken pursuant to the FEDERAL Rules of Civil Procedure. It is agreed that NICOLE WARD, being a Notary Public and Court Reporter for the State of FLORIDA, may swear the witness and that the reading and signing of the completed transcript by the witness is not waived.



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

THE REPORTER:  We're on the record.

Will all parties, except for the witness, please state your appearance, how you're attending, and your location?

MR. SMITH:  Good afternoon.  Richard --

THE WITNESS:  I'm Brandi --

MR. SMITH:  -- smith.  I'm representing the plaintiff, and I'm in my office in Orlando, Florida.

Sorry, Brandi.

THE WITNESS:  I'm --

MR. MOES:  Brian Moes representing Sheriff Mina in his official capacity and Deputy Jackson Keyes sued individually, appearing from my office in Winter Park virtually.

THE WITNESS:  And my name is Brandi Major, and I'm -- I'm home in my home at 5914 Harrington.

THE REPORTER:  Thank you.

Do all parties agree that the witness is, in fact, Brandi Major?

MR. SMITH:  Yes.

MR. MOES:  Yes.

THE REPORTER:  Thank you.

All right.  Ma'am, please raise your right hand.  Do you solemnly swear or affirm the testimony you're about to give will be the truth, the whole



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.**MILESTONEREPORTING**.com          Toll Free 855-MYDEPOS

truth, and nothing but the truth?

THE WITNESS:  Yes.

THE REPORTER:  Thank you.

You may proceed, Counsel.

MR. MOES:  All right.

DIRECT EXAMINATION

BY MR. MOES:

Q.   Good afternoon, Ms. Major -- Ms. Majors [sic]. We are continuing your deposition.  Thank you for accommodating -- both you and your attorney for accommodating a quick resetting of your deposition, which we adjourned just two days ago on Wednesday.

Since your deposition of Wednesday, have you reflected on your testimony and determined that any aspect of your prior testimony at deposition needs to be corrected?

A.   No.

Q.   Okay.  All right.  So when we were -- when we adjourned, we had looked at a -- we had just concluded looking at a Ring camera video from your home.  Since then, I have received one additional Ring camera video, and it may not be a new video.  It just may be a consolidation of two videos.

I would like to share screen with you and show you these Ring camera videos, all three of them, and we

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

will identify them. And what I would like to establish is the order in which these Ring camera videos were made. And I -- that is from, you know, earlier part of the day to the latter part of the day. Okay, Ms. Majors? I'll --

A. Okay.

Q. -- ask you questions as we go through this. The same --

A. Yeah.

Q. -- rules apply. Listen to my question. If you have any uncertainty as to what I'm asking you. If my question is not clear, let me know. I will do a better job of putting a clear question to you. Similarly, your attorney should -- if he has any objections, pause, let him make those objections.

Similarly, if you need a break, let us know. And similarly, the court reporter here, like the prior court reporter, is listening attentively to the questions and answers, and therefore an audible clear response is required for her to do her job, okay?

A. Okay.

Q. All right. At this point, you should be viewing on your monitor a ring.com video.

(Video was played for the record.)

THE WITNESS: Uh-huh. Yes.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

BY MR. MOES:

Q.   This video is identified as Ring 1, and it is 2026-2-3 RTP Attachment Response 1.  I'm going to play the video in its entirety.  It's only 19 seconds long. After I play the video, I'll ask a few questions of you.

A.   Okay.

(Video was played for the record.)

BY MR. MOES:

Q.   Okay.  Is that a video from the Ring camera from your home?

A.   Yes.

Q.   Do you have an idea as to when that Ring camera video was recorded?

A.    It was before I got home.

Q.   Okay.  Do you have any reason to doubt that it was sometime other than the 11:48 at -- or 11:48 in the morning of Feb 22?

A.   No.  That is -- I know this had to be before. I think this was the reason why my husband called me because he saw this.

Q.   Right.  You testified that your Ring camera is set up to send a phone alert when the camera is activated, right?

A.   Yes.

Q.   And that is -- that Ring camera -- account is

 MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     **www.MILESTONEREPORTING.com**     Toll Free 855-MYDEPOS

linked to your husband's phone, correct?

A.   Yes.

Q.   And your husband received this video alert and contacted you by phone to determine whether you were at home, right?

A.   Yes.

Q.   Did you ever determine -- have you ever determined the identity of this particular female, uniformed deputy who came to your home at about 11:48 in the morning?

A.   Did I what now?

Q.   Have you ever determined who that was?

A.   No.

Q.   The deputy did not leave any information -- no card or information at your door?

A.   No.

Q.   And to your knowledge, your husband did not follow up with the deputy or the Orange County Sheriff's Office to determine the reason for a law enforcement officer appearing at your front door?

A.   No.  That's why he called me to see if I was there to see what was going on --

Q.   Okay.

A.   -- so no.

Q.   And when the officer did come to your home and

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

knock on the door at 11:48 in the morning, there was nobody home at your house?

A.   No.   No.

Q.   The next video that I want to review with you is identified as 2026-2-3 RTP Attachment Response Number 4 Brandi Ring 3.

(Video was played for the record.)

BY MR. MOES:

Q.   Are you viewing that video on your screen?

A.   Yes.

Q.   I will play the video from beginning to end. It's only 20 seconds, and I'll ask you some questions following.

A.   Okay.

Q.   Okay.   This video, which I'll refer to as Ring Video 3 --

A.   Uh-huh.

Q.   -- as so identified, bears a timestamp of 13:51 hours, 14 seconds, or about 1:51 in the afternoon. Is that consistent with the -- your recollection of the approximate time that you left --

A.   Yes.

Q.   -- to pick your daughter up at school?

A.   Yes.

Q.   And so this video shows you leaving from your

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

home to pick your daughter up?

A. Yes.

Q. And you testified to the route that you typically traveled on your way from your home to your daughter's school as making a right onto Harrington, and you in fact make that, you travel that path as seen on video, right?

A. Yes.

Q. And you had no encounter with law enforcement as you departed from your home on your way to Pine Hills Elementary to pick your daughter up?

A. No.

Q. Okay. The next and last video I wanted to review with you should be a -- should be on your monitor.

(Video was played for the record.)

BY MR. MOES:

Q. Are you seeing a video?

A. Yes.

Q. Okay. This video is identified as 2026-2-3 RTP Attachment Response Number 4 Brandi Ring Video_20230227_15358. It's about 14 seconds long. I'll refer to this video as Ring Video number 4 as so marked on the footer of the video. And I would ask -- I'll ask you a few questions after we play the entirety of it.


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

Okay.  This video has a date and timestamp on it as well.  It's indicated February 22, 2023, at 12:15 -- 12:15 and 45 seconds Eastern Standard Time.

Do you -- can you tell me what is being depicted in -- on this video?

A.   Me coming in from -- coming in the back way. I come -- I was coming home from my -- dropping my cousin off.

Q.   Okay.  Which you've already testified to, you were kind enough to take your cousin to be seen by a chiropractor, right?

A.   Yes.

Q.   So this would establish that you returned home that morning at approximately 12:15 in the -- early afternoon?

A.   Right.

Q.   And you had previously testified, if I understood your schedule, that you worked until about 7:00 and you arrived home usually around 7:15, correct?

A.   Yes.

Q.   And that you would take your daughter to school, and you usually departed for school sometime before 8:00, right?

A.   Yes.

Q.   All right.  And it is this video that we're

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

looking at Ring Video number 4, Response number 4, that is the video that recorded your return to home only seconds after having this brief verbal encounter with a uniformed deputy at the corner of Hialeah and Harrington, right?

A.   Yes.

Q.   Your knowledge, other than what is depicted on the Ring camera video of a female uniformed deputy walking towards your front door, knocking on your front door, do you have knowledge of any other uniformed officer or law enforcement officer, for that matter, entering upon your property on the morning of February 22?

A.   No.  I don't.

Q.   Do you have any knowledge of any Orange County Sheriff deputy or other law enforcement personnel controlling or directing individuals on your property on the morning of February 2022 -- 2023?

A.   No.  No.

Q.   And other than what you've already testified to the brief conversation with a uniformed deputy at the corner of Hialeah and Harrington, did you have -- on the day of February -- on the morning of February 2022, did you have any other conversation with a uniformed officer in your neighborhood?



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

A.   No.

Q.   To your knowledge, did any Orange County Sheriff deputy establish control over your property on the morning of February 22, 2023?

A.   No.

Q.   And no Orange County Sheriff deputy detained or stopped you in connection with any investigation on February 22, 2023, correct?

A.   No.

Q.   That is correct.  No, you were --

A.   That is --

Q.   -- not stopped or detained?

A.   No, I was not.

Q.   Okay.

A.   Correct.

Q.   Have you spoken with Sheriff Mina directly?

A.   No.

Q.   Even after the unfortunate and tragic shooting, you did not have a conversation with Sheriff Mina personally?

A.   Not to my recollection.  I was --

Q.   I -- I'm not suggesting that you did.  I -- I'm just --

A.   Yeah.  I -- I -- no.

Q.   Have you ever given an interview to the media?



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

A.   I -- yeah.  I believe so, yes.

Q.   When did you provide an interview to the media?

A.   It's been several times.

Q.   Okay.  Can you give me an idea as to whether you were interviewed by media within days or weeks following the loss of your daughter?

A.   It was probably days.

Q.   Do you --

A.   I --

Q.   -- recall who the interviewer was?

A.   No.  It was a lot of them.  I can't keep up with all those reporters.  It was a -- it was a lot of them.

Q.   Where did those interviews take place?

A.   At a park, I believe it was.

Q.   Okay.  Was the interview conducted in -- at the same time of an event was scheduled to take place, a memorial or an anniversary?

A.   Yeah.  Memorial.  Yeah.  Something like that, yeah.

Q.   Okay.  Have you given any interviews to the media in the last year?

A.   Yes.

Q.   What was the last media interview that you

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

provided?

A. Well, it wasn't here. It was in -- it was in Tallahassee.

Q. And what was the -- what were the circumstance -- circumstances of your giving a media interview in Tallahassee?

A. For a bill that we was trying to pass in her honor, in my daughter's honor.

Q. And did that -- did that pass the Florida Legislature and become a bill?

A. It's a -- it's not a bill. We're trying to get a -- an agenda at this moment, but no.

Q. What exactly are you asking the Florida Legislature to do?

A. Just alert -- alert and to -- you know, alert schools in our area when it's an imminent threat.

Q. All right. How many times have you been to Tallahassee advocating for the passage of --

A. Just once.

Q. -- of the bill? And that was in the year 2025?

A. It was this year.

Q. In 2026 then?

A. Yes.

Q. So we're speaking of just a matter of a few



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

weeks -- within the past few weeks?

A. Yes.

Q. Are you represented by the NeJame Law Firm in your advocacy for the passage of Florida law?

A. No.

Q. Are you represented by any attorney who is --

A. No.

Q. -- helping you lobby the Florida Legislature for the passage of any bill?

A. No.

Q. Is this something you're doing independently, or are you working with --

A. Yes.

Q. -- a group?

A. My family and just other advocators that believe in the bill.  That's it.

Q. Does this project -- I'll call it that.  This effort to pass along Florida, does it have a name?

A. The Yaya Alert -- bill -- act.

Q. Do you know who actually wrote the proposed bill?

A. I -- I believe it was Rashon Young.

Q. And what is your connection with Rashon Young?

A. He's the State representative of -- of Florida, so -- in our --

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Q.   So he's your --

A.   -- district -- district 40.

Q.   Okay.

A.   Uh-huh.

Q.   Okay.  Do you have any scheduled events seeking to draw attention to the Yaya Alert Act?

A.   No, not at this time.

Q.   Is anybody with -- or any person with the Orange County Sheriff's Office or any other law enforcement agency joining with you and Representative Young in the passage of this bill?

A.   No.  Not that I -- no.

Q.   Do you know of any school board members who are joining in the passage of the bill?

A.   No.

Q.   All right.  From your previous testimony on Wednesday, I understood that you tend -- you know, at least, your habit is to go to bed around -- on those days where you work nights, is to go to bed around 2:30?

A.   You know, 3:30 -- 3:30 or 4:00.  It just all depends on --

Q.   Okay.  And the --

A.   -- if I (audio cuts out) -- get to sleep, yeah. It just depends.

Q.   -- and your husband leaves the home early in

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

the morning to do his job.  And on this particular day, being a Wednesday, we know that he had a dental appointment of some kind, right?

A.    Yes.

Q.    And to your knowledge, was your husband at your home between the hours of 2:00 and 4:00 p.m. on February 22?

A.    Was he -- was he home?

Q.    Was he at home at any time within that window of 2:00 p.m. through 4:00 p.m.?

A.    Yes.

Q.    Okay.  What -- when was he at home?

A.    He was at home, like, maybe 30 minutes before his appointment.  It was like -- his appointment was at 3:00 -- 3:00, 3:30, so he came home, took a bath, and went straight there.

Q.    Okay.  When he arrived home at around 3:00, was law enforcement still in the area?

A.    I don't -- I don't know.  I'm not sure.

Q.    Were you awake or asleep when he arrived home?

A.    I was getting ready -- I probably was laying down, probably not -- as of yet asleep, but probably had just took a bath and getting ready to lay down.

Q.    Did you and your husband speak about the Ring

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

alert that had occurred earlier that morning or any crime that had occurred in the area that day?

A.   No.

Q.   Do you recall having any conversation with your husband concerning the Ring camera alert of a deputy coming to your home at 11:48 in the morning?

A.   No.

Q.   Do you recall having any conversation with your husband about the law enforcement presence at Hialeah and Harrington that you encountered earlier that day?

A.   Not when he came home, no.

Q.   So he was home for approximately 35 -- 30 minutes or so as he was -- he took a bath to prepare for a dental appointment?

A.   Yes.

Q.   I have not seen any Ring camera video of your -- husband arriving home, although it seems as though your Ring camera was set to activate whenever a motor vehicle pulled into or out of your driveway, or at least close to the -- your -- the front of your entrance of your home.

Can you explain why we have no video of your husband coming or going?

A.   I believe it's because he park on the grass



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

side.  He don't park in the driveway, and probably the -- maybe where he comes from, the -- which area he come from, it probably don't catch him coming in.  I'm not sure about that.  I'm -- I can only guess.

Q.    Okay.

A.    But he usually --

Q.    Well, that's fair enough.

A.    -- park in the grass.

Q.    Yeah.  I'm not doubting he was at your home. I'm just trying to determine if you -- if he came through the back door, if he walked, if he lived -- worked nearby.  I'm not really sure.

A.    Huh-uh.  No.  He was at home.

Q.    But on those occasions where he would park on the grass, would that be grass -- the grass area between your neighbor's home?

A.    Yes.

Q.    The side of -- and would he --

A.    Yeah.

Q.    -- on those occasions where he would park on the grass, I'm assuming he would do that so he wouldn't block you in because you --

A.    Right.

Q.    -- parked the Chevy undercover, right?

A.    Yes.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.**MILESTONEREPORTING**.com          Toll Free 855-MYDEPOS

Q.   So when he would park on the grass, would he park between -- which house would he park between?

A.   The one on the left.

Q.   Okay.  Okay.  The one on the left, meaning the one closer to Hialeah, right?

A.   Yes, correct.

Q.   It would have actually been the house to your left that was at the corner of Hialeah and Harrington, right?

A.   Correct.

Q.   Have you learned that that home, the home located -- left of yours at the corner of Hialeah and Harrington is the home where Keith Moses was taking cover while there were law enforcement in the area? Have you ever learn --

A.   Did I -- did I learn --

Q.   Have you --

A.   -- that?  Yes.

Q.   Yeah.  All right.  Have you ever spoken to the owner of that home about Keith Moses hiding in the backyard or in or around their home on the morning of February 22?  Have you ever spoken with your neighbor about that?  So we obviously had an --

A.   No.

Q.   -- activity issue.  You were likely -- I mean,

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

but nobody was able to observe because of the connection. Could I ask you to repeat your answer, please?

A.   No.

Q.   To your knowledge, did any Orange County Sheriff deputy ever exercise control over your neighbor's property?

A.   I believe just over there where the officers were, just those -- just that area.

Q.   Just the area where the flag -- the neighbor with the flagpole --

A.   Yeah.

Q.   -- was?

A.   Uh-huh.

Q.   Yes?

A.   Yes.

Q.   Yes. And referring back to the exhibit that we created or marked, I should say, during the first part of your deposition, do you recall where I had you mark in red the location where you encountered the deputy?

A.   Yes.

Q.   And you identified the deputy's patrol car as being parked alongside the road on the grassy front yard of a neighbor's home across the street, right?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

A.    Yes.

Q.    So that's the only home that you knew the Orange County Sheriff's deputy to have some control over as people were coming and going?

A.    And the -- the lady that pulled up behind me, that's -- I know she stayed down the street.  And she was trying to get down there, and she couldn't.

Q.    She couldn't pass through Hialeah because they had blocked Hialeah?

A.    Yeah.  They blocked Hialeah.  She couldn't. So she had pulled in right behind me on that last -- on that -- the one where I was coming in from talking to the officer.  She pulled, ran into that -- my neighbor's yard.  I don't know her name, but I just know her car and -- you know, because we used to walk the block.

But I know that she was trying to get to her house because I heard her -- because I stood outside. And I heard her fussing, like, I'm trying to get to my house, type vibe.  So yeah, she couldn't get to her --

Q.    Did she live on --

A.    -- so --

Q.    Ms. Turner, did this neighbor that you're speaking of live on Hialeah?

A.    Yes.

Q.    Okay.  And are you referring to the video that



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

we viewed earlier in your deposition of the white SUV pulling into the driveway?

A.   Yes.

Q.   Okay.  And I think you testified that after you arrived home, you stood outside your car and you looked around and you didn't speak with anybody, but you were making observations and you overheard this woman?

A.   Yes.

Q.   And it was at that moment that you heard the woman express that she was having -- trying to find a way to get to her home on Hialeah, right?

A.   Yes.

Q.   Okay.  What time would you say you actually fell asleep, if you did?  Did you fall asleep on the afternoon of February 22?

A.   Yes.  It probably took me -- it didn't take me long because I had a long day.  I had -- did a -- a lot of things before I laid down, so I was pretty much tired, by the time I got --

Q.   Okay.

A.   -- back with T'Yonna, yes.

Q.   Yeah.  It sounds like you had a full day, for sure, working the night shift.  I understand that you were awoken by your daughter, and your daughter was frightened because of an intruder into the home, right?



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

A.   Yes.

Q.   Can you tell me, do you know how the intruder entered your home?

A.   Through the back door, through the sliding door glass.

Q.   Yeah.  And the intruder we know is Keith Moses, right?

A.   Yes.

Q.   Do you know -- or strike that.

In February of 2023, did you know Keith Moses, or anyone related or associated with him?

A.   No.

Q.   Did anyone in your household have any association with Keith Moses or a family member or associate of his?

A.   No.

Q.   What did -- what is your son's name?

A.   Tokiyo.

Q.   That's right.  Tokiyo Major, Jr., right?

A.   Yeah.

Q.   Does he go by Junior?

A.   Yes.

Q.   Did Tokiyo Major, Jr., know Keith Moses?

A.   I don't think so, no.

Q.   Okay.  So from -- so Keith Moses was and is a

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

complete stranger to you?

A.   Yes.

Q.   Okay.  When you first saw Keith Moses in your home, where was he?

A.   At the doorway of my bedroom.

Q.   And to get to the doorway to your bedroom, can you identify for me where within the home he would've had to pass?

A.   Pretty much everything and down the hall.

Q.   Okay.  All right.  Did Moses say anything to you?

A.   No.

Q.   Other than a gun, was he holding anything?

A.   No.

Q.   Did Moses seem to be frightened?

A.   No.  I don't -- I don't know.  I just seen him and the gun fired.  That's it.  I don't know how he was acting or looking.  Just --

Q.   Okay.  Yeah.  It -- when your daughter entered your room, had she already been injured from a gunshot wound?

A.   Yes.

Q.   So you had heard the gunshots?

A.   No.

Q.   And you did not hear the gunshots because you

 MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

were asleep or for -- how can you explain that?

A.   Yes.

Q.   You were asleep?

A.   I didn't hear it because I was asleep.

Q.   Okay.  How did Moses leave from your home?

A.   Through the -- we have a side door that leads to the carport.

Q.   Do you know what caused him to -- excuse me. Do you know what caused him to stop the attack and to leave the home?  Do you know what caused him to do that?

A.   No.

Q.   I understand, and we have the 911 audio recording.  There were several calls made from your home and your -- and others in the area of the shooting, the sound of the gunshots.

You called your husband first to seek his help, right?

A.   I don't think so, no.

Q.   Okay.  You --

A.   I called 911.

Q.   You think you called 911 first?  When your husband, obviously, was informed of the shooting, right? Did you inform him of the shooting?

A.   Yes.

Q.   Yeah.  And he clearly rushed home.  Was he at



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

your home before law enforcement arrived?

A.   Yes.

Q.   Okay.  And when your husband arrived home, was Moses anywhere to be seen?

A.   No.

Q.   How many minutes after the shooting would you estimate passed before your husband came home?

A.   I -- he was -- I think he was already on his way home, so probably in -- in the dentist's office, five minutes away, probably.  It didn't take him long to get here at all.

Q.   Oh, okay.

A.   I'd say a good ten minutes.

Q.   And how many gunshot wounds did you sustain? And where on your body --

A.   One.

Q.   -- were you shot?

A.   In my left arm, elbow area.

Q.   Was it above or below the elbow?

A.   Kind of, like, both.  It, kind of, went in and went out --

Q.   Okay.

A.   -- the other side, like, the -- the top half. And then went out, like, towards the bottom.

Q.   I know from reviewing the records that your

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

attorney produced in the case that the bullet did not impact any bone; is that true?

A. Yes. That's true.

Q. How long were you in the hospital for in treatment of your gunshot wound?

A. Just that night.

Q. And is that the -- did your daughter pass on the night of the shooting --

A. Yes.

Q. -- Ms. Major? Yes. And she was at Arnold Palmer?

A. Yes.

Q. Were you with or near your daughter when she passed?

A. I was in the other -- in the other hospital. I guess I was in ORMC.

Q. Okay. And were you at ORMC, when you learned about your --

A. Yeah.

Q. -- daughter's death?

A. Yes.

Q. Was your husband with you at that time?

A. Yes.

Q. With respect to the gunshot wound that you sustained, when did you last receive any medical

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

treatment for that injury?

A.   Last year, 2025.

Q.   So I'd like to walk through your treatment of your gunshot wound, if you don't mind.  And I understand that you would not have photographic recollection of your medical record or your history, so just your best, please --

A.   Okay.

Q.   -- effort at recalling.  So you were discharged from ORMC for the gunshot wound that evening, right?

A.   Yes.

Q.   And when you were discharged, obviously, you were bandaged in some fashion, right?

A.   Yes.

Q.   Did you have a follow-up visit at the hospital or somewhere else in inspecting and evaluating the gunshot wound in the days or weeks that followed?

A.   Yes.  So --

Q.   Where did you receive those evaluations?

THE REPORTER:  I think she might be frozen.

MR. MOES:  Yeah.

BY MR. MOES:

Q.   I believe we just had a second connection problem, Ms. Major.  So nobody heard your testimony --


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

A.    At - at Orlando Good Health and Sanitas Medical --

Q.    Okay.

A.    -- good Health and -- and Sanitas Medical.

Q.    Had you been to Orlando Good Health before the shooting?

A.    No.

Q.    Had you been to Sanitas Medical before the shooting?

A.    Yes.

Q.    Was Sanitas Medical Center your primary care provider at that time?

A.    Yes.

Q.    Generally, what type of treatment did you receive for your gunshot wound at Orlando Good Health?

A.    He examined it.  I was telling him about how -- how I was feeling and then he -- he gave -- he prescribed me some pain medicine and some muscle relaxer and took my -- x-rays, you know, the whole nine.

Q.    And with respect to Sanitas, can you describe generally the care that you received for the gunshot wound at Sanitas?

A.    They also would give me muscle relaxer and therapy.

Q.    Okay.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

A.   They referred me to CORA -- CORA.

Q.   Did you have stitches related to the gun -- the wounds?

A.   No.

Q.   How long were you bandaged for those wounds?

A.   Oh, wow.  I had bandages for a while until it, you know, closed -- started to look like it wanted to close.  I had bandages on a while, but they -- they said I needed to let it get air as well, too.

Q.   So did you have a -- did you -- did the gunshot cause an entry and exit wound?

A.   An enter and exit wound, you said?

Q.   Yeah.  In and out.

A.   Yes.  Uh-huh.  Yes.

Q.   Okay.  Okay.  Any infections or complications with your wound healing?

A.   No.

Q.   You had physical therapy to help you rehabilitate your left elbow?

A.   Yes.

Q.   About how many months of physical therapy or sessions did you receive?

A.   I did a couple of weeks of it, but it -- it had began to get costly, so --

Q.   Okay.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

A.   Copays.  I --

Q.   When did you last have any physical therapy? Was that in 2025?

A.   No.  That had to be, like, in 2024.

Q.   Okay.  So what type of medical care have you received for your gunshot wounds in the year 2025, if any?

A.   Just -- I've been getting -- I get my medication, and that's it.  I -- I do -- I try to do at home stuff to help --

Q.   Okay.

A.   -- up my arm.  I -- I do my ice packs and cold packs.  Like, that's all I can -- it ain't too much you can do.

Q.   Are you taking any medication for your gunshot wound?

A.   Yeah.

Q.   What type of medication do you take?

A.   I take -- it just depends on the pain level. Sometimes some -- I take over the counter, or I take what the doctor prescribe, hydrocodone.

Q.   When is the last time you've taken hydrocodone for -- to control pain?

A.   I mean, yeah -- yeah.  I take it yesterday. I've been in a lot of pain with the cold.



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

Q. And in a given week, how many times do you find your pain to be at such a level that you take hydrocodone?

A. Maybe, like, three, four times out the week. It just depends. It's been a -- it's been pretty bad lately with the weather --

Q. Okay.

A. -- but --

Q. And the pain, I presume, is located in the left upper extremity, the elbow area?

A. Yeah. Yes.

Q. Anywhere else? Physical pain that is, ma'am.

A. Yeah. The whole arm, actually. I get extreme pains.

Q. Have you been told that you've --

A. Shoulder --

Q. -- sustained a -- have you been told by any medical doctor that you've sustained a nerve injury of any kind in the left arm? Have you been told that?

A. Yes. This -- this computer. Yes.

Q. Has a study of any nerve injury been done by way of putting electrodes on your arm and causing a low current of -- no? Have you been seen by a --

A. It's --

Q. -- neuro --

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

A.    Can you repeat?

Q.    Has any study been done that you remember where electrodes were placed upon your upper extremity and a test was done to determine whether or not your nerves were intact or injured in any way?

A.    No.  No.

Q.    Have you been seen by a neurologist?

A.    No.

Q.    Have you been referred to any doctor to further evaluate a nerve injury to your left arm?

A.    No.

Q.    With respect to the grief that you've experienced with the loss of your daughter and the trauma of the shooting, I have a few questions of you, ma'am.

Prior to the shooting, had you ever established a patient-physician or patient-psychologist relationship?

A.    No.

Q.    In other words, prior to the shooting incident, have you ever found the need to consult with a mental health professional?

A.    No.

Q.    Are you currently under the care of a psychiatrist or psychologist?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

A.   Yes.

Q.   And who would that be?

A.   APG Health.

Q.   Okay.  That's -- stands for Advanced Psychiatric Group?

A.   Yes.

Q.   Are you being seen by a psychiatrist, a psychologist, or a physician assistant there?

A.   A psychiatrist.

Q.   And who's your psychiatrist?

A.   Dr. Murray.

Q.   How long have you been a patient of Dr. Murray's?

A.   Since 2023.

Q.   How regularly are you seen by Dr. Murray?

A.   Sometimes it's monthly.  It just depends on me and how I'm -- how I'm doing.  Monthly or every three to six weeks, something like that.

Q.   Have you seen Dr. Murray this year?

A.   No.  I have an appointment coming up.

Q.   What is that appointment set for?

A.   December.  I believe it's the 13th.

Q.   Which month, ma'am?

A.   I -- I mean, I think it's February the 13th or somewhere right -- it might be the 23rd.  I don't --

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

it's coming.

Q.    Okay.  Has Dr. Murray prescribed any medications for you to help with your mental health?

A.    Yes.

Q.    What prescriptions have been given to you?

A.    It's a lot of them with some weird names.

Q.    How many are you taking?

A.    Four.

Q.    Are those prescription medications to be taken concurrently or -- are you to choose which of the four you take?

A.    No, they -- they're concurrently.

Q.    I should have asked this question of you at the outset of the deposition going back to Wednesday, but on Wednesday and today, have you taken any medications that would impair your ability to testify in this case?

A.    No.

Q.    You've taken medication today on prescription of Dr. Murray?

A.    Yes.

Q.    And you're not able to recall what you've taken?

A.    I -- I mean, I have a whole bunch of them. I'm -- I -- I know the names of them, but it -- it's



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

just hard to pronounce.

Q.   Where do you fill your prescriptions?

A.   At Walgreens on --

Q.   Okay.

A.   -- Hiawassee.

Q.   Is there a cross street at -- near Hiawassee or a highway?

A.   Yes.  Silver Star.

Q.   Have you been seen by any other mental health professionals other than Dr. Murray since the shooting?

A.   I had some therapy earlier.  When the incident happened, I had some therapy -- a therapist I talked to as well, but I haven't talked to her in a while.

Q.   Okay.  Was that through APG or elsewhere?

A.   That was through elsewhere.

Q.   Do you recall the name?

A.   Wait a minute.  I'm confused.  Hold on.  What is -- brave -- I believe it's called Brave Health.

Q.   Other than the loss of your daughter and the experience that you had with the shooting by Keith Moses, are there other issues occurring in your life that cause you to consult with Dr. Murray for help?

A.   No.

Q.   In other words, your marriage is strong?

A.   Yes.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        www.**MILESTONEREPORTING**.com        Toll Free 855-MYDEPOS

Q. And your finances are adequate? Do you feel secure in your financial standing?

A. I mean, not -- no, I don't, but I'm -- my husband has been doing a good job, so --

Q. Okay.

A. -- taking care of me, so --

Q. I guess what I'm going with, too, is, are there any other stressors in your life other than the grief and the experience that you had --

A. No.

Q. -- the trauma?

A. No.

Q. Are you in good health otherwise?

A. Yes.

Q. And you have a good relationship with your grandchildren and your son?

A. Yes.

Q. How long have you known your husband?

A. For a long time. Since I was 16 years old.

Q. Has the -- your experience with the shooting, has that compromised your relationship with your husband in any way?

A. No. We -- we do pretty good in spite of.

Q. Okay. Have the medical expenses that you incurred in your treatment of your gunshot wounds and

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

your injuries -- have they been covered through your husband's health insurance?

A. Yes.

Q. Have you made an application for employment in the last two years?

A. No.

Q. Do you feel as though you're incapable of employment?

A. Yeah.

Q. And help me understand your point of view.

A. My focus with everything is a lot -- it's a lot for me to focus with everything going on in my life.

Q. And do you see that -- are you optimistic that that will change?

A. I pray to God every day. I want to get it all behind me.

Q. Are you able to use your right -- excuse me. Your left arm?

A. Yes, to a certain extent. It -- sometimes it just give up. I drop things. I get numb in my fingers. Charley horses in my arm, hand, lock -- where it locks up on me sometimes.

Q. Is there anything that you're unable to do now?

A. So I -- I rarely use it to the point where I

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

wear out my right arm.

Q.   Okay.  I'm not --

A.   Sometimes it's -- it's hard to -- I'm in pain from bathing and dressing and just other things like that.  Too much of anything will just cause it to just tweak out on me sometimes, like start to hurting and throbbing.

Q.   Do you know any employee of the Orange County Sheriff's Office?

A.   I know a couple, yeah.  I don't know if they still are now, but I'm -- I just --

Q.   Yeah.  Give me -- can you get -- tell me the names of the couple of employees that you know?

A.   I don't know.  Well, the person that used to be -- I -- I think her name is Tonjala (phonetic) Frost and

and --

Q.   Okay.

A.   Who else that I know by name?  Who else?  Is it Orange County, or is that OPD?  I don't know if it's OPD or Sheriff.

Q.   How do you know -- or what did you say? Tanjelo Frost?

A.   Tanjela -- tanjela.  I think it's Tonjala Frost.



MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.**MILESTONEREPORTING**.com          Toll Free 855-MYDEPOS

Q.   Oh.  A female?

A.   Yes, it's a female.

Q.   And how do you know Tanjela Frost?

A.   She worked for the Sheriff's Office, and then I knew her from -- coming as a child cheering -- doing cheerleading stuff.  And I believe she was, like, a coach or something like that, but also a sheriff.

Q.   What would -- do you have a current relationship with her?

A.   I haven't talked to her in a long time, but when this happened, she did reach out to me.  Yes.

Q.   And have you spoken to her about your lawsuit?

A.   No.  I don't talk to nobody about that.

Q.   Have you spoken to her about the shooting?  I mean, other than her reaching out to you.  I'm assuming that was to check on your wellbeing --

A.   Yes.

Q.   -- because she was -- right.  You have a good relationship with Ms. Frost, right?

A.   Right.

Q.   She reached out to you in a personal way, not as a matter of law enforcement, I assume, right?

A.   Correct.  Correct.  Uh-huh.

Q.   Can you recall the name of any other Orange County Sheriff deputy or employee that you know

 MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          www.**MILESTONEREPORTING**.com          Toll Free 855-MYDEPOS

personally?

A. I'm trying to think. Not right offhand, no. But that's the one that stood out to me right -- but I do know some officers.

Q. So you were previously employed as a security guard, and you had a particular certification, right?

A. Yes.

Q. Had you ever attended a police academy?

A. No.

Q. Have you ever aspired to be a law enforcement officer?

A. No.

Q. Is there any -- particular reason why you don't --

A. No. No --

Q. -- want to be in the --

A. -- just never thought -- never -- that never crossed my mind. That's all. It's never crossed my mind.

Q. Have you been asked to testify in the criminal case in the matter being -- the matter the State is prosecuting Mr. Moses for, the shooting?

A. Have I been what now?

Q. Have you been asked by the State of Florida, the state attorneys to testify in the prosecution of



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Keith Moses for the murder of your daughter and the shooting of you and the shooting -- death of Dylan?

A.   No, not yet, I guess.

Q.   Okay.

A.   It's still in process, I guess.  I don't know.

Q.   Are you preparing to attend the criminal trial?

A.   I don't know.

Q.   Have you considered that yet?

A.   No.

Q.   Okay.  I would like to question you regarding your daughter and I will test -- I will question you in your capacity as the personal representative of her estate.

MR. MOES:  It's 3:45.  Why don't we take a brief break here, Richard, before we move on, okay?

MR. SMITH:  And how long do you think this'll take?  Because -- just because it's been I thought you needed an hour or --

MR. MOES:  So --

MR. SMITH:  -- because I've got a couple phone calls that I've got to make, but --

MR. MOES:  I didn't hear what you said, Richard.  You do or --

MR. SMITH:  Oh, I said -- I'm just trying to

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

get an estimate.  I thought you had wanted an hour, and so I -- I've got a couple phone calls that I need to make coming up soon, but I could say --

MR. MOES:  I would say I probably have about 30 minutes.

MR. SMITH:  Okay.  All right.  And let's come back at 3:50 and try to finish that up.

MR. MOES:  Okay.  Sure.

MR. SMITH:  All right.  Thanks.

THE REPORTER:  Off the record.

(A recess was taken.)

THE REPORTER:  We're back on the record.

BY MR. MOES:

Q.   Ms. Major, you are the personal representative of your daughter, T'Yonna's estate, right?

A.   Yes.

Q.   And you are court appointed, of course? There's -- you are appointed by the Court?

A.   Yes.

Q.   Who are T'Yonna's survivors, aside from you?

A.   My husband, Tokiyo.

Q.   Is your husband asserting a claim in this action as survivor?

A.   No.

Q.   Are you pursuing a claim solely as the



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

personal representative for the estate -- your

daughter's estate?

A.   Yes.

Q.   Your daughter was age nine at the time of her

death, right?

A.   Yes.

Q.   And you have another son, and I believe you

told me his age was 24?

A.   25.  I probably --

Q.   25.

A.   Yeah.

Q.   So how many years separation are there between

your two children?

A.   13.

Q.   And how old were you when you had T'Yonna?

A.   32, maybe.  30, 32 -- 30.

Q.   Your daughter was a student at Pine Hills

Elementary at the time?

A.   Yes.

Q.   And -- she was a regular ed student?

A.   She was a regular student?

Q.   Yeah.  A regular education student?

A.   Yes.  Uh-huh.

Q.   She wasn't disabled or in a specialized

program of any --



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

A.   Oh, yeah.

Q.   -- kind, was she?

A.   No.

Q.   She enjoyed dancing and cheer, extracurricular --

A.   Gymnastics.

Q.   Gymnastics.  Did she compete in gymnastics?

A.   Yes.

Q.   I have a sense that you were -- you were somewhat gymnastic inclined in as much as you -- made reference to a cheer coach.

     Do -- are you also a gymnast or a former gymnast?

A.   No.

Q.   Your daughter was in good health, right?

A.   Yes.

Q.   Are your parents still with us?

A.   My mother.

Q.   And your father, is he still with us or --

A.   Huh-uh.

Q.   -- has he passed?

A.   Yes, he's -- he passed.

Q.   Your daughter's -- was your daughter buried?

A.   Was she --

Q.   Was she buried?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

A.    No.

Q.    Where was the -- your -- there was a memorial, clearly, for your daughter, right?  A memorial service?

A.    I -- yes.

Q.    Where was that?

A.    On Powers, at a church.

Q.    You recall the name of the church?

A.    I forgot the name of it.  Yeah.  I forgot the name of it.

Q.    Are you a member of a church?

A.    No.

Q.    Is your husband --

A.    No.

Q.    -- a member of it?

A.    No.

Q.    Who paid for the expenses associated with the funeral or memorial of your daughter?

A.    We paid for certain things, but the -- the memorial people, they helped out.  We didn't have to pay for certain things, so we just paid for -- but I paid --

Q.    Do you --

A.    -- whatever was left to pay, I paid.

Q.    -- do you know how much you paid in --

A.    Like --

Q.    -- the -- or --

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

A.   -- like, $1,500.

Q.   Are you familiar with the GoFundMe app?

A.   Yes.

Q.   Was a GoFundMe app established for you and your daughter?

A.   Yes, for my daughter.

Q.   How much was received by way of donation through the GoFundMe app?

A.   I believe it was $50,000.

Q.   Approximately $50,000?

A.   Yes.

Q.   Okay.  And have you benefited from that -- for -- from those donations?

A.   Yes.

Q.   And did you use those donations or a portion of those donations to cover the expenses of your daughter's memorial and funeral?

A.   Yes.

Q.   Your daughter never had contact with any law enforcement officer on February 22, 2023, did she --

A.   No.

Q.   -- prior to the shootings?

A.   No.

Q.   Was your daughter's memorial recorded?  Was the celebration recorded in any way?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

A.    Yes.

Q.    Was media present?

A.    No.

Q.    Did you record the celebration of life from memorial or did somebody else?

A.    Someone else.  I believe it was the church.

Q.    What have you done to memorialize your daughter's life?

A.    What have I done?

Q.    Is that a -- yeah.  Have you -- and you told me about the bill that you are --

A.    Uh-huh.

Q.    -- seeking to pass through the Florida Legislature, and --

A.    Uh-huh.

Q.    -- obviously, your cause is good, but also, you are, I would -- I would guess, you are also motivated to memorialize the life of your daughter through that bill; is that a fair statement?

A.    Yes.

Q.    Have you done anything similar to that, established a fund or a site -- a website or --

A.    Yes.  Foundation.

Q.    Tell me about the foundation.

A.    It's in honor of her.  We advocate the -- end

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

gun violence, and we do a lot of community work.

Q.   Does this foundation have members?

A.   Just -- just my family.  And, you know, my --

Q.   And that would be you -- I'm sorry, but your family would be you, your husband, and your son, and your mother, or?

A.   I have a big family.

Q.   Okay.

A.   So it's, like, cousins, mom, stepdad, just family.

Q.   Does your family come together as -- in furtherance of this foundation and the mission of the foundation, do they come together with --

A.   Yeah.

Q.   -- any regularity?  How often do they come together?

A.   Quarterly.

Q.   Okay.  Does this foundation have a board of directors?

A.   Yes.

Q.   And who is on the board?

A.   Me, myself, and my husband and my mother and my aunt, my cousin, and my stepdad.

Q.   What is --

A.   So if --

 MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

Q.  -- your stepfather's name?

A.  Paul Stokes.

Q.  Can you spell his last name, please?

A.  S-T-O-K-E-S, Stokes.

Q.  Okay.  And your -- I -- forgive me, I may have asked this of you on Wednesday, but your mother's name is?

A.  Judith Stokes.

Q.  Okay.  What is the mission of the foundation?

A.  Just to bring awareness and to end gun violence and bring the community together and doing cleanups and feeding the homeless and stuff like that.

Q.  Good.  Is there fundraising made through this -- through the foundation?

A.  We had one fundraiser before.

Q.  Would you describe that foundation as a strong one, a lot of interest and support for the cause?

A.  Yeah.  It's growing.

Q.  What is the official name of the foundation?

A.  The -- the Yaya's Dream Foundation.

Q.  Does the Yaya Dream Foundation have a website or a web presence?

A.  Yes.

Q.  I'm sharing my screen with you.

A.  Yes.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

Q.    Is this the webpage for your foundation?

A.    Yes.

Q.    The fundraiser that you spoke of is -- was this fundraiser on November the 29th of last year?

A.    No.  That was a cookout at the Christian Service Center.  I just need an update.

Q.    Okay.  Well, for the record, I'm showing you the webpage of yayasdream.org, and it's spelled Y-A-Y-A-S-D-R-E-A-M.org.

A.    Yes.

Q.    You can buy T-shirts, can donate, correct?

A.    Yes.

Q.    And this is a not-for-profit, correct?

A.    Yes.

Q.    Have any scholarships been awarded?

A.    We did help a gymnast out to go to competition a while -- I think it's been about a year.

Q.    To your knowledge, has anyone affiliated with Yaya's Dream, the foundation, reached out to collaborate with the Orange County Sheriff's Office or the Orlando Police Department or any other law enforcement agency on a project?

A.    No, not as -- not as of yet.

Q.    Did your daughter have a life insurance policy?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

A. Yes.

Q. And who was the beneficiary of the policy?

A. My husband.

Q. And the amount of the policy?

A. I don't know -- I don't know.

Q. You do not know?

A. I'm -- I'm not sure.

Q. Has the policy -- the life insurance policy, been administered through the estate or was the benefit paid directly to your husband?

A. It was paid to my husband.

Q. What was the source of that policy? Had you and your husband purchased the policy, or was it employer provided?

A. I believe it was employer provided.

Q. Your daughter's medical expenses, have those medical expenses been paid?

A. I'm not sure. I think -- I guess. I don't know. I haven't got anything.

Q. You're not aware of any medical expenses that have accrued against the -- your daughter's estate for the emergency medical services that she received?

A. No.

Q. Okay. Your daughter was insured under your husband's health insurance policy at the time of her

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

death, correct?

     A.   Yes.

          MR. MOES:  Okay.  Thank you, Ms. Major.  I have no further questions of you.  Your attorney may have a few questions of you.

          MR. SMITH:  I have no questions.

          And she will read.

          MR. MOES:  Thank you.

          Thank you for accommodating and be well, everybody.

          THE WITNESS:  Okay.  You, too.

          THE REPORTER:  And Mr. Moes, did you want to order the transcripts today?

          MR. MOES:  I will order them.  Regular turnaround is fine.

          THE REPORTER:  Thank you.

          And Mr. Smith, would you like to order the copies?

          MR. SMITH:  I'm going to hold off right now.

          THE REPORTER:  Thank you.

          All right.  We're off record.

            (Deposition concluded at 4:08 p.m. ET)



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

CERTIFICATE OF OATH

STATE OF FLORIDA

COUNTY OF ORANGE

I, the undersigned, certify that the witness in the foregoing transcript personally appeared before me and was duly sworn.

Identification:  Produced Identification

_____

NICOLE WARD

Court Reporter, Notary Public

State of Florida

Commission Expires: 09/17/2025

Commission Number:  HH 165735

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      **www.MILESTONEREPORTING.com**      **Toll Free 855-MYDEPOS**

C E R T I F I C A T E

STATE OF FLORIDA)

COUNTY OF ORANGE)


     I, NICOLE WARD, Court Reporter and Notary Public
for the State of Florida at Large, do hereby certify
that I was authorized to and did report the foregoing
proceeding, and that said transcript is a true record of
the said proceeding.


     I FURTHER CERTIFY that I am not of counsel for,
related to, or employed by any of the parties or
attorneys involved herein, nor am I financially
interested in said action.


Submitted on: February 17, 2026.






_____

                    NICOLE WARD

                    Court Reporter, Notary Public


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     www.**MILESTONEREPORTING**.com     Toll Free 855-MYDEPOS

ERRATA

PAGE      LINE                        CHANGE      REASON

I have read the entire transcript of my deposition taken in the captioned matter or the same has been read to me.I request that the following changes be entered upon the record for the reasons indicated. I have signed my name to the Errata Sheet and authorize you to attach the changes to the original transcript.

_____        _____
Date                          NAME



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      **www.MILESTONEREPORTING.com**      **Toll Free 855-MYDEPOS**



**February 17, 2026**
**Richard Smith, Esquire**
NeJame Law
111 North Orange Ave, Suite 1300
Orlando, FL 32801

RE:    Deposition of **Brandi Turner** taken on **2/6/2026**
        Brandi Turner et al  v. Jackson B. Keyes and John Mina, Sheriff of Orange County

Dear Mr. **Smith**,

### IMPORTANT NOTICE FOR DEPOSITION TRANSCRIPT READ AND SIGN
It is suggested that the review of this transcript be completed within 30 days of your receipt of this letter,
as considered reasonable under Federal Rules*.

_____    **Attorney - Copy of Transcript Enclosed:**  Signature of the Deponent is required.  Please have the deponent make any corrections/changes necessary on the Errata Sheet ONLY, sign name on the form where indicated.  Please return ONLY the original signed Errata Sheet to our offices within 30 days from the date of this memorandum.  If you have any questions, please call our offices.

_X_    **Attorney - No Copy Ordered:**  Since you did not request a copy of the transcript, it will be necessary for the Deponent to call our offices to arrange for an appointment to read and sign the transcript of the Deposition within 30 days of this memorandum.

_____    **Deponent:**    At the time of your deposition, you did not waive your right to read and sign the transcript of your testimony, therefore, attached please find a copy of the transcript and Errata Sheet.  Please read the transcript, make any corrections necessary on the Errata Sheet ONLY, sign the bottom of the Errata Sheet, and return it within 30 days from the date of this memorandum.  Please call our offices if you have any questions.

_____    **Deponent:**    At the time of your deposition, you did not waive your right to read and sign the transcript of your testimony, therefore, it is necessary for you to come to our offices to read and sign same.  Please call Milestone Reporting Company to arrange for an appointment at your earliest convenience.

_____    **The errata sheet(s) and Notary Certificates(s) have not been received by our office in the allotted time period. The original transcript has been filed with the appropriate court or counsel.**

Thank you for your attention to this matter.

No. 431393                              Reporter:

cc: Brian Moes, Esquire


Waiver:
I, Brandi Turner**,** hereby waive the reading and signing of my deposition transcript.

_____                    _____
Deponent Signature                                        Date

*Federal Civil Procedure Rule 30 (e) / Florida Civil Procedure Role 1.310 (e)

**$**

**$1,500** 50:1

**$50,000** 50:9,10

**0**

**09/17/2025** 57:19

**1**

**1** 8:2,3

**1:51** 10:19

**1010** 2:22

**1035** 2:21

**11:48** 8:16 9:9 10:1 20:6

**111** 2:9

**12:15** 12:2,3,14

**13** 47:14

**13:51** 10:19

**1300** 2:10

**13th** 37:22,24

**14** 10:19 11:22

**16** 40:19

**165735** 57:20

**17** 58:17

**19** 8:4

**2**

**2:00** 19:6,11

**2:30** 18:19

**2:41** 1:21 4:5

**20** 10:12

**2022** 13:18,23

**2023** 12:2 13:18 14:4,8 26:10 37:14 50:20

**2024** 34:4

**2025** 16:21 31:2 34:3,6

**2026** 1:20 4:5 16:23 58:17

**2026-2-3** 8:3 10:5 11:20

**22** 8:17 12:2 13:13 14:4,8 19:8 22:22 25:15 50:20

**23rd** 37:25

**24** 47:8

**25** 47:9,10

**29th** 54:4

**3**

**3** 10:6,16

**3:00** 19:16,18

**3:30** 18:20 19:16

**3:45** 45:15

**3:50** 46:7

**30** 19:14 20:13 46:4 47:16

**315** 4:2

**32** 47:16

**32792** 2:23

**32801** 2:11 4:3

**35** 20:13

**4**

**4** 10:6 11:21,23 13:1

**4:00** 18:20 19:6,11

**4:08** 56:22

**40** 18:2

**45** 12:3

**5**

**510** 4:3

**5914** 5:16

**6**

**6** 1:20 3:3

**6:25-cv-00252-PGB-UAM** 1:12

**6TH** 4:5

**7**

**7:00** 12:19

**7:15** 12:19

**703212** 1:25

**8**

**8:00** 12:23

**9**

**911** 28:12,20,21

**A**

**ability** 38:16

**able** 23:1 38:22 41:17

**academy** 44:8

**accommodating** 6:10,11 56:9

**account** 8:25

**accrued** 55:21

**across** 23:25

**act** 17:19 18:6

**acting** 27:18

**action** 46:23 58:15

**activate** 20:19

**activated** 8:23

**activity** 22:25

**actually** 17:20 22:7 25:13 35:13

**additional** 6:21

**adequate** 40:1

**adjourned** 6:12,19

**administered** 55:9

**Advanced** 37:4

**advocacy** 17:4

**advocate** 51:25

**advocating** 16:18

**advocators** 17:15

**affiliated** 54:18

**affirm** 5:24

**afternoon** 5:5 6:8 10:19



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     **www.MILESTONEREPORTING.com**     **Toll Free 855-MYDEPOS**

12:15 25:15

**against** 55:21

**age** 47:4,8

**agency** 18:10 54:21

**agenda** 16:12

**ago** 6:12

**agreed** 4:7

**ain't** 34:13

**air** 33:9

**alert** 8:22 9:3 16:15 17:19 18:6 20:1,5

**alongside** 23:24

**already** 12:9 13:20 27:20 29:8

**am** 58:12,14

**amount** 55:4

**anniversary** 15:19

**answer** 23:2

**answers** 7:19

**anybody** 18:8 25:6

**anyone** 26:11,13 54:18

**anything** 27:10,13 41:23 42:5 51:21 55:19

**anywhere** 29:4 35:12

**APG** 37:3 39:14

**app** 50:2,4,8

**appearance** 5:3

**APPEARANCES** 2:1

**appeared** 2:13,25 57:7

**appearing** 5:13 9:20

**application** 41:4

**apply** 7:10

**appointed** 46:17,18

**appointment** 19:3,15 20:15 37:20,21

**approximate** 10:21

**approximately** 12:14 20:13 50:10

**area** 16:16 19:19 20:2 21:2,15 22:14 23:9,10 28:14 29:18 35:10

**arm** 29:18 34:12 35:13,19,22 36:10 41:18,21 42:1

**Arnold** 30:10

**arrived** 12:19 19:18,21 25:5 29:1,3

**arriving** 20:18

**aside** 46:20

**asleep** 19:21,23 25:14 28:1,3,4

**aspect** 6:15

**aspired** 44:10

**asserting** 46:22

**assistant** 37:8

**associate** 26:15

**associated** 26:11 49:16

**association** 26:14

**assume** 43:22

**assuming** 21:21 43:15

**attach** 59:20

**Attachment** 8:3 10:5 11:21

**attack** 28:9

**attend** 45:6

**attended** 4:4 44:8

**attending** 5:3

**attention** 18:6

**attentively** 7:18

**attorney** 6:10 7:14 17:6 30:1 56:4

**attorneys** 44:25 58:14

**audible** 7:19

**audio** 18:23 28:12

**aunt** 52:23

**authorize** 59:20

**authorized** 58:8

**Avenue** 2:9

**awake** 19:21

**awarded** 54:15

**aware** 55:20

**awareness** 53:10

**away** 29:10

**awoken** 25:24

---
B
---

**backyard** 22:21

**bad** 35:5

**bandaged** 31:14 33:5

**bandages** 33:6,8

**bath** 19:16,24 20:14

**bathing** 42:4

**bears** 10:18

**become** 16:10

**bed** 18:18,19

**bedroom** 27:5,6

**beginning** 10:11

**behalf** 2:2,15

**behind** 24:5,11 41:16

**believe** 15:1,16 17:16,22 20:25 23:8 31:24 37:22 39:18 43:6 47:7 50:9



MILESTONE │ REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    **www.MILESTONEREPORTING.com**    Toll Free 855-MYDEPOS

51:6 55:15

**beneficiary** 55:2

**benefit** 55:9

**benefited** 50:12

**best** 31:6

**better** 7:13

**bill** 16:7,10,11,20 17:9,16,19,21 18:11,14 51:11,19

**block** 21:22 24:15

**blocked** 24:9,10

**board** 18:13 52:18,21

**body** 29:15

**bone** 30:2

**bottom** 29:24

**Boulevard** 2:21

**Brandi** 1:5,19 2:2 4:1 5:6,9,15,19 10:6 11:21

**brave** 39:18

**break** 7:16 45:16

**Brian** 2:19 5:11

**brief** 13:3,21 45:16

**bring** 53:10,11

**bullet** 30:1

**bunch** 38:24

**buried** 48:23,25

**buy** 54:11

---

C

**camera** 6:20,21,25 7:2 8:9,13,21,22,25 13:8 20:5,17,19

**capacity** 1:15 2:16 5:12 45:13

**captioned** 59:17

**car** 23:23 24:14 25:5

**card** 9:15

**care** 32:11,21 34:5 36:24 40:6

**carport** 28:7

**case** 1:12 30:1 38:17 44:21

**catch** 21:3

**cause** 33:11 39:22 42:5 51:16 53:17

**caused** 28:8,9,10

**causing** 35:22

**celebration** 50:25 51:4

**Center** 32:11 54:6

**certain** 41:19 49:18,20

**CERTIFICATE**

57:1

**certification** 44:6

**certify** 57:6 58:7,12

**change** 41:14 59:3

**changes** 59:18,21

**Charley** 41:21

**check** 43:16

**cheer** 48:4,11

**cheering** 43:5

**cheerleading** 43:6

**Chevy** 21:24

**child** 43:5

**children** 47:13

**chiropractor** 12:11

**choose** 38:10

**Christian** 54:5

**church** 49:6,7,10 51:6

**circumstance** 16:4

**circumstances** 16:5

**Civil** 4:7

**claim** 46:22,25

**cleanups** 53:12

**clear** 7:12,13,19

**clearly** 28:25 49:3

**close** 20:21 33:8

**closed** 33:7

**closer** 22:5

**coach** 43:7 48:11

**cold** 34:12,25

**collaborate** 54:19

**comes** 21:2

**coming** 12:6,7 20:6,24 21:3 24:4,12 37:20 38:1 43:5 46:3

**commencing** 4:5

**Commission** 57:19,20

**community** 52:1 53:11

**COMPANY** 4:2

**compete** 48:7

**competition** 54:16

**complete** 27:1

**completed** 4:10

**complications** 33:15

**compromised** 40:21

**computer** 35:20

**concerning** 20:5

**concluded** 6:19

---

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    www.**MILESTONEREPORTING**.com    Toll Free 855-MYDEPOS

56:22

**concurrently** 38:10,12

**conducted** 15:17

**confused** 39:17

**connection** 14:7 17:23 23:2 31:24

**considered** 45:9

**consistent** 10:20

**consolidation** 6:23

**consult** 36:21 39:22

**contact** 50:19

**contacted** 9:4

**continuing** 6:9

**control** 14:3 23:6 24:3 34:23

**controlling** 13:17

**conversation** 13:21,24 14:19 20:4,8

**cookout** 54:5

**Copays** 34:1

**copies** 56:18

**CORA** 33:1

**corner** 13:4,22 22:8,12

**correct** 9:1 12:19

14:8,10,15 22:6,10 43:23 54:11,13 56:1

**corrected** 6:16

**costly** 33:24

**counsel** 2:1 6:4 58:12

**counter** 34:20

**County** 1:16 2:17 9:18 13:15 14:2,6 18:9 23:5 24:3 42:8,20 43:25 54:20 57:4 58:4

**couple** 33:23 42:10,13 45:21 46:2

**course** 46:17

**court** 1:1 4:8 7:17,18 46:17,18 57:17 58:6,24

**cousin** 12:8,10 52:23

**cousins** 52:9

**cover** 22:14 50:16

**covered** 41:1

**created** 23:18

**crime** 20:2

**criminal** 44:20 45:6

**cross** 39:6

**crossed** 44:18

**current** 35:23 43:8

**currently** 36:24

**cuts** 18:23

—————————
D
—————————

**dancing** 48:4

**date** 12:1 59:25

**daughter** 10:23 11:1,11 12:21 15:7 25:24 27:19 30:7,13 36:13 39:19 45:1,12 46:15 47:4,17 48:15,23 49:3,17 50:5,6,19 51:18 54:24 55:24

**daughter's** 11:5 16:8 30:20 47:2 48:23 50:17,24 51:8 55:16,21

**day** 7:4 13:23 19:1 20:2,11 25:17,22 41:15

**days** 6:12 15:6,8 18:19 31:18

**death** 30:20 45:2 47:5 56:1

**DEBEVOISE** 2:20

**December** 37:22

**Defendants** 1:17 2:15

**dental** 19:2 20:15

**dentist's** 29:9

**departed** 11:10 12:22

**Department** 54:21

**depends** 18:21,24 34:19 35:5 37:16

**depicted** 12:5 13:7

**deposition** 1:18 4:1,6 6:9,11,13,15 23:19 25:1 38:14 56:22 59:16

**deputy** 5:12 9:9,14,18 13:4,8,16,21 14:3,6 20:6 23:6,21 24:3 43:25

**deputy's** 23:23

**describe** 32:20 53:16

**detained** 14:6,12

**determine** 9:4,7,19 21:10 36:4

**determined** 6:14 9:8,12

**DIRECT** 3:3 6:6

**directing** 13:17



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     www.**MILESTONEREPORTING**.com     Toll Free 855-MYDEPOS

directly 14:16 55:10

directors 52:19

disabled 47:24

discharged 31:10,13

district 1:1,2 18:2

DIVISION 1:3

doctor 34:21 35:18 36:9

donate 54:11

donation 50:7

donations 50:13,15,16

done 35:21 36:2,4 51:7,9,21

door 9:15,20 10:1 13:9,10 21:11 26:4,5 28:6

doorway 27:5,6

doubt 8:15

doubting 21:9

Dr 37:11,12,15,19 38:2,20 39:10,22

draw 18:6

Dream 53:20,21 54:19

dressing 42:4

driveway 20:20

21:1 25:2

drop 41:20

dropping 12:7

duly 57:8

during 23:18

Dylan 1:9 2:5 45:2

**E**

earlier 7:3 20:1,10 25:1 39:11

early 12:14 18:25

EAST 4:2

Eastern 12:3

ed 47:20

education 47:22

effort 17:18 31:9

elbow 29:18,19 33:19 35:10

electrodes 35:22 36:3

Elementary 11:11 47:18

else 31:17 35:12 42:19 51:5,6

elsewhere 39:14,15

emergency 55:22

employed 44:5 58:13

employee 42:8

43:25

employees 42:13

employer 55:14,15

employment 41:4,8

encounter 11:9 13:3

encountered 20:10 23:20

enforcement 9:19 11:9 13:11,16 18:10 19:19 20:9 22:14 29:1 43:22 44:10 50:20 54:21

enjoyed 48:4

enter 33:12

entered 26:3 27:19 59:18

entering 13:12

entire 59:16

entirety 8:4 11:25

entrance 20:21

entry 33:11

Errata 59:1,20

ESQ 2:7,19

establish 7:1 12:13 14:3

established 36:17 50:4 51:22

estate 1:7,9

2:4,5 45:14 46:15 47:1,2 55:9,21

estimate 29:7 46:1

ET 1:21 4:5 56:22

evaluate 36:10

evaluating 31:17

evaluations 31:20

evening 31:10

event 15:18

events 18:5

everybody 56:10

everything 27:9 41:11,12

exactly 16:13

EXAMINATION 3:3 6:6

examined 32:16

except 5:2

excuse 28:8 41:17

exercise 23:6

exhibit 23:17

exit 33:11,12

expenses 40:24 49:16 50:16 55:16,17,20

experience 39:20 40:9,20

experienced


MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     **www.MILESTONEREPORTING.com**     Toll Free 855-MYDEPOS

36:13

Expires 57:19

explain 20:23
28:1

express 25:10

extent 41:19

extracurricular
48:5

extreme 35:13

extremity 35:10
36:3

————— F —————

fact 5:19 11:6

fair 21:7 51:19

fall 25:14

familiar 50:2

family 17:15
26:14
52:3,5,7,10,11

fashion 31:14

father 48:19

Feb 8:17

February 1:20
4:5 12:2
13:12,18,23
14:4,8 19:7
22:22 25:15
26:10 37:24
50:20 58:17

FEDERAL 4:6

feeding 53:12

feel 40:1 41:7

feeling 32:17

fell 25:14

female 9:8 13:8
43:1,2

fill 39:2

finances 40:1

financial 40:2

financially
58:14

fine 56:15

fingers 41:20

finish 46:7

fired 27:17

Firm 2:8 17:3

first 23:18
27:3 28:16,21

five 29:10

flag 23:10

flagpole 23:11

Florida 1:2
2:11,23 4:3,9
5:8 16:9,13
17:4,8,18,25
44:24 51:13
57:3,18 58:3,7

focus 41:11,12

follow-up 31:16

footer 11:24

foregoing 57:7
58:8

forgive 53:5

forgot 49:8

former 48:12

foundation

51:23,24
52:2,12,13,18
53:9,14,16,19,
20,21 54:1,19

FRIDAY 4:4

frightened
25:25 27:15

front 9:20 13:9
20:21 23:24

Frost
42:15,23,25
43:3,19

frozen 31:21

full 25:22

fund 51:22

fundraiser
53:15 54:3,4

fundraising
53:13

funeral 49:17
50:17

furtherance
52:12

fussing 24:18

————— G —————

GARY 1:7 2:4

generally
32:14,21

getting
19:22,24 34:8

given 14:25
15:22 35:1
38:5

giving 16:5

glass 26:5

God 41:15

GoFundMe
50:2,4,8

grandchildren
40:16

grass 20:25
21:8,15,21
22:1

grassy 23:24

grief 36:12
40:9

group 17:14
37:5

growing 53:18

guard 44:6

guess 21:4
30:16 40:7
45:3,5 51:17
55:18

gun 27:13,17
33:2 52:1
53:10

gunshot 27:20
29:14 30:5,24
31:4,10,18
32:15,21 33:11
34:6,15 40:25

gunshots
27:23,25 28:15

gymnast
48:12,13 54:16

gymnastic 48:10

gymnastics
48:6,7



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

---
H
---

**habit** 18:18

**half** 29:23

**hall** 27:9

**hand** 5:24 41:21

**happened** 39:12 43:11

**hard** 39:1 42:3

**Harrington** 5:16 11:5 13:5,22 20:10 22:8,13

**haven't** 39:13 43:10 55:19

**having** 13:3 20:4,8 25:10

**healing** 33:16

**health** 32:1,4,5,15 36:22 37:3 38:3 39:9,18 40:13 41:2 48:15 55:25

**hear** 27:25 28:4 45:23

**heard** 24:17,18 25:9 27:23 31:25

**help** 28:17 33:18 34:10 38:3 39:22 41:10 54:16

**helped** 49:19

**helping** 17:8

**hereby** 58:7

**herein** 58:14

**he's** 17:24 18:1 48:22

**HH** 1:25 57:20

**Hialeah** 13:4,22 20:10 22:5,8,12 24:8,9,10,23 25:11

**Hiawassee** 39:5,6

**hiding** 22:20

**highway** 39:7

**Hills** 11:10 47:17

**history** 31:6

**hold** 39:17 56:19

**holding** 27:13

**home** 5:16 6:20 8:10,14 9:5,9,25 10:2 11:1,4,10 12:7,13,19 13:2 18:25 19:6,9,10,13,14,16,18,21 20:6,12,13,18,22 21:9,13,16 22:11,13,20,21 23:25 24:2 25:5,11,25 26:3 27:4,7 28:5,10,13,25 29:1,3,7,9 34:10

**homeless** 53:12

**honor** 16:8 51:25

**horses** 41:21

**hospital** 30:4,15 31:16

**hour** 45:19 46:1

**hours** 10:19 19:6

**house** 10:2 22:2,7 24:17,19

**household** 26:13

**Huh-uh** 21:13 48:20

**hurting** 42:6

**husband** 8:19 9:3,17 18:25 19:5,25 20:5,9,18,24 28:16,22 29:3,7 30:22 40:4,18,21 46:21,22 49:12 52:5,22 55:3,10,11,13

**husband's** 9:1 41:2 55:25

**hydrocodone** 34:21,22 35:3

---
I
---

**ice** 34:12

**I'd** 29:13 31:3

**idea** 8:12 15:5

**Identification** 57:10

**identified** 8:2 10:5,18 11:20 23:23

**identify** 7:1 27:7

**identity** 9:8

**I'll** 7:5 8:5 10:12,15 11:22,24 17:17

**I'm** 5:6,7,8,10,16 7:11 8:3 14:22,23 19:20 21:3,4,9,10,12,21 24:18 37:17 38:25 39:17 40:3,7 42:2,3,11 43:15 44:2 45:25 52:4 53:24 54:7 55:7,18 56:19

**imminent** 16:16

**impact** 30:2

**impair** 38:16

**incapable** 41:7

**incident** 36:21 39:11

**inclined** 48:10

**incurred** 40:25

**independently** 17:11

**INDEX** 3:1

**indicated** 12:2 59:19

**INDIVIDUAL** 1:14



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    www.**MILESTONEREPORTING**.com    Toll Free 855-MYDEPOS

2:16

**individually** 1:5 2:3 5:13

**individuals** 13:17

**infections** 33:15

**inform** 28:23

**information** 9:14,15

**informed** 28:22

**injured** 27:20 36:5

**injuries** 41:1

**injury** 31:1 35:18,21 36:10

**inspecting** 31:17

**insurance** 41:2 54:24 55:8,25

**insured** 55:24

**intact** 36:5

**interest** 53:17

**interested** 58:15

**interview** 14:25 15:2,17,25 16:5

**interviewed** 15:6

**interviewer** 15:11

**interviews** 15:15,22

**intruder** 25:25 26:2,6

**investigation** 14:7

**involved** 58:14

**issue** 22:25

**issues** 39:21

**I've** 34:8,25 45:21,22 46:2

---
J

**Jackson** 1:14 2:15 5:12

**job** 7:13,20 19:1 40:4

**JOHN** 1:15 2:16

**joining** 18:10,14

**Jr** 26:19,23

**Judith** 53:8

**Junior** 26:21

---
K

**Keith** 22:13,20 26:6,10,14,23, 25 27:3 39:20 45:1

**Keyes** 1:14 2:15 5:12

**knew** 24:2 43:5

**knock** 10:1

**knocking** 13:9

**knowledge** 9:17 13:7,10,15 14:2 19:5 23:5

54:18

**known** 40:18

---
L

**lady** 24:5

**laid** 25:18

**Large** 58:7

**last** 11:13 15:23,25 24:11 30:25 31:2 34:2,22 41:5 53:3 54:4

**lately** 35:6

**latter** 7:4

**law** 2:8 9:19 11:9 13:11,16 17:3,4 18:9 19:19 20:9 22:14 29:1 43:22 44:10 50:19 54:21

**lawsuit** 43:12

**lay** 19:24

**laying** 19:22

**leads** 28:6

**learn** 22:15,16

**learned** 22:11 30:17

**least** 18:18 20:20

**leave** 9:14 28:5,10

**leaves** 18:25

**leaving** 10:25

**Legislature**

16:10,14 17:8 51:14

**let's** 46:6

**Letter** 60:5

**level** 34:19 35:2

**life** 39:21 40:8 41:12 51:4,8,18 54:24 55:8

**likely** 22:25

**LINE** 59:3

**linked** 9:1

**Listen** 7:10

**listening** 7:18

**live** 24:20,23

**lived** 21:11

**lobby** 17:8

**located** 22:12 35:9

**location** 5:4 23:20

**lock** 41:21

**locks** 41:21

**long** 8:4 11:22 25:17 29:10 30:4 33:5 37:12 40:18,19 43:10 45:17

**loss** 15:7 36:13 39:19

**lot** 15:12,13 25:17 34:25 38:6 41:11,12



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     **www.MILESTONEREPORTING.com**     Toll Free 855-MYDEPOS

52:1 53:17

**low** 35:22

**LYONS** 1:8,9 2:4,5

---

## M

**ma'am** 5:23 35:12 36:15 37:23

**Major** 1:7,19 2:4 4:1 5:15,19 6:8 26:19,23 30:10 31:25 46:14 56:3

**Majors** 6:8 7:5

**mark** 23:20

**marked** 11:23 23:18

**marriage** 39:24

**matter** 13:11 16:25 43:22 44:21 59:17

**may** 4:9 6:4,22 53:5 56:4

**maybe** 19:14 21:2 35:4 47:16

**me.I** 59:18

**mean** 22:25 34:24 37:24 38:24 40:3 43:15

**meaning** 22:4

**media** 14:25 15:3,6,23,25

16:5 51:2

**medical** 30:25 31:6 32:2,4,8,11 34:5 35:18 40:24 55:16,17,20,22

**medication** 34:9,15,18 38:19

**medications** 38:3,9,16

**medicine** 32:18

**member** 26:14 49:10,14

**members** 18:13 52:2

**memorial** 15:19,20 49:2,3,17,19 50:17,24 51:5

**memorialize** 51:7,18

**mental** 36:22 38:3 39:9

**MIDDLE** 1:2

**MILESTONE** 4:2

**Mina** 1:15 2:16 5:11 14:16,20

**mind** 31:4 44:18,19

**minute** 39:17

**minutes** 19:14 20:14 29:6,10,13 46:5

**mission** 52:12 53:9

**Moes** 2:19 3:3 5:11,21 6:5,7 8:1,8 10:8 11:17 31:22,23 45:15,20,23 46:4,8,13 56:3,8,12,14

**moes@debevoisep oulton.com** 2:24

**mom** 52:9

**moment** 16:12 25:9

**monitor** 7:23 11:15

**month** 37:23

**monthly** 37:16,17

**months** 33:21

**morning** 8:17 9:10 10:1 12:14 13:12,18,23 14:4 19:1 20:1,6 22:21

**Moses** 22:13,20 26:7,10,14,23, 25 27:3,10,15 28:5 29:4 39:21 44:22 45:1

**mother** 48:18 52:6,22

**mother's** 53:6

**motivated** 51:18

**motor** 20:19

**move** 45:16

**murder** 45:1

**Murray** 37:11,15,19 38:2,20 39:10,22

**Murray's** 37:13

**muscle** 32:18,23

**myself** 52:22

---

## N

**nearby** 21:12

**neighbor** 22:22 23:10 24:22

**neighborhood** 13:25

**neighbor's** 21:16 23:7,25 24:13

**NeJame** 2:8 17:3

**nerve** 35:18,21 36:10

**nerves** 36:5

**neuro** 35:25

**neurologist** 36:7

**Nicole** 1:25 4:7 57:16 58:6,23

**night** 25:23 30:6,8

**nights** 18:19

**nine** 32:19 47:4

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     www.**MILESTONEREPORTING**.com     Toll Free 855-MYDEPOS

**nobody** 10:2 23:1 31:25 43:13

**nor** 58:14

**Notary** 4:8 57:17 58:6,24

**not-for-profit** 54:13

**nothing** 6:1

**November** 54:4

**numb** 41:20

---

O

---

**OATH** 57:1

**objections** 7:15

**observations** 25:7

**obviously** 22:23 28:22 31:13 51:16

**occasions** 21:14,20

**occurred** 20:1,2

**occurring** 39:21

**offhand** 44:2

**office** 5:8,13 9:19 18:9 29:9 42:9 43:4 54:20

**officer** 9:20,25 13:11,24 24:13 44:11 50:20

**officers** 23:8 44:4

**official** 1:15

2:16 5:12 53:19

**Oh** 29:12 33:6 43:1 45:25 48:1

**okay** 6:18 7:4,6,20,21 8:6,9,15 9:23 10:14,15 11:13,20 12:1,9 14:14 15:5,17,22 18:3,5,22 19:13,18 21:5 22:4 24:25 25:4,13,20 26:25 27:3,10,19 28:5,19 29:3,12,22 30:17 31:8 32:3,25 33:15,25 34:5,11 35:7 37:4 38:2 39:4,14 40:5,24 42:2,18 45:4,11,16 46:6,8 50:12 52:8,18 53:5,9 54:7 55:24 56:3,11

**old** 40:19 47:15

**onto** 11:5

**OPD** 42:20,21

**optimistic** 41:13

**Orange** 1:16

2:9,17 9:18 13:15 14:2,6 18:9 23:5 24:3 42:8,20 43:24 54:20 57:4 58:4

**order** 7:2 56:13,14,17

**original** 59:21

**Orlando** 1:3 2:11 4:3 5:8 32:1,5,15 54:20

**ORMC** 30:16,17 31:10

**others** 28:14

**otherwise** 40:13

**outset** 38:14

**outside** 24:17 25:5

**overheard** 25:7

**owner** 22:20

---

P

---

**P.A** 2:20

**p.m** 1:21 4:5 19:6,11 56:22

**packs** 34:12,13

**Page** 3:2 59:3

**paid** 49:16,18,20,22,23 55:10,11,17

**pain** 32:18 34:19,23,25 35:2,9,12 42:3

**pains** 35:14

**Palmer** 30:11

**parents** 48:17

**park** 2:23 5:14 15:16 20:25 21:1,8,14,20 22:1,2

**parked** 21:24 23:24

**participants** 4:4

**particular** 9:8 19:1 44:6,13

**parties** 5:2,18 58:13

**pass** 16:7,9 17:18 24:8 27:8 30:7 51:13

**passage** 16:18 17:4,9 18:11,14

**passed** 29:7 30:14 48:21,22

**past** 17:1

**path** 11:6

**patient** 37:12

**patient-physician** 36:17

**patient-psychologist** 36:17

**patrol** 23:23

**Paul** 53:2



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     **www.MILESTONEREPORTING.com**     **Toll Free 855-MYDEPOS**

**pause** 7:15

**pay** 49:19,22

**people** 24:4 49:19

**person** 18:8 42:14

**personal** 1:6,8 2:3,4 43:21 45:13 46:14 47:1

**personally** 14:20 44:1 57:7

**personnel** 13:16

**phone** 8:22 9:1,4 45:21 46:2

**phonetic** 42:15

**photographic** 31:5

**physical** 33:18,21 34:2 35:12

**physician** 37:8

**pick** 10:23 11:1,11

**Pine** 11:10 47:17

**placed** 36:3

**plaintiff** 5:8

**Plaintiffs** 1:10 2:2

**play** 8:3,5 10:11 11:25

**played** 7:24 8:7

10:7 11:16

**please** 5:3,23 23:3 31:7 53:3

**point** 7:22 41:10,25

**police** 44:8 54:21

**policy** 54:25 55:2,4,8,12,13,25

**portion** 50:15

**POULTON** 2:20

**Powers** 49:6

**pray** 41:15

**prepare** 20:14

**preparing** 45:6

**prescribe** 34:21

**prescribed** 32:18 38:2

**prescription** 38:9,19

**prescriptions** 38:5 39:2

**presence** 20:9 53:22

**present** 51:2

**presume** 35:9

**pretty** 25:18 27:9 35:5 40:23

**previous** 18:16

**previously** 12:17 44:5

**primary** 32:11

**prior** 6:15 7:17 36:16,20 50:22

**probably** 15:8 19:22,23 21:1,3 25:16 29:9,10 46:4 47:9

**problem** 31:25

**Procedure** 4:7

**proceed** 6:4

**proceeding** 1:23 58:9,10

**process** 45:5

**produced** 30:1 57:10

**professional** 36:22

**professionals** 39:10

**program** 47:25

**project** 17:17 54:22

**pronounce** 39:1

**property** 13:12,17 14:3 23:7

**proposed** 17:20

**prosecuting** 44:22

**prosecution** 44:25

**provide** 15:2

**provided** 16:1 55:14,15

**provider** 32:12

**Psychiatric** 37:5

**psychiatrist** 36:25 37:7,9,10

**psychologist** 36:25 37:8

**Public** 4:8 57:17 58:6,24

**pulled** 20:20 24:5,11,13

**pulling** 25:2

**purchased** 55:13

**pursuant** 4:6

**pursuing** 46:25

**putting** 7:13 35:22

—————————
Q
—————————

**Quarterly** 52:17

**question** 7:10,12,13 38:13 45:11,12

**questions** 7:7,19 8:5 10:12 11:25 36:14 56:4,5,6

**quick** 6:11

—————————
R
—————————

**raise** 5:23

**ran** 24:13

**rarely** 41:25

**Rashon** 17:22,23

 MILESTONE │ REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          www.**MILESTONEREPORTING**.com          Toll Free 855-MYDEPOS

**reach** 43:11

**reached** 43:21 54:19

**reaching** 43:15

**reading** 4:9

**ready** 19:22,24

**really** 21:12

**reason** 8:15,19 9:19 44:13 59:3

**reasons** 59:19

**recall** 15:11 20:4,8 23:19 38:22 39:16 43:24 49:7

**recalling** 31:9

**receive** 30:25 31:20 32:15 33:22

**received** 6:21 9:3 32:21 34:6 50:7 55:22

**recess** 46:11

**recollection** 10:20 14:21 31:5

**record** 5:1 7:24 8:7 10:7 11:16 31:6 46:10,12 51:4 54:7 56:21 58:9 59:19

**recorded** 8:13 13:2 50:24,25

**recording** 28:13

**records** 29:25

**red** 23:20

**refer** 10:15 11:23

**reference** 48:11

**referred** 33:1 36:9

**referring** 23:17 24:25

**reflected** 6:14

**regarding** 45:11

**regular** 47:20,21,22 56:14

**regularity** 52:15

**regularly** 37:15

**rehabilitate** 33:19

**related** 26:11 33:2 58:13

**relationship** 36:18 40:15,21 43:9,19

**relaxer** 32:18,23

**remember** 36:2

**Remote** 1:23

**remotely** 4:4

**repeat** 23:2 36:1

**report** 58:8

**reporter** 4:8 5:1,17,22 6:3

7:17,18 31:21 46:10,12 56:12,16,20 57:17 58:6,24

**reporters** 15:13

**REPORTING** 4:2

**representative** 1:6,8 2:3,5 17:24 18:10 45:13 46:14 47:1

**represented** 17:3,6

**representing** 5:7,11

**request** 59:18

**required** 7:20

**resetting** 6:11

**respect** 30:24 32:20 36:12

**response** 7:20 8:3 10:5 11:21 13:1

**return** 13:2

**returned** 12:13

**review** 10:4 11:14

**reviewing** 29:25

**Richard** 2:7 5:5 45:16,24

**richard@nejamelaw.com** 2:12

**Ring** 6:20,21,25 7:2 8:2,9,12,21,25

10:6,15 11:21,23 13:1,8 19:25 20:5,17,19

**ring.com** 7:23

**road** 23:24

**ROBINSON** 4:2

**room** 27:20

**route** 11:3

**RTP** 8:3 10:5 11:21

**rules** 4:6 7:10

**rushed** 28:25

---

**S**

**Sanitas** 32:1,4,8,11,20,22

**saw** 8:20 27:3

**schedule** 12:18

**scheduled** 15:18 18:5

**scholarships** 54:15

**school** 10:23 11:5 12:22 18:13

**schools** 16:16

**screen** 6:24 10:9 53:24

**S-D-R-E-A-M.org** 54:9

**second** 31:24

**seconds** 8:4 10:12,19 11:22



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     **www.MILESTONEREPORTING.com**     Toll Free 855-MYDEPOS

12:3 13:3

secure 40:2

security 44:5

seeing 11:18

seek 28:16

seeking 18:6
  51:13

seem 27:15

seems 20:18

seen 11:6 12:10
  20:17 27:16
  29:4 35:23
  36:7
  37:7,15,19
  39:9

Semoran 2:21

send 8:22

sense 48:9

separation
  47:12

service 49:3
  54:6

services 55:22

sessions 33:22

several 15:4
  28:13

share 6:24

sharing 53:24

Sheet 59:20

sheriff 1:16
  2:17 5:11
  13:16
  14:3,6,16,19
  23:6 42:21

43:7,25

Sheriff's 9:18
  18:9 24:3 42:9
  43:4 54:20

shift 25:23

shooting 14:19
  28:14,22,23
  29:6 30:8
  32:6,9
  36:14,16,20
  39:10,20 40:20
  43:14 44:22
  45:2

shootings 50:22

shot 29:17

Shoulder 35:16

showing 54:7

shows 10:25

sic 6:8

Sign 60:5

signed 59:19

signing 4:10

Silver 39:8

similar 51:21

similarly
  7:14,16,17

site 51:22

six 37:18

sleep 18:23

sliding 26:4

smith 2:7
  5:5,7,20
  45:17,21,25
  46:6,9

56:6,17,19

solely 46:25

solemnly 5:24

somebody 51:5

Someone 51:6

sometime 8:16
  12:22

somewhat 48:10

somewhere 31:17
  37:25

son 40:16 47:7
  52:5

son's 26:17

sorry 5:9 52:4

sound 28:15

sounds 25:22

source 55:12

South 2:21

speak 19:25
  25:6

speaking 16:25
  24:23

specialized
  47:24

spell 53:3

spelled 54:8

spite 40:23

spoke 54:3

spoken 14:16
  22:19,22
  43:12,14

Standard 12:3

standing 40:2

stands 37:4

Star 39:8

start 42:6

started 33:7

state 4:8 5:3
  17:24
  44:21,24,25
  57:3,18 58:3,7

statement 51:19

STATES 1:1

stayed 24:6

stepdad 52:9,23

stepfather's
  53:1

stitches 33:2

Stokes 53:2,4,8

S-T-O-K-E-S
  53:4

stood 24:17
  25:5 44:3

stop 28:9

stopped 14:7,12

straight 19:17

stranger 27:1

street 4:2
  23:25 24:6
  39:6

stressors 40:8

strike 26:9

strong 39:24
  53:16

student
  47:17,20,21,22



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          www.**MILESTONEREPORTING**.com          Toll Free 855-MYDEPOS

**stuff** 34:10 43:6 53:12

**Submitted** 58:17

**sued** 5:13

**suggesting** 14:22

**Suite** 2:10,22 4:3

**support** 53:17

**sure** 19:20 21:4,12 25:23 46:8 55:7,18

**survivor** 46:23

**survivors** 46:20

**sustain** 29:14

**sustained** 30:25 35:17,18

**SUV** 25:1

**swear** 4:9 5:24

**sworn** 57:8

———————
T
———————

**taking** 22:13 34:15 38:7 40:6

**talk** 43:13

**talked** 39:12,13 43:10

**talking** 24:12

**Tallahassee** 16:3,6,18

**tanjela** 42:24 43:3

**Tanjelo** 42:23

**ten** 29:13

**tend** 18:17

**test** 36:4 45:12

**testified** 8:21 11:3 12:9,17 13:20 25:4

**testify** 38:16 44:20,25

**testimony** 5:24 6:14,15 18:16 31:25

**Thank** 5:17,22 6:3,9 56:3,8,9,16,20

**Thanks** 46:9

**therapist** 39:12

**therapy** 32:24 33:18,21 34:2 39:11,12

**therefore** 7:19

**There's** 46:18

**they're** 38:12

**this'll** 45:17

**threat** 16:16

**throbbing** 42:7

**timestamp** 10:18 12:1

**tired** 25:19

**today** 38:15,19 56:13

**Tokiyo** 26:18,19,23 46:21

**Tonjala**

42:15,24

**top** 29:23

**towards** 13:9 29:24

**tragic** 14:18

**transcript** 4:10 57:7 58:9 59:16,21

**transcripts** 56:13

**trauma** 36:14 40:11

**travel** 11:6

**traveled** 11:4

**treatment** 30:5 31:1,3 32:14 40:25

**trial** 45:7

**true** 30:2,3 58:9

**truth** 5:25 6:1

**try** 34:9 46:7

**trying** 16:7,11 21:10 24:7,16,18 25:10 44:2 45:25

**T-shirts** 54:11

**turnaround** 56:15

**Turner** 1:5,19 2:2 4:1 24:22

**tweak** 42:6

**T'Yonna** 1:7 2:4

25:21 47:15

**T'Yonna's** 46:15,20

**type** 24:19 32:14 34:5,18

**typically** 11:4

———————
U
———————

**Uh-huh** 7:25 10:17 18:4 23:14 33:14 43:23 47:23 51:12,15

**unable** 41:23

**uncertainty** 7:11

**undercover** 21:24

**undersigned** 57:6

**understand** 25:23 28:12 31:4 41:10

**understood** 12:18 18:17

**unfortunate** 14:18

**uniformed** 9:9 13:4,8,10,21,2 4

**UNITED** 1:1

**update** 54:6

**upon** 13:12 36:3 59:18

**upper** 35:10 36:3



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     **www.MILESTONEREPORTING.com**     Toll Free **855-MYDEPOS**

**usually** 12:19,22 21:6

---
**V**
---

**vehicle** 20:20

**verbal** 13:3

**via** 2:13,25 4:3

**vibe** 24:19

**video** 6:20,21,22 7:23,24 8:2,4,5,7,9,13 9:3 10:4,7,9,11,15,16,25 11:7,13,16,18,20,23,24 12:1,5,25 13:1,2,8 20:17,23 24:25

**Video_20230227_15358** 11:22

**videoconference** 2:13,25 4:3

**videos** 6:23,25 7:2

**view** 41:10

**viewed** 25:1

**viewing** 7:23 10:9

**violence** 52:1 53:11

**virtually** 5:14

**visit** 31:16

**vs** 1:12

---
**W**
---

**Wait** 39:17

**waived** 4:11

**Walgreens** 39:3

**walk** 24:15 31:3

**walked** 21:11

**walking** 13:9

**Ward** 1:25 4:7 57:16 58:6,23

**wasn't** 16:2 47:24

**wear** 42:1

**weather** 35:6

**web** 53:22

**webpage** 54:1,8

**website** 51:22 53:21

**Wednesday** 6:12,13 18:17 19:2 38:14,15 53:6

**week** 35:1,4

**weeks** 15:6 17:1 31:18 33:23 37:18

**weird** 38:6

**wellbeing** 43:16

**we're** 5:1 12:25 16:11,25 46:12 56:21

**whatever** 49:22

**whenever** 20:19

**whether** 9:4

15:5 36:4

**white** 25:1

**whole** 5:25 32:19 35:13 38:24

**who's** 37:10

**window** 19:10

**Winter** 2:23 5:14

**witness** 4:9,10 5:2,6,10,15,18 6:2 7:25 56:11 57:6

**woman** 25:7,10

**work** 18:19 52:1

**worked** 12:18 21:12 43:4

**working** 17:12 25:23

**would've** 27:7

**wound** 27:21 30:5,24 31:4,10,18 32:15,22 33:11,12,16 34:16

**wounds** 29:14 33:3,5 34:6 40:25

**wow** 33:6

**wrote** 17:20

---
**X**
---

**x-rays** 32:19

---
**Y**
---

**yard** 23:24 24:14

**Yaya** 17:19 18:6 53:21

**Y-A-Y-A** 54:8

**Yaya's** 53:20 54:19

**yayasdream.org** 54:8

**yesterday** 34:24

**yet** 19:23 45:3,9 54:23

**Young** 17:22,23 18:11

**yours** 22:12

**you've** 12:9 13:20 34:22 35:15,18 36:12 38:19,22

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**   **www.MILESTONEREPORTING.com**   Toll Free 855-MYDEPOS